## CERTIFICATE OF SERVICE

I, John L. Reed, hereby certify that on this 12th day of July, 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF system. Additionally, I hereby certify that on July 12, 2023, I served the foregoing document on counsel of record as listed below by electronic mail and on July 12, 2023, by hand delivery at the address below:

**VIA E-MAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801

I hereby certify that a copy of the foregoing motion will be electronically filed with the Superior Court of the State of Delaware using File & Serve*Xpress*.

       */s/ John L. Reed*
       John L. Reed (I.D. No. 3023)