IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00761-UNA |
| **FOX NEWS NETWORK, LLC**, | : |
| Defendant. | : |

**DEFENDANT FOX NEWS NETWORK, LLC's**
<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fox News Network, LLC states:

1. **Fox News Network, LLC** is directly, wholly-owned by Fox Television Stations, LLC, which is directly, wholly-owned by Fox Television Holdings, LLC, which is directly, wholly-owned by Foxcorp Holdings LLC, which is directly, wholly-owned by Fox Corporation, which is the ultimate parent and is publicly held. All of the aforementioned entities except Fox Corporation are privately held.

2. No publicly held corporation other than Fox Corporation owns ten percent or more of Fox News Network, LLC.

3. All entities referenced in this Disclosure are citizens of Delaware and New York.

| | |
|---|---|
| DATED: July 12, 2023 | **DLA PIPER LLP (US)** |
| | |
| |    /s/ *John L. Reed* |
| **OF COUNSEL:** | John L. Reed (I.D. No. 3023) |
| | Peter H. Kyle (I.D. No. 5918) |
| Eric M. George | 1201 N. Market Street, Suite 2100 |
| Patrick F. Philbin | Wilmington, DE 19801 |
| Katherine A. Petti | (302) 468-5700 |
| | (302) 394-2341 (Fax) |
| **ELLIS GEORGE CIPOLLONE** | john.reed@us.dlapiper.com |
| **O'BRIEN ANNAGUEY LLP** | peter.kyle@us.dlapiper.com |
| 2121 Avenue of the Stars, Suite 3000 | |
| Los Angeles, California 90067 | *Attorneys for Defendant* |
| (310) 274-7100 | *Fox News Network, LLC* |
| (310) 275-5697 (Fax) | |
| | |
| 1155 F Street, NW, Suite 750 | |
| Washington, DC 20004 | |
| (202) 249-6900 | |
| (202) 249-6899 (Fax) | |
| | |
| egeorge@egcfirm.com | |
| pphilbin@egcfirm.com | |
| kpetti@egcfirm.com | |