IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 1:23-cv-00761-UNA |
| | : |
| **FOX NEWS NETWORK, LLC**, | : |
| | : |
| Defendant. | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Katherine A. Petti, Ellis George Cipollone O'Brien Annaguey LLP, 2121 Avenue of the Stars, Suite 3000, Los Angeles, CA 90067, to represent defendant Fox News Network, LLC in this matter.

Dated: July 17, 2023

**DLA PIPER LLP (US)**

 /s/ *John L. Reed*
John L. Reed (I.D. No. 3023)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
john.reed@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendant
Fox News Network, LLC*

## [PROPOSED] ORDER GRANTING MOTION

  **IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* for Katherine A. Petti is granted.

                        _____
                        United States District Court Judge

Dated: _____, 2023