**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bar of the States of California, Georgia and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 17, 2023

*/s/ Katherine A. Petti*
Katherine A. Petti
Ellis George Cipollone O'Brien Annaguey LLP
2121 Avenue of the Stars, Suite 3000
Los Angeles, CA 90067
(310) 274-7100
(310) 275-5697 (Fax)
kpetti@egcfirm.com