IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00761-UNA |
| **FOX NEWS NETWORK, LLC**, | : |
| Defendant. | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Patrick F. Philbin, Ellis George Cipollone O'Brien Annaguey LLP, 1155 F Street, NW, Suite 750, Washington, DC 20004, to represent defendant Fox News Network, LLC in this matter.

Dated: July 18, 2023

**DLA PIPER LLP (US)**

 /s/ John L. Reed
John L. Reed (I.D. No. 3023)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
john.reed@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendant
Fox News Network, LLC*

## [PROPOSED] ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* for Patrick F. Philbin is granted.

_____
United States District Court Judge

Dated: _____, 2023