IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 1:23-cv-00761-MN |
| | : |
| **FOX NEWS NETWORK, LLC**, | : |
| | : |
| Defendant. | : |

**STIPULATION TO EXTEND TIME**

Plaintiff James Ray Epps Sr., and Defendant Fox News Network, LLC (collectively, the "Parties") make this stipulation, subject to the Court's approval, to extend the time for Defendant to respond to Plaintiff's Complaint.

Plaintiff filed this suit in the Superior Court of the State of Delaware on July 10, 2023, alleging in his Complaint that Defendant defamed him. Defendant removed the action to this Court on July 12, 2023 (D.I. 1.) and subsequent to removal, but later that same day, Defendant was served. Accordingly, pursuant to F.R.C.P. 81(c), Defendant's response to the Complaint is currently due August 2, 2023. (*Id*.)

The Parties stipulate, subject to the Court's approval, to extend the deadline for Defendant to respond to the Complaint until August 23, 2023.

Dated: July 21, 2023

| FARNAN LLP | DLA PIPER LLP (US) |
|---|---|
| /s/ Brian E. Farnan | /s/ John L. Reed |
| Brian E. Farnan (Bar No. 4089) | John L. Reed (I.D. No. 3023) |
| Michael J. Farnan (Bar No. 5156) | 1201 N. Market Street, Suite 2100 |
| 919 N. Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel. (302) 468-5700 |
| Tel: (302) 777-0300 | Fax: (302) 394-2341 |
| Fax: (302) 777-0301 | john.reed@us.dlapiper.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | |
| | *Attorneys for Defendant Fox News Network, LLC* |
| *Attorneys for Plaintiff James Ray Epps, Sr.* | |

IT IS SO ORDERED this _____ day of July, 2023.

_____
The Honorable Maryellen Noreika