

August 2, 2023

**VIA E-FILING**
The Honorable Maryellen Noreika
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Epps v. Fox News Network, LLC*
                C.A. No. 23-cv-761-MN

Dear Judge Noreika:

      Pursuant to D. Del. LR 81.2, the parties write to inform the Court there are no pending matters which require judicial action at this time.

      We are available at the Court's convenience should Your Honor have any questions.

                          Respectfully submitted,

                          /s/ Brian E. Farnan

                          Brian E. Farnan

cc: Counsel of Record (Via E-File)