IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| Plaintiff, | : |
| v. | : C.A. No. 23-cv-761-MN |
| **FOX NEWS NETWORK, LLC**, | : |
| Defendant. | : |

### STIPULATION TO SET BRIEFING SCHEDULE AND EXTEND PAGE LIMITS

Plaintiff James Ray Epps Sr., and Defendant Fox News Network, LLC (collectively, the "Parties") make this stipulation, subject to the Court's approval, to establish a briefing schedule and to extend the page limits related to Defendant's anticipated motion to dismiss.

The Parties stipulate, subject to the Court's approval, to establish the following briefing schedule and page limits:

- Defendant's motion to dismiss – August 23, 2023, 30 pages

- Plaintiff's response to motion to dismiss or amended complaint – September 27, 2023, with the response to Defendant's motion limited to 30 pages

- in the event Plaintiff files an opposition to Defendant's motion to dismiss, Defendant's reply in support of motion to dismiss – October 18, 2023, 15 pages; and

- in the event Plaintiff files an amended complaint, Defendant's deadline to move to dismiss or otherwise respond is October 25, 2023

| | |
|---|---|
| Dated: August 11, 2023 | Respectfully submitted, |
| FARNAN LLP | DLA PIPER LLP (US) |
| /s/ Brian E. Farnan | /s/ John L. Reed |
| Brian E. Farnan (Bar No. 4089) | John L. Reed (I.D. No. 3023) |
| Michael J. Farnan (Bar No. 5156) | 1201 N. Market Street, Suite 2100 |
| 919 N. Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel. (302) 468-5700 |
| Tel: (302) 77-0300 | Fax: (302) 394-2341 |
| Fax: (302) 777-0301 | john.reed@us.dlapiper.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | |
| | *Attorneys for Defendant Fox News Network, LLC* |
| *Attorneys for Plaintiff James Ray Epps, Sr.* | |

IT IS SO ORDERED this _____ day of August, 2023.

_____
The Honorable Maryellen Noreika