IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    C.A. No. 23-761-MN <br> : |
| **FOX NEWS NETWORK, LLC**, | : <br> : |
| Defendant. | : <br> : |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stephanie E. O'Byrne of DLA Piper LLP (US) hereby enters her appearance as counsel for defendant Fox News Network, LLC in the above-captioned proceeding.

DATED: August 14, 2023

**OF COUNSEL:**

Eric M. George
Patrick F. Philbin
Katherine A. Petti

**ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
(310) 274-7100
(310) 275-5697 (Fax)

1155 F Street, NW, Suite 750
Washington, DC 20004
(202) 249-6900
(202) 249-6899 (Fax)

egeorge@egcfirm.com
pphilbin@egcfirm.com
kpetti@egcfirm.com

**DLA PIPER LLP (US)**

  /s/ Stephanie E. O'Byrne
John L. Reed (I.D. No. 3023)
Stephanie E. O'Byrne (I.D. No. 4446)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
(302) 394-2341 (Fax)
john.reed@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendants
Fox New Network, LLC and
Fox Corporation*