IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00761-MN |
| **FOX NEWS NETWORK, LLC,** | : |
| Defendant. | : |

**DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)
<u>FOR FAILURE TO STATE A CLAIM</u>**

Pursuant to Fed. R. Civ. P. Rule 12(b)(6), Defendant Fox News Network, LLC moves to dismiss Plaintiff James Ray Epps, Sr.'s Complaint (D.I. 1) with prejudice. The grounds for this motion are set forth in Defendant's Memorandum in Support, filed herewith. A proposed form of Order is attached.

| | |
|---|---|
| DATED: August 23, 2023 | **DLA PIPER LLP (US)** |
| **OF COUNSEL:** | _/s/ John L. Reed_ |
| | John L. Reed (I.D. No. 3023) |
| Patrick F. Philbin | Peter H. Kyle (I.D. No. 5918) |
| Katherine A. Petti | 1201 N. Market Street, Suite 2100 |
| **ELLIS GEORGE CIPOLLONE** | Wilmington, DE 19801 |
| **O'BRIEN ANNAGUEY LLP** | Telephone (302) 468-5700 |
| | Facsimile (302) 394-2341 |
| 2121 Avenue of the Stars, Suite 3000 | john.reed@dlapiper.com |
| Los Angeles, California 90067 | peter.kyle@us.dlapiper.com |
| (310) 274-7100 | |
| (310) 275-5697 (Fax) | _Attorneys for Defendant_ |
| | _Fox News Network, LLC_ |
| 1155 F Street, NW, Suite 750 | |
| Washington, DC 20004 | |
| (202) 249-6900 | |
| (202) 249-6899 (Fax) | |
| pphilbin@egcfirm.com | |
| kpetti@egcfirm.com | |
| | |
| Paul D. Clement | |
| Erin E. Murphy | |
| **CLEMENT & MURPHY PLLC** | |
| 706 Duke Street | |
| Alexandria, VA 22314 | |
| (202) 742-8900 | |
| (703) 997-6207 (Fax) | |
| paul.clement@clementmurphy.com | |
| erin.murphy@clementmurphy.com | |