IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES RAY EPPS, SR.**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:23-cv-00761-MN |
| | : | |
| **FOX NEWS NETWORK, LLC,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**[PROPOSED] O R D E R**

At Wilmington this _____ day of _____, 2023, having read and considered Defendant Fox News Network, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. Rule 12(b)(6) for Failure to State a Claim (the "Motion"), the Memorandum in Support, any response to the Motion submitted by Plaintiff, any reply by Defendant Fox News Network, LLC, and any oral argument,

IT IS HEREBY ORDERED THAT the Motion is GRANTED, and the Complaint and all claims alleged therein against Defendant Fox News Network, LLC are dismissed with prejudice.

_____
The Honorable Maryellen Noreika
United States District Judge