IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **JAMES RAY EPPS, SR.**, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 1:23-cv-00761-MN |
| **FOX NEWS NETWORK, LLC,** | : | |
| Defendant. | : | |

## DECLARATION OF PETER H. KYLE

I, Peter H. Kyle, hereby declare as follows:

1. I am an attorney at DLA Piper LLP (US), counsel for the Defendant, and I have personal knowledge of the facts set forth herein.

2. Attached hereto, or available at the following links,[1] are true and correct copies of the following:

> **Exhibit A:** Transcript from Tucker Carlson Tonight (March 7, 2023).[2]
>
> **Exhibit B:** DC IRL w Loulz, Baked Alaska Livestream, https://archive.org/details/dc-irl-w-loulz-wv-jm-kpa-mr (January 5, 2020).
>
> **Exhibit C:** 60 Minutes interview of Plaintiff, https://www.youtube.com/watch?v=QHEEGxQKg20 (April 21, 2023).

---

[1] Exhibits B, C, D, G, K, L, and R are video exhibits and can be found at the links provided in this Declaration. *See Davis v. Gas Recovery, LLC*, No. CV 20-840-SRF, 2023 WL 2043278, at *3 (D. Del. Feb. 16, 2023) (noting practice of providing exhibits via hyperlink). Defendant will provide both the Court and Plaintiff with courtesy copies of these videos on a multimedia storage device via courier.

[2] Exhibits A, O, P, Q, and V are transcripts of Fox News Network programs, all of which transcripts are maintained in the ordinary course of business by Fox News Network, LLC.

**Exhibit D:**   January 6 Interview with Ray Epps, Saigon Broadcasting Television Network (SBTN), https://www.youtube.com/watch?v=dhQ2wKwf38c&t=259s (January 6, 2023).

**Exhibit E:**   Excerpts of Select Committee to Investigate the January 6th Attack on the U.S. Capitol, U.S House of Representatives, Interview of: Ray Epps (January 21, 2022).

**Exhibit F:**   Most Wanted – U.S. Capitol Violence, FBI.gov, https://web.archive.org/web/20210108192454/https://www.fbi.gov/wanted/capitol-violence (January 8, 2021).

**Exhibit G:**   Day of Rage: How Trump Supporters Took the U.S. Capitol, The New York Times, https://www.nytimes.com/video/us/politics/100000007606996/capitol-riot-trump-supporters.html (June 30, 2021).

**Exhibit H**:   Arizona Man went to Washington for day of Capitol riot, appears to talk about plans in video, Arizona Republic, https://www.azcentral.com/story/news/local/arizona/2021/01/11/fbi-capitol-investigation-arizona-trump-supporter/6624406002/ (January 11, 2021, 6:51 PM).

**Exhibit I:**   Arizona man who was at U.S. Capitol Jan. 6 featured in video during House hearing with AG Merrick Garland, Arizona Republic, https://www.azcentral.com/story/news/local/arizona/2021/10/22/arizona-man-capitol-riot-house-hearings-thomas-

|   |   |
|---|---|
| | massie-merrick-garland/6135771001/ (October 22, 2021, 6:07 PM). |
| **Exhibit J:** | Excerpts of Oversight of the United States Department of Justice: Hearing Before the H. Comm. on the Judiciary, Serial Number 117-42, 117 Cong. (October 21, 2021). |
| **Exhibit K:** | Episode 13: Who Is Ray Epps? (feat. Dr. Darren J. Beattie) – Firebrand with Matt Gaetz, gaetz.house.gov, https://gaetz.house.gov/media/videos/episode-13-who-ray-epps-feat-dr-darren-j-beattie-firebrand-matt-gaetz (August 1, 2022). |
| **Exhibit L:** | Senate Judiciary Committee Holds Hearing on Domestic Terrorism Since Jan. 6, Forbes Breaking News, https://www.youtube.com/watch?v=qkQ37UteHFc (January 11, 2022). |
| **Exhibit M:** | January 6th Committee Tweets regarding Plaintiff, Twitter, https://web.archive.org/web/20220112010619/https://twitter.com/January6thCmte/status/1481007564188012544 (January 12, 2022). |
| **Exhibit N:** | How Ray Epps Became the Victim of a Jan. 6 Conspiracy, The New York Times, https://www.nytimes.com/2022/07/13/us/politics/jan-6-conspiracy-theory-ray-epps.html (July 13, 2022). |
| **Exhibit O:** | Transcript from Tucker Carlson Tonight (January 6, 2022). |
| **Exhibit P:** | Transcript from Tucker Carlson Tonight (January 21, 2022). |
| **Exhibit Q:** | Transcript from Tucker Carlson Tonight (July 14, 2022). |
| **Exhibit R:** | Livestreamed Interview of Ray Epps on January 6, 2021, https://archive.org/details/fB344nDisxm8ux5JB (January 6, 2020). |

**Exhibit S:** The Curious Case of James Ray Epps AFO#16 AKA #FedBoomer... Everything Is Not Always As It Seems, Daily Kos, https://www.dailykos.com/stories/2021/10/24/2021857/-The-Curious-Case-Of-Mr-Raymond-Epps-Not-Everything-Is-Always-As-It-Seems (October 24, 2021, 1:00 PM).

**Exhibit T:** Jan. 6 committee dismisses Ray Epps conspiracy theory, issues new subpoenas, NBC News, https://www.nbcnews.com/politics/congress/jan-6-committee-dismisses-ray-epps-conspiracy-theory-issues-new-n1287335 (January 11, 2022, 4:46 PM).

**Exhibit U:** Jan. 6 committee: Provocateur Ray Epps not FBI informant or agent, Washington Examiner, https://www.washingtonexaminer.com/news/jan-6-committee-provocateur-ray-epps-not-fbi-informant-or-agent (January 11, 2022, 4:29 PM).

**Exhibit V:** Transcript from Tucker Carlson Tonight (March 6, 2023).

**Exhibit W:** FBI's tactics doomed case against men charged in kidnapping plot of Michigan governor, Chicago Sun Times, https://chicago.suntimes.com/columnists/2022/4/13/23023950/michigan-governor-gretchen-whitmer-kidnapping-plot-acquittal-fbi-entrapment-jacob-sullum-column (April 13, 2022, 12:00 PM).

**Exhibit X**: Challenged Broadcasts Before July 10, 2022.

DATED: August 23, 2023

**OF COUNSEL:**

Patrick F. Philbin
Katherine A. Petti
**ELLIS GEORGE CIPOLLONE**
**O'BRIEN ANNAGUEY LLP**

2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
(310) 274-7100
(310) 275-5697 (Fax)

1155 F Street, NW, Suite 750
Washington, DC 20004
(202) 249-6900
(202) 249-6899 (Fax)
pphilbin@egcfirm.com
kpetti@egcfirm.com

Paul D. Clement
Erin E. Murphy
**CLEMENT & MURPHY PLLC**
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
(703) 997-6207 (Fax)
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com

**DLA PIPER LLP (US)**

 */s/ Peter H. Kyle*
John L. Reed (I.D. No. 3023)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone (302) 468-5700
Facsimile (302) 394-2341
john.reed@dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendant*
*Fox News Network, LLC*