# EXHIBIT A

# March 7, 2023: Tucker Carlson Tonight

<Show: TUCKER CARLSON TONIGHT>
<Date: March 7, 2023>
<Time: 20:00:00>
<Tran: 030701cb.260>
<Type: SHOW>
<Head: Virtually No One In DC Wanted To See The January 6 Tapes; Despite Warnings, Capitol Police Were Not Prepared; Many January 6 Protesters Remain In Jail Today; Media Outraged Their False J6 Narrative Is Exposed; China Warns US To Stop Suppression On Risk Conflict; Book 'Stolen Youth' Empowers Parents To Reclaim Their Rights And Stop The Indoctrination Of Their Children>
<Sect: News; Domestic>
<Byline: Tucker Carlson, Trace Gallagher>
<Guest: Julie Kelly, Steve Krakauer, Russell Brand, Karol Markowicz>
<Spec: Congress; Politics; Government; Police; Law Enforcement; Media; Journalism; Joe Biden; Foreign Relations; China; Youth>
JESSE WATTERS, FOX NEWS CHANNEL HOST: Others might like it.

Harvey from Virginia, maybe Aha could use his powers to fix the headliner of his car.

That's all for tonight. DVR the show.

Tucker is up next. And always remember, I'm Watters and this is my world.

TUCKER CARLSON, FOX NEWS CHANNEL HOST, "TUCKER CARLSON TONIGHT": Good evening and welcome to Tucker Carlson Tonight.

Last night, we aired video from surveillance cameras on Capitol Hill. That video was recorded 26 months to the day before January 6, 2021, and for 26 months, that footage was held from the American public. The January 6 Committee made certain.

Now, the Justice Department also kept a lid on that video footage and in fact, in some cases, DOJ did not share it with criminal defendants who had been charged on January 6, in violation of their constitutional rights.

So, we felt it was a public service to bring what we could to you. There was no justification for keeping the secret any longer and a powerful argument to be made that sunlight is always and everywhere the best disinfectant and in fact, because it was video evidence, it is to some extent self-explanatory.

Anyone could look at the tape and decide what he or she thinks of it.

So, the tape we showed last night indicated very clearly that Capitol Hill Police in some cases escorted protesters through the Capitol as if they were giving a tour. They did that with Jacob Chansley, the so-called QAnon

1

Shaman. At one point, they even tried to open locked doors on Chansley's behalf.

Chansley was sentenced to four years in prison for his crimes in the Capitol on January 6th and the video we showed you last night raises the obvious question: Why? On what grounds?

The video we showed you last night also showed that Officer Brian Sicknick was not beaten to death with a fire extinguisher by protesters on January 6th as the media and Liz Cheney so often claimed. The video shows Sicknick walking around the building, apparently in good health, after he was supposedly killed.

We showed you that video. You can make of it what you will.

We also showed you video that proves Ray Epps, the mysterious protester who encouraged others to breach the Capitol, lied to the January 6 Committee about where he was on that day, but for some reason, the Committee protected him anyway. He was not considered an insurrectionist. He was their ally.

So, once again, you can draw whatever conclusions you like from that video. We have ours and we shared them with you, but it's really beyond debate that it is good for this country for Americans to be able to see it.

The media and politicians, the people in charge, have talked about January 6th every day since it happened for 26 months, and so at some point, the evidence should be presented to the public.

In free countries, governments do not lie about protests as a pretext to gain more power for themselves. They don't selectively edit videos for propaganda services and then lie about them in fake hearings and show trials, but that's exactly what happened and every Member of Congress should ask why that happened.

But Democrats in the Senate, the Democratic leader in the Senate, Chuck Schumer, is not asking why. Instead, Chuck Schumer went on the Senate floor today to explode, and to say that showing that video, evidence of wrongdoing by the Federal government, including the security forces, the police department that Nancy Pelosi personally controlled, letting the public see any of that is a threat to democracy. Watch.

(BEGIN VIDEO CLIP)

SEN. CHUCK SCHUMER (D-NY): Last night, millions of Americans tuned in to one of the most shameful hours we have ever seen on cable television.

FOX News host, Tucker Carlson, ran a lengthy segment last night arguing the January 6 Capitol attack was not a violent insurrection.

I don't think I've ever seen a primetime cable news anchor manipulate his viewers the way Mr. Carlson did last night. I don't think I've ever seen an anchor treat the American people and American democracy with such disdain.

2

(END VIDEO CLIP)

CARLSON: "There's nothing that shameful that has ever appeared on American television in the history of the media," and so on the basis of that, the self-evident outrage of showing the public video that it paid for and has a right to see, Chuck Schumer called for the censorship of that video -- any information, and he did not dispute that it was accurate -- that damages the storyline his party constructed and used must be squelched. And Schumer is explicit on that point.

Because that video contradicted lies told by the Democratic Party -- Liz Cheney and Adam Kinzinger -- Chuck Schumer demanded that our bosses pull this show off the air.

(BEGIN VIDEO CLIP)

SCHUMER: He is going to come back tonight with another segment. FOX News should tell him not to. FOX News, Rupert Murdoch -- tell Carlson not to run a second segment of lies.

I urge FOX News to order Carlson to cease propagating the Big Lie on his network and to level with their viewers about the truth -- the truth behind the efforts to mislead the public. Conduct like theirs is just asking for another January 6 to happen.

(END VIDEO CLIP)

CARLSON: "It's a threat to democracy. Pull him off the air." A couple of obvious observations: You don't often see the Senate majority leader openly call for censorship on the floor of the Senate as if that was totally normal and didn't contradict the spirit and the letter of the First Amendment, but of course it does.

But what's really happening here? What you're seeing is hysteria, the overstatement, the crazed hyperbole, the red-in-the-face anger. What is that? Well, it's not outrage, of course. It's fear. It's panic.

Those videos, which we did not retouch, which we brought to you after running everyone by the Capitol Police to make certain that we didn't imperil anybody, and we told you that last night, those videos touch a nerve because they're a threat to the lies that Chuck Schumer has been telling for the last 26 months, and not just Chuck Schumer.

We should also tell you that Chuck Schumer, the Senate majority leader, was joined in this outrage by the Senate minority leader and that would be a Republican, Mitch McConnell, and they were joined by a cascade of other Republicans -- Thom Tillis from North Carolina, Mitt Romney from Utah -- all sharing the same outrage, and from this, we learn two things.

One: You're getting close to what they really care about, and you have to ask yourself why? Why is it so important that they would degrade themselves by telling such obvious lies and calling for censorship? Why? What are they

3

trying to protect? That might be worth exploring, and we plan to.

And the second thing that we learn from this is that they're on the same side. The Senate majority leader joins the Senate minority leader -- Thom Tillis, Mitt Romney. They're all on the same side.

So, it's actually not about left and right. It's not about Republican and Democrat. Here you have people with shared interests, the open borders people, the people like Mitch McConnell, who are living in splendor on Chinese money, the people who underneath it all have everything in common are all aligned against everyone else, and that would include almost all news organizations in this country as well.

And so, if you're watching this, it might be kind of interesting to keep a list, because one thing we learned today is that they're all in agreement with each other. They kind of outed themselves.

They sort of showed their membership cards in whatever club this is to the public, so keep a list. If you want to know who's actually aligned, despite the illusion of partisanship, we found out today.

We have a little more tape for you tonight. So, if you take three steps back, you may notice that the one person really who was never blamed for anything that happened on January 6 was the very same person who was in charge of the police force, the Capitol Hill police, that was charged with securing safety on January 6, and that person was Nancy Pelosi.

So, if there was a security failure on January 6, and demonstrably there was, it was probably Nancy Pelosi's fault, and after looking at thousands of hours of footage, we came to the conclusion that many others have reached, which is the Capitol Police were not prepared for what happened, and that's fascinating when you think about it, because there was ample warning.

The Federal Intel and law enforcement agencies knew perfectly well there could be a massive disturbance at the Capitol, but the frontline officers on duty that day didn't know and yet, the people who kept that information from the frontline officers were overwhelmed by thousands of people milling around the Capitol Building? The people who fell down on the job, who didn't do their job, they were not punished. They were rewarded, and you have to ask yourself, why is that?

Here we go.

(BEGIN VIDEOTAPE)

CARLSON (voice over): Many in Federal law enforcement knew perfectly well, there was going to be a huge demonstration in Washington on the afternoon of January 6, 2021, and that it could become potentially violent.

There is no debate about that fact, the FBI knew, but it's also clear that many on the US Capitol Police force, the frontline officers who protect the Congress did not know, they had no idea what was coming. And because they

4

didn't know they were completely unprepared for what happened that day.

That is a very strange failure of communication and it has never been explained.

To understand more about the response to January 6th inside the Capitol, we sat down with a man called Tarik Johnson.

Johnson served as a Capitol Hill Police officer for 22 years. On the day of the protest, he says he was responsible for securing the certification of the presidential election.

If there is anyone at the very heart of the January 6th story, it's former Capitol Police Lieutenant Tarik Johnson. And yet for some reason, the January 6th Committee never called him to testify.

TARIK JOHNSON, FORMER CAPITOL HILL POLICE OFFICER: My voice was one of the first ones you hear on the audio transmission. So I did expect to get an interview at some time, but no, it didn't happen. I guess the focus was on Donald Trump.

CARLSON (voice over): According to Johnson, no one answered his numerous pleas for help over Capitol Police radio frequencies. Johnson says he "didn't hear anything on the radio."

According to Johnson, Yogananda Pittman kept vital information about the protests from frontline officers like him. Pittman was the Assistant Chief of the department in charge of intelligence operations.

JOHNSON: We should have been better prepared that day and we could have been better prepared that day if the information was disseminated like it was supposed to be.

CARLSON: Once protesters moved inside the building, Johnson's first concern was the safety of senators. His job was to protect them. In rising panic, he called over the radio for direction and assistance.

Even now, two years later, he is baffled by the response he got.

JOHNSON: I was requesting permission to evacuate the Senate side, the Senate chambers, because I had a clear line of sight to get them out the Senate door and I didn't get permission.

The dispatcher called a couple times to see if I can get permission. No response.

CARLSON: With Yogananda Pittman and as other supervisors unresponsive, Johnson says he decided to begin the evacuation of Senators himself.

JOHNSON: The person that I thought was going to authorize the evacuation didn't do it. I wanted to get those Members of Congress out as quickly as I could. That's why I initiated, you know, those evacuations.

Me being disciplined, it wasn't as important as not getting the Members of Congress and their staff to safety.

CARLSON: Footage we reviewed seems to bolster Johnson's account. The video shows Johnson conducting the evacuation of senators from the chamber.

Yet Tarik Johnson was not rewarded for what he did, he was punished. A photo emerged of Johnson wearing a MAGA hat outside the Capitol. That picture cost him his career.

JOHNSON: Sometimes I look at it and like, "Thank you, God for blessing me with this hat." And sometimes I'm like, "Wow, I wish this had never came in my life."

CARLSON: A Biden voter, Johnson says he donned the hat in an effort to rescue fellow officers he believed were trapped in the building.

JOHNSON: I figured if I had the hat on, it would be easier for me to navigate my way through the crowd. It was basically self-preservation and de-escalation, and I needed to get up those steps. I couldn't say what would have happened walking through that crowd without it.

CARLSON: But for the crime of wearing a Trump hat, Johnson found himself suspended. Ultimately, he resigned from the force and lost his pension. He now works part time as a furniture mover.

Yogananda Pittman, meanwhile, thrived. Two days after January 6th, Nancy Pelosi elevated Pittman to Acting Chief of the Capitol Police.

Late last year, Pittman took a high paying job as the head of security at UC Berkeley, which is right outside Pelosi's congressional district.

Berkeley announced Pitman's hiring with unqualified praise for her "Steadfast commitment to social justice." Pittman herself boasted about her heroic performance on January 6th. Her department she said, "saved democracy that day."

We reached out to Yogananda Pittman for comment, but she didn't get back to us.

(END VIDEOTAPE)

CARLSON: Tarik Johnson spent 22 years as the Capitol Police officer. On January 6th, he says he was in charge of securing the certification of the presidential election. So he was right in the middle of it, if anyone was Tarik Johnson was.

Here is more of our sit-down interview with him.

(BEGIN VIDEOTAPE)

CARLSON: Mr. Johnson, thank you for joining us.

JOHNSON: And thank you for having me.

CARLSON: So from the outside, here's how it looked. We now know that huge parts of the Federal government were aware that there was going to be something big happening at the Capitol on January 6th. They knew they were going to be big demonstrations there and they prepared for that.

But the Capitol Police on which you served for 22 years did not seem prepared at all. And of course, that'd be the frontline in preparedness. Was the Capitol Police prepared for that day?

JOHNSON: The frontline officers and supervisors were not prepared for that at all.

CARLSON: When you say that -- so you had no idea it was coming?

JOHNSON: We knew that there was going to be a demonstration that day, but we had no idea that we were going to be facing what we faced on that actual day.

CARLSON: So things start to fall apart, people stream in the building you call upwards in the command chain, help me, you don't get a response. What do you do next?

JOHNSON: So around two o'clock, it may have been a little bit after two o'clock, I hear an officer say that the Capitol was breached. So I ran inside of the building. I ran, you know, to assist.

I knew that that location of where the first breach occurred was near where the Members of Congress would be locked in. We initiated a lockdown, so that means the chamber doors on the Senate side and the House side were locked. So that means the Members of Congress would be safe inside those locked rooms.

CARLSON: Yes.

JOHNSON: So I ran over to the House at first to make sure that those doors were locked, then I ran over to the Senate side to make sure those doors were locked.

So I asked over the radio and I say something to the effect that we need direction. We have hundreds of people inside of the building. What do you want us to do? We need some direction. I got -- I heard no response. No response. So, you know, at that particular time --

CARLSON: How could -- nobody responded?

JOHNSON: Nobody responded.

CARLSON: At some point you put on a MAGA hat?

JOHNSON: Yes. Now --

CARLSON: I think we have it. I think we have the actual MAGA hat.

JOHNSON: Yes, we actually do have the MAGA hat. I have it here in plastic, so here it is.

CARLSON: J6, it says.

JOHNSON: I labeled it J6.

CARLSON: So tell us why you put the hat on and how that was related to your suspension?

JOHNSON: That's what got me national attention was the wearing of the MAGA hat. There were officers, so we had a distress call that there were approximately 10 or 11 officers, I can't remember the exact number, were trapped at the top of the Rotunda steps.

So I elicited the help of some CTU officers to help me go up the steps and I kept yelling at, all the way up the steps, giving people high fives trying to make it up the steps to get to the guys.

And as I was going down, there was a demonstrator on, I believe he was on my right side of me, so he reached over, I didn't know what he was doing. I didn't know if he was going to hit me and he put the MAGA hat on my head.

So as I was still trying to walk down the steps, then he asked for the hat back and I said, "Well, I would like to keep it because, you know, the hat is going to help me."

CARLSON: Yes, it is your passport through the crowd.

JOHNSON: Yep, exactly.

CARLSON: So the Capitol Police is by definition nonpartisan, it serves both parties in the Congress. It protects members of both parties.

JOHNSON: One hundred percent.

CARLSON: And it has to be that way.

In the wake of January 6th, you saw what looked like partisanship at the Capitol Police. Did you perceive that?

JOHNSON: I'm still shocked because as a Capitol Police officer, we even had -- we had our Chief of Police at the time, his name was well, Steven Sund, and he called for all the officers who was at work that day, he called for everybody to come in and we all went to -- we all went to Emancipation Hall in the CVC.

And he -- and this was during the Black Lives Matter demonstrations.

CARLSON: Yes.

JOHNSON: And he told us that as Capitol Police officers, we need to stay neutral. We need to stay neutral. Period. So we were like, you know, okay, that's we do. You know, because we protect Democrats, we protect, you know, Republicans. We protect everybody. So we need to stay neutral.

So then after January 6th, you had some police officers who wasn't neutral, didn't seem neutral.

CARLSON: At all.

JOHNSON: Yes, and that was an issue. Yes.

CARLSON: So I mean, that devalues the credibility of Capitol Police, doesn't it, if they're allowed to be partisan in public?

JOHNSON: They're supposed to be neutral. Period.

CARLSON: Since you were there on January 6, what did you think of the job of the January 6 Committee? Do you think that they were honest in the way they approached it? Do you think they got to the truth?

JOHNSON: I prayed almost daily that they would get to me. I was never asked to testify and if you listen to the radio --

CARLSON: You we're never asked by the January 6 Committee?

JOHNSON: I was never asked by anybody connected to the January 6 Committee to testify. I ask myself why every day. And every day, I might have a different answer. But I, you know, looked at what pretty much they focus on Donald Trump and not the failures of the Capitol Police.

CARLSON: What do you think they were there?

JOHNSON: I think that some people there had planned on being violent, and some people may have turned violent after what they were going through. I think that people wanted to support their President. They wanted to -- some of those people wanted just to support him and some of those people didn't commit violence and some of those people didn't plan on it.

(END VIDEOTAPE)

CARLSON: We haven't answered every question about what actually happened on January 6th, far from it. There are so many mysteries from the day. But one thing we know for certain is that the story they told you about it, a pat tale of good versus evil, an insurrection with no guns that took place at the US Capitol. Those were lies, and they were lies told for a very specific purpose.

Of course, the people in power wanted more power, and they got it on the basis of those lies.

But in the process, many lives were destroyed and some people are still in jail tonight not having had their constitutionally guaranteed moment in

front of a jury of their peers. They haven't even put on trial yet and they are still rotting.

Julie Kelly is the one journalist in this country who has been following this very closely. She wrote a book on it: "January 6: How Democrats Used the Capitol Protests to Launch a War on Terror against the Political Right," which is a perfect summation of what actually happened.

Julie Kelly joins us now.

Julie, thanks so much for coming on.

So it dawned on us as these tapes were very clear that the story we've been presented is an absolute fabrication. It's a lie. It's a fraud -- that people may still be in jail on the basis of these lies, and so we wanted to talk to you for an update on where those cases are tonight.

JULIE KELLY, AUTHOR, "JANUARY 6": So yes, there are well, at least a hundred men have been held under pretrial detention orders over the past two years. That means that a Judge has denied them bail because the government, DOJ successfully argued that that individual was a threat to the community.

This includes, Tucker, people charged with nonviolent offenses like obstruction and conspiracy. So of course, they don't have access to what could very easily be exculpatory evidence contained in this video, but aside from the now I think around three dozen men who are held under pretrial detention orders, Tucker, believe it or not, there are some men going on twenty-four, twenty-five, twenty-six months denied bail, languishing in jail, including the DC Gulag, as the government continues to delay their trials.

This all has the imprimatur by the way of every Judge on the DC District Court. I want to emphasize the real villains here are the Federal Judges in Washington, DC, who have allowed the government to play every single game to keep this evidence out of the hands of defendants, violating their oath of office to protect the rights of defendants and their due process rights. So I really want to emphasize that.

But look, Tucker, there's a thousand criminal defendants right now, half of them have pleaded guilty or have been convicted at trial. And the government just announced two months ago in January, that they were still uploading global, they call it discovery, which means material related to the entire investigation.

What they did was arrest people first, find the evidence later and cover up what could potentially exonerate these defendants.

CARLSON: If this were happening in any other country, the US State Department would immediately acknowledge that these were violations of the most basic human rights, these are political prisoners, and the US government would condemn it, but it's happening here and it is ignored, except by you, and I so appreciate your tireless reporting.

10

Julie Kelly, thank you.

KELLY: Thank you, Tucker.

CARLSON: So as far as we know, for more than two years, no one in our vast and well-funded media landscape demanded to see the footage that we have been showing you, footage that was shot with your money on cameras that you paid for, on public property that technically you own.

So we did and we got it, and we're proud of that. I guess, it's kind of a basic function of journalism. But now that we have done that, well, of course we have committed some crime, say the media.

(BEGIN VIDEO CLIP)

NBC NEWS HOST: Carlson attempting to downplay the violence by showing video of people calmly walking around the Capitol and Tucker was trying to persuade his viewers that while there were some bad apples, most of those there were peaceful.

(END VIDEO CLIP)

CARLSON: Right. Showing you the video. Can you imagine? Ignore your lying eyes. MSNBC has the truth on tap. More next.

(COMMERCIAL BREAK)

CARLSON: Well, as far as we know, for more than two years, 26 months to the day, actually, no media organization in the country pressed to see the actual tape, the January 6 surveillance footage, and there was a reason for that. So a small group of people which include the leaders of the Democratic Party and their allies in the media had a complete monopoly on what you were allowed to know about what happened -- what actually happened in the Capitol on January 6th and they defended that monopoly with great ferocity as monopolists tend to do.

So the moment we broke that monopoly, simply by getting access to the footage, it's not hard, that's what you're supposed to do when you work in the news business, other media outlets went crazy. They all did.

And we just couldn't resist not to be self-referential, but it's too hilarious, so we assembled a montage. Here it is.

(BEGIN VIDEO CLIP)

OLIVER DARCY, CNN SENIOR MEDIA REPORTER: What we saw tonight, Alisyn, from Tucker is nothing new. He has been trying to sanitize the very real violence that we all saw unfold at the US Capitol.

MSNBC HOST: Forty-one thousand hours of footage from an attempted coup is Federal evidence. How on earth is Kevin McCarthy trying to justify to fellow Members of Congress giving 41,000 hours of Federal investigative

evidence and material to FOX News.

DON LEMON, CNN ANCHOR: This is the danger of fairness, unfairness. You should give it to every news organization at the same time.

SEN. CHRIS MURPHY (D-CT): What's next? Is the Speaker of the House going to turn over the daily schedules of the Capitol Police? Are they going to give them the codes to the locked doors?

ADAM KINZINGER, CNN SENIOR POLITICAL COMMENTATOR: Nobody that believes any of that garbage Tucker was spewing. None of their kids will ever believe that garbage.

KEN BURNS, DIRECTOR, DOCUMENTARY FILMMAKER: It feels like a Soviet system or you know, the way the Nazis would build a Potemkin village. Tucker Carlson is doing the same thing with the footage from 1/6.

(END VIDEO CLIP)

CARLSON: We're both Soviet and Nazi.

What you're hearing, of course, is panic. It's fear. A hurt dog barks. But it's still pretty funny.

Steve Krakauer covers the media for living really better than anyone else. He is the author of "Uncovered." He joins us tonight.

Steve, thanks so much for coming on.

I think, I'm getting kind of old, but I thought the whole point of the news media was to get evidence and bring it to viewers or readers and let them assess for themselves like in a country full of adult citizens, but no?

STEVE KRAKAUER, AUTHOR, "UNCOVERED": You would think so. I'm sorry did Don Lemon say this is the problem with fairness? I think --

CARLSON: It is so great.

KRAKAUER: Tucker, look, this is, as you mentioned, a total panic episode that we're watching in real time, flailing by the corporate press, because yes, for years now, as you mentioned, over two years, they have crafted a narrative that really is a house of cards, no one really believes that what the media portrays, which is that this is just another 9/11, the worst attack since the Civil War, no one actually believes that.

I mean, you look at poll after poll of the January 6 Committee, which really was in partnership with the media, I mean, they actually had a former media executive, an ABC executive craft the Committee's videos that you saw. I mean, it was a total partnership.

And yet, it didn't move the needle at all. No one was swayed by the total sham that we saw from the January 6 Committee. And so now, yes, you would think a media would be curious about lots of elements of January 6, like,

you know, who planted the bombs outside of the DNC and the RNC, and the massive security failures as you've mentioned.

CARLSON: Yes.

KRAKAUER: Which was actually, it was one of the elements that the January 6 Committee did look into, as we now know, but was kept out of the final report, because they decided to make it all about Trump.

You would think that maybe they'd be curious, or at least any rational person might be curious about Ray Epps, which, you know, someone who was a leader of the Oath Keepers, and was buddies with Stuart Rhodes, and is the only person on video on January 5th night and January 6th morning, encouraging people to go into the Capitol and he is getting glowing profiles in "The New York Times."

Like, someone should say, what is going on? Why is this happening exactly? And so, in the service of the narrative, a narrative that no one really in the country is believing, this is the panic we get.

CARLSON: Yes. Everybody is on the same team. I mean, you would think like the conventional way to see this, left versus right, Republican versus Democrat, well, if that's true, why is "The New York Times" doing like a nine-part series on how Mitch McConnell got so much money from China? They would never do that, because he's on their side. It's so great.

It's all very obvious. Steve Krakauer, great to see you tonight. Thank you so much.

KRAKAUER: Thanks, Tucker.

CARLSON: Well, it turns out the same people, the same media outlets that lied to you for over two years about January 6, that it was dangerous insurrection had been telling you that we have to spend a lot more, billions more on the war on Ukraine forever, and if you don't agree, well, you work for Putin.

Now, they're saying we need to supply F-16s to Ukraine. It's insane, of course, and it is fundamentally a core tenet of neoliberalism that controlling the internal affairs of other countries matters a lot more than improving the lives of your own citizens.

What's amazing is how many Republicans in this country, as if you need more evidence, everyone is on the same side, agree.

Here is Senator Dan Sullivan of Alaska.

(BEGIN VIDEO CLIP)

SEN. DAN SULLIVAN (R-AK): You know, on the F-16s, I hosted several Ukrainian pilots last summer in Washington, DC, we are pressing for F-16s. I sent a letter to the Secretary of Defense, to General Milley, the Chairman of the Joint Chiefs. It looked like it was moving forward well

13

within the bureaucracy of the Pentagon. The President gets off a helicopter a couple months ago says no. And then last week, the National Security Adviser says well, we're not going to do F-16s for now.

Well, that's exactly the wrong approach, George.

(END VIDEO CLIP)

CARLSON: So what's interesting here is that no one is representing what the majority of Americans want, which is peace. The majority of Americans do not want to be in a Hot War with Russia, not because they're pro Putin, they don't like Putin, because they don't think a war like that would benefit the United States.

But the Republican Party, its leaders, and the Democratic Party, its leaders disagree. They don't want any limits on any kind of military hardware we might send to Ukraine, and they don't care about the consequences of that decision.

What's interesting is there has been almost no debate on this publicly at all. But there is a presidential race coming up, so now is the time to find out what people really think and by the way, good people can disagree on the subject. We're not saying people disagree with this are evil, we are saying we should know what they think now that they're standing for office.

So we've written a questionnaire for Republicans who may decide to jump into the race for President in 2024. It's a very simple questionnaire. Here are the questions. First, is opposing Russia in Ukraine, a vital American national strategic interest? Is it really important or not? And if so, why? Two, what specifically is our objective in Ukraine? And how do we know when we've achieved it? What's our goal? And how are we going to know when we've won? If we don't know that, we should slow down.

Three, what is the limit of funding in material, military equipment you'd be willing to send to the government of Ukraine? We're sending fighter jets, should we send nukes?

Four, should the United States support regime change in Russia? Everyone hates Putin, should we kill him? Is that a good idea? What happens next?

Five, given that Russia's economy and currency are stronger than they were before the war, do you still believe that US sanctions have been effective? Everyone assumes that sanctions work, do they?

And finally, do you believe the United States faces the risk of nuclear war with Russia? Really simple. What are the stakes here?

So we sent these questions to people who have announced or seem like they might announce: Donald Trump, Nikki Haley, Vivek Ramaswamy, Ron DeSantis, Mike Pompeo, Mike Pence, Tim Scott, Glenn Youngkin, Chris Sinunu, Kristi Noem, Greg Abbott, Chris Christie, Asa Hutchinson, and John Bolton.

We sent these questions with respect, we sincerely want to know, we

14

sincerely believe the public has a right to know their position on the biggest issue in the world right now, which is will there be a Third World War? And we said, we will give you until Monday to reply. That seemed fair, and at that point, we'll let you know what they say.

Russell Brand is a longtime stand-up comedian, a Hollywood movie star and all of a sudden one of the most articulate and free-thinking thinkers in the world. Remarkable person. We've been trying to talk to him for a long time.

In just a moment, you'll hear part of our conversation.

(COMMERCIAL BREAK)

TRACE GALLAGHER, FOX NEWS CHANNEL CORRESPONDENT: Welcome to "FOX News Live." I'm Trace Gallagher in Los Angeles.

President Biden is out with a new plan to boost Medicare's finances through 2050. His plan would raise taxes on those making more than $400,000.00 a year and allow Medicare to negotiate prices for more prescription drugs. The plan would also start price negotiations on specific drugs much sooner. The President says that would reduce the deficit by $200 billion over 10 years.

The proposal, likely to face an uphill battle in Congress, Republicans normally oppose new tax increase.

China's Foreign Minister says there will be "conflict and confrontation" if Washington doesn't change course. He claims the US is engaging in suppression and containment of China rather than engaging in fair rules based competition.

He also suggests the recent balloon crisis could have been avoided. The US says it wants to compete with China, but does not seek conflict.

I'm Trace Gallagher.

CARLSON: Russell Brand has been an actor, comedian, a podcast host for decades, all of a sudden he's one of the most forceful voices for the truth in the English speaking world.

He is also a deeply interesting person with a lot of insights about God. Amazing, Russell Brand.

We sat down with him for a long conversation, a brand new episode of "Tucker Carlson Today." Here's a small part of it.

(BEGIN VIDEO CLIP)

RUSSELL BRAND, ACTOR AND COMEDIAN: As much as I might enjoy the feeling of privilege and luxury, and I'm certainly making no claims to be an ascetic, I remember what reality is.

I remember that my wellness is contingent upon spiritual connection upon certain values and principles, and they -- I am sorry to admit, involve sacrifice and self-scrutiny about my own conduct and behavior, which often fall short and I'm working on improving myself. I continue to work on improving myself.

So when I sort of hear morality sort of as bombast, or when I hear rhetoric divorce from compassion, it makes me feel uneasy. So I've been blessed with a very practical spirituality, like many desperate people. I need spirituality. I need God or I cannot cope in this world.

I need to believe in the best in people. I need to believe that there are new alliances possible, new ways of us communicating because I see atrophying and corrupt systems delivering yet more misery to people and I think it is increasingly necessary that we find new ways of framing the conversation and looking into our hearts when we're speaking.

Are we being kind? Are we being loving? Are we being the best that we can be? On whose behalf are we speaking? And what is my intention moment to moment? Am I doing this for self-glorification? Am I doing this because I have obligations to rumble the platform I'm on? Or am I doing this because I genuinely believe that a better world is possible and that world is born individually within each of us moment to moment and it's possible to change?

I genuinely believe in change and I'm not what I might call a misanthrope. I don't believe that we need systems of condemnation. I don't believe that if people aren't heavily policed and heavily controlled, they'll behave badly. I believe that we can self-organize. I believe -- I'm optimistic about your country and I'm optimistic about mine and I'm optimistic about the world.

But I think the price of that optimism is a degree of reason and an acceptance that many people see the world very, very differently at this time.

CARLSON: Yes, that's right.

BRAND: And we're going to have to allow one another some distance to be who we are, whether that's individually or communally.

And these are the areas that interest me, and these are the things that have always interested me. The fact was, I just didn't have enough self-discipline to resist the allure of stardom, and I fell face first into the glitter and I'm only just pulling myself out now.

But once I stopped drinking and taking drugs, it became clear that there was a lot more on offer. The ability to in fact, as they say, recovery, the term recovery is undergirded by the idea that we recover the person we were intended to be.

And this idea of intention, I think, is rather beautiful. Because when you live in a nihilistic, post rationalistic, materialistic world where there

16

can be no tale lost, where there can be no glory, where there can be no meaning, none of us are meant to be anything.

But the idea that there might be a purpose for you, that there might be something that you can become, this -- I found this idea very engaging and very comforting. And I've got to be honest, it also engaged the more egoic and the narcissistic aspects of me that I could achieve something in my life.

But as time has gone on, there's been -- there's an ongoing tension between those things. Individual achievement and a sort of an ongoing desire for recognition and plaudits.

But a deeper understanding that there is something valuable here on offer, that we can achieve something and it's actually sort of quite humble irritatingly, isn't it like there is mostly about helping people directly.

My worldview is formed by spiritual principles rather than political principles, that my values are derived from quite simple ideas around kindness, community, acceptance, gratitude, and I'm making no claim to practice these principles, anything like perfectly, but at least I know what I am aspiring to.

And I know that my spirituality is about my conduct and how I behave rather than telling other people how they should behave.

(END VIDEO CLIP)

CARLSON: As in all revolutions, the first targets of indoctrination are children and it is definitely happening in our revolution.

More details after the break.

(COMMERCIAL BREAK)

CARLSON: It's harder to brainwash adults than it is to brainwash children. Adults have seen a lot more, of course. So every revolution goes for the kids first. You're seeing that everywhere now.

Karol Markowicz has noticed this. She has just written a new book about what's happening. It's called "Stolen Youth: How Radicals are Erasing Innocence and Indoctrinating a Generation."

Karol Markowicz is someone we wish we had on more often, joins us tonight.

Karol, thanks so much for coming on. Tell us what's the thesis of this book.

KAROL MARKOWICZ, "NEW YORK POST" COLUMNIST: The thesis is that the Cultural Revolution has arrived in America and as you said, they're targeting our kids.

Kids are much easier to indoctrinate than adults and kids are a pathway to

17

those adults. Every Cultural Revolution in history has separated the family
unit or tried to first to get to the kids.

So this is happening. It's happening not just in our schools, it's
happening in our institutions and various organizations and corporations,
obviously. And we noticed how kids are the first target of it. So we needed
to get the message out.

The previous countries that have had totalitarian regimes target their
children can say they didn't know, but people who get our books cannot say
that, they have to know

CARLSON: Not to get too personal on TV, but I've always admired you. You're
one of the few people in the media I know who, I happen to know has made
decisions on the basis of what's best for your family first, and I really
do admire that.

My question though, is about parents who don't seem to react in the face of
indoctrination of their own children. Why?

MARKOWICZ: Yes. Well, it's very actually hard to convince parents that this
is happening. Parents don't want to believe that there's porn in their
school library.

CARLSON: Yes, exactly.

MARKOWICZ: They don't want to believe that the teachers are indoctrinating
them. They see the Libs of TikTok and they say, not in my school. This
would never happen here. I live in a red area.

CARLSON: Right. That's right.

MARKOWICZ: It's happening everywhere, and that is really the message. It's
happening near you.

CARLSON: That is so true. I live in Texas. I live in Florida. No, it's
happening there.

MARKOWICZ: Exactly.

CARLSON: Yes, that's right.

MARKOWICZ: Yes, absolutely.

CARLSON: Karol Markowicz, congratulations on this book. Thank you for
writing it and I am going to get it.

MARKOWICZ: Thank you, Tucker. Thank you so much.

CARLSON: More news after the break.

(COMMERCIAL BREAK)

18

CARLSON: That's it for us tonight. Tomorrow, we'll have more on what actually happened at the Capitol on January 6th. They want us to shut up, we won't.

And our conversation and extended version of our conversation with actor and comedian and thinker, Russell Brand.

Have the best night with the ones you love. We will see you tomorrow.

END