# EXHIBIT E

1

2

3

4

5    SELECT COMMITTEE TO INVESTIGATE THE

6    JANUARY 6TH ATTACK ON THE U.S. CAPITOL,

7    U.S. HOUSE OF REPRESENTATIVES,

8    WASHINGTON, D.C.

9

10

11

12    INTERVIEW OF:    RAY EPPS

13

14

15

16                                        Friday, January 21, 2022

17

18                                        Washington, D.C.

19

20

21        The interview in the above matter was held via Webex, commencing at 1:04 p.m.

22        Present:    Representatives Schiff, Murphy, Aguilar, and Kinzinger.


AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

1

2   Appearances:

3

4   For the SELECT COMMITTEE TO INVESTIGATE

5   THE JANUARY 6TH ATTACK ON THE U.S. CAPITOL:

6

7   █████████████ CHIEF CLERK

8   █████████, RESEARCHER

9   █████████████ INVESTIGATIVE COUNSEL

10  ███████████████ INVESTIGATIVE COUNSEL

11  ████████████, STAFF ASSISTANT

12  ███████████████, STAFF ASSISTANT

13  ████████████████ SENIOR TECHNICAL ADVISOR

14  ██████████ DETAILEE, DEPARTMENT OF HOMELAND SECURITY

15  ██████████ SENIOR INVESTIGATIVE COUNSEL

16  ██████████████ INVESTIGATIVE COUNSEL

17  ████████████ INVESTIGATIVE COUNSEL

18  ██████████, CHIEF INVESTIGATIVE COUNSEL

19  ██████████, SENIOR INVESTIGATIVE COUNSEL

20

21  For RAY EPPS:

22

23  JOHN W. BLISCHAK

24  ANDREW BLISCHAK

1

2                                   We'll go on the record at 1:04 p.m.

3          Good afternoon, Mr. Epps.    This is a transcribed interview of Mr. James Ray Epps

4   conducted by the House Select Committee to Investigate the January 6th Attack on the

5   United States Capitol pursuant to House Resolution 503.

6          At this time, I'd ask the witness to please state your full name and spell your last

7   name for the record.

8          Mr. Epps.    James Ray Epps, E-P-P-S, Senior.

9                                   Thank you.    This will be a staff-led interview, and members, of

10  course, may choose to also ask questions throughout this interview.    In the room today,

11  we have                    , investigative counsel.    We have                    detailee from the

12  Department of Homeland Security, Mr.                    senior advisor to the January

13  6th committee, Mr                    , senior investigative counsel,

14  investigative counsel, Mr.                    investigative counsel, Mr.

15  investigative counsel.    We also have members present.    We have Ms. Stephanie

16  Murphy and Mr. Adam Kinzinger present.

17         Did I miss any other staff or members who may be present for the call?

18         Mr. Epps, you are voluntarily here for this transcribed interview.    At this time,

19  could your counsel please state their name for the record?

20         Mr. Blischak.    Yes.    My name is John W. Blischak.    I will be representing Mr.

21  Epps throughout the course of this investigation.

22                                   So there is an official reporter transcribing the record of this

23  interview.    Please wait until each question is completed before you begin your response,

24  and we will try to wait until your response is complete before we ask our next question.

25  The stenographer cannot record non-verbal responses such as shaking your head, so it's

1    important that you answer each question with an audible, verbal response.    We ask that

2    you provide complete answers based on your best recollection, and if the question is not

3    clear, please just ask one of us for a clarification.    If you do not know the answer, please

4    simply say that.

5            I want to remind you that it is unlawful to deliberately provide false information to

6    Congress.    For this interview, providing false information could result in criminal

7    penalties for perjury and/or false statements.    Do you understand that, Mr. Epps?

8            Mr. Epps.   Yes.

9                              Also, at this time, just joining the call is                    , the chief

10   investigative counsel.

11                           Thank you,

12           Good afternoon, Mr. Epps.

13                              So, logistically, please let us know if you need any breaks

14   throughout this interview, or if you would like to discuss anything with Mr. Blischak, we'll

15   go off the record.    We'll all mute and then go off camera so you can talk to Mr. Blischak,

16   and then we'll come back on when you all are ready to answer questions.    Does that

17   make sense?

18           Mr. Epps.   Yes, sir.

19                              There also may be several people asking you questions today, so

20   again, if you don't understand a question, please just ask me to repeat it.

21                                     EXAMINATION

22

23       Q    So, Mr. Blischak, starting off, please tell us a little bit about your background,

24   like where you're from, and your education background.

25           Mr. Blischak.   I didn't know I was going to do this.

1          I'm sorry.   I'm sorry.   Mr. Epps, not Mr. Blischak.   I apologize.

2          Mr. Epps, tell us about your background.

3     Sorry.   Not you, Mr. Blischak.

4     Mr. Epps.   My background.   Born and raised in Mesa, Arizona.   High school.   I

5     did do some college, things that I needed, business, personal finance, that kind of stuff.

6

7          Q     And tell us a little bit about your career.   Tell us what your first career was

8     and walk us through kind of your career progression.

9          A     So after I got out of the Marine Corps, I went into roofing, and was a

10    journeyman roofer for a few years, became a foreman.   After that, I opened up my own

11    business probably in about '80 -- maybe about '86.   Yeah, '86.   And off and on, we

12    followed the work.   I ended up in Vegas where I met my wife, and we were married

13    there and then moved back to Arizona.

14         Q     I might have missed this.   How long were you in the Marine Corps?

15         A     4 years.

16         Q     4 years.   And what was your job in the Marines?

17         A     Infantry.

18         Q     Were you ever-- did you ever -- in the Marines or in the job that you just

19    discussed, were you ever -- did you ever work in law enforcement?

20         A     No, sir.

21         Q     Did you ever work for the FBI?

22         A     No, sir.

23         Q     Mr. Epps, this is not the first time we're interviewing you.   Is that correct?

24         A     No, sir.

25         Q     We also met with you back in November.   Is that right?

1          A     Yes, sir.

2          Q     So, today, we're going to go through a lot of the same topics that we went

3     through in November, okay, so just to kind of give you the highlight where we're heading

4     for today.

5                The first thing I want to talk about is I believe that you were a member of the Oath

6     Keepers at one point --

7          A     I was.

8          Q     -- is that correct?

9          A     I was.

10         Q     Can you please tell us how you came about joining the Oath Keepers, how

11    long you were in the Oath Keepers, and just your experiences in the Oath Keepers?

12         A     There was a -- oh, geez.    I think it was called the 912 March, and I think the

13    Tea Party took credit for it or tried to take credit for it.    We -- I took my dad to

14    Washington, the first I'd ever been to Washington, and we met the Oath Keepers there.

15    We attended a dinner, and I thought they were pretty -- pretty stand-up guys.    They

16    were law enforcement, prior law enforcement, prior military and other people that -- that

17    wanted to know more about the oath, and so I joined up with them.

18         Q     What year was this that you joined the Oath Keepers?

19         A     You know, I -- I'm thinking it was 2009, 2010, somewhere around there.

20         Q     And how long did you stay in the organization?

21         A     Probably a couple years.

22         Q     And did you have any roles while you were a member of the Oath Keepers?

23         A     I oversaw Arizona as a chapter president.

24         Q     And why did you eventually leave the Oath Keepers?

25         A     There was a -- a push to -- not a push.    Stewart wanted to -- there was

1   some things going on in Washington and Portland.   I think it was Portland.   It was

2   Portland.   I think that's when antifa had first come out, and we were seeing a lot of

3   things.   They were burning things and doing different things on the news, and he

4   thought that it would be wise if we were to go there and try to direct them, get in with

5   them and direct them to do things other -- other ways.   I didn't agree with that, so we

6   kind of split ways.

7       Q       Got it.

8       A       They were too radical -- too radical for my -- my likes, so --

9       Q       Thank you.   So now, I want to fast forward from the couple of years that

10   you were in the Oath Keepers to the 2020 general election.   Did you support former

11   President Trump in that election?

12      A       I did.

13      Q       And during this period around and after the election, did you have concerns

14   about how the election went with the voting and all in 2020?

15      A       I did.

16      Q       Please tell us about the concerns you had surrounding the 2020 election?

17      A       Well, you know, there was a lot of hype about it.   You listen to some of that

18   hype, but I try not to judge on it.   But we had something happen on our property, our

19   farm.   And we have two addresses on our farm.   It's kind of unique.   And one of the

20   addresses that we do not live at received five ballots -- well, no -- received three ballots,

21   and we received two ballots at our location, at our -- our address.

22          Those three ballots, we had never -- we've owned the property for now 12 years.

23   We never heard of the people that -- that were on the ballots.   My wife actually told the

24   mail carrier to keep one of them and send it back.   The other two she got, and she tore

25   them up, and she threw them in the trash.   She told me about it, and I told her, you

1    were telling them that we've made our point?

2        A    I don't remember.    I got called a lot of names that day.

3        Q    How long did you do this, did you deescalate?    How long were you walking

4    back and forth doing this?

5        A    You know what; I'm not sure.    Whenever that -- whenever they got to that

6    point -- I'm sure you've got some idea.    Whenever they got to that point until it broke, I

7    was there the entire time.

8        Q    So, when it broke, did you follow the crowd into -- did you leave the Capitol?

9    Tell us what happened once --

10        A    I took a couple of steps in, and I just looked around, and I was sick.    There

11    was a lot of tear gas, a lot of bad stuff going on.

12        So I started to leave, and I heard somebody screaming for a medic.    So, at that

13    point -- I had my first aid kit.    At that point, I went in.    I went up where I found an

14    individual that was laying on the ground.    He was lifeless.    I knelt down on one knee

15    and took his vitals.    His heart was fibrillating almost.    It wasn't beating properly, and he

16    was not breathing.

17        And another medic showed up, somebody that is a medic.    I'm not a medic.    I

18    have had EMT training, but I'm not current.    I started -- I said:    He's not breathing.    I

19    was getting ready to do CPR.

20        And he said:    Let's find out if he's epileptic.

21        And he asked him if he had a seizure, blink your eyes if you did.    And he blinked

22    his eyes.    And at that point we picked him up and started getting him out.

23        And I lost my voice at that point because I was telling people:    Emergency,

24    emergency.    Please clear the way.

25        And we got all the way out to the lawn down by the road.    We had to cross one

1    road.    We got to the lawn.    There was a tree.    We propped him up on the tree.    I got

2    my phone out.    I was trying to call 911, and he called me off.    He said:    I don't need

3    911.    I'm fine.

4            And that was the end.

5            I looked back.    I saw people crawling all over the Capitol, climbing the walls.    It

6    made me kind of ill to my stomach.    I decided to go back to the -- there was no point in

7    going back.    It had gone beyond to what I wanted it to be.

8        Q    So you said you took a couple of steps in.    Where did you take a couple of

9    steps in?    I want to make sure we're understanding.    You said you took a couple of

10   steps in?

11       A    It's like a platform.    I walked into the platform, and the tear gas and all of

12   that kind of overtook me.    I'm looking at him.    I'm just thinking, crap.    Now what?

13   And I started walking back out, and then I heard somebody yelling for a medic, and that's

14   when I went back up.

15       Q    So the platform on the outside part of the West Plaza; is that what you're

16   saying?

17       A    No.    I think it was the platform before you go into the building.

18       Q    Oh, before you go into the building.    Okay.

19       A    That's where the guy was laying, right there.

20                          Okay.

21              I'm going to go a little bit out of order.    Can we play exhibit -- let's see, can

22   we play exhibit 15, please?

23           [Video shown.]

24                    .  Thank you,

25                BY

1    Q    So is this the platform that you said you took a couple of steps up to?   Is

2    that -- do you recall that?

3    A    That's on another side of the Capitol.

4    Q    Okay.   So that's the Capitol around 2:12 p.m. at that initial breach point

5    before the window was broken.   So you weren't up that high on the Capitol area?

6    A    I wasn't anywhere near that, no.   I didn't know that.

7    ██████████    Okay.

8    ██████  can you pull up exhibit 14?

9    So the exhibit I just played for you was footage at the Capitol on the west -- upper

10   west terrace at 2:12 p.m.

11   It looks like this is a text message with "Daylin" or "Dalin" Epps.   Is that how you

12   pronounce it?   I'm sorry.   How do you pronounce the name?

13   Mr. John Blischak.   Pronounced Dalin; isn't it?

14   Mr. Epps.   What's that?

15   Mr. John Blischak.   He asked how do you pronounce Dalin's name?

16   Mr. Epps.   "Dalin."

17   ██████████    Who is Dalin Epps, first of all?

18   Mr. Epps.   He is my nephew.   He's 28 years old.

19   ██████████    Okay.

20   And can we scroll down just a little bit to the middle of the page ████████

21   All right.   Perfect.

22   BY ██████████

23   Q    So it looks like, around 9 a.m., your nephew texts you:   You and Jim be safe.

24   And then, at 2:12 p.m., on January 6th, you text back:   I was in the front with a

25   few others.   I also orchestrated it.

1          This is the exact same time of the video that I just played.    Help us understand

2    this text.    What did you mean by "orchestrate"?    What did you orchestrate?

3          A      I just meant that I got -- you have to understand our relationship,

4    uncle-nephew.    We hunt together.    We fun with each other.    We do that kind of stuff.

5          What I meant by "orchestrate," I helped get people there.

6          At that point, I didn't know that they were breaking into the Capitol.    I didn't

7    windows had been broken.    I didn't know anybody was in the Capitol.    If I answered

8    him, that means I was on -- at 2:12, I was on my way back to the hotel room.

9          Q      Okay.    So, at this point, you're now away from the Capitol Complex?

10          A      Exactly.

11          Q      All right.    And when you say, "I was in the front with a few others," what

12    time are you referring to?    What are you referring to, "I was in front with a few others"?

13          A      I was in the front.

14          Q      I guess I'm just trying to understand.    I guess what we would like to

15    understand is why are you telling your nephew this at this time?

16          A      I was pretty proud that we were all there.    I mean, I wasn't proud of some

17    people, but, for the majority of the people there, they were pretty peace-loving people.

18    I mean, they were like me.    The atmosphere was good except for those people that

19    were trying to take it in a different direction.

20          Q      And the people that were trying to take it in a different direction, were these

21    the type of people that you were talking to to deescalate throughout the morning and on

22    January 5th?

23          A      Right.    The same type of people on the 5th as well.

24          Q      Going back to walking up the platform, I want to make sure I understand.

25    Did you go up like stairs at all?

1    Q    Were you just recapping the days?    Is that fair?

2    A    We talk a lot.

3    Q    Yes.    I imagine with Ms. Robyn Epps, in particular.    A Mr. James Trout,

4    there were texts in the afternoon of January 6th.    Does that name ring a bell, Mr. James

5    Trout?

6    A    He is a neighbor down the street.    He lives at the end of my street.

7    Q    We've already gone over your nephew, Dalin Epps.    Do you recognize a

8    Mr. Christopher Hupke?    It's a ▆ number, and there were texts on January 6th.

9    A    What did the texts say, sir?

10    Q    We don't have that information.    We just have that there was incoming

11    text messages, and they came in approximately 4:25 on January 6th.    There were three

12    incoming text messages, and you did not respond back to any of them.

13    Mr. Andrew Blischak.    Why don't you look in --

14    Mr. Epps.    One second.

15    That was on the 6th, correct?

16            BY ▆

17    Q    Correct.

18    A    And what number was it?

19    Q    It was ▆ .

20    A    This is something to do with Twitter and something to do with Twitter.    I

21    don't know what it is.    I didn't open it, and I haven't responded.

22    Q    Thank you.    There were texts on -- with a Mr. Robert Neves, N-e-v-e-s.    Do

23    you recall that individual?

24    A    Nev.

25    Q    It was incoming at around 8 p.m. on the 5th.

1        A        I'm sorry, yeah, that's Bobby.    Bobby, he's -- he's the guy that set up lodging

2    at our place.    We -- we have a -- a barn that we rent out, but with that barn is a house

3    that they get ready in on weddings.    But we can also let people use that for staying, and

4    he set up lodging for a women's shooting team that came into town.    And they also shot

5    some video there as well.

6        Q        So this wasn't a conversation with an FBI agent or CIA individual or NSA

7    official?

8        A        No, sir.

9        Q        Mr. James Epps, we saw calls and texts on January 5th and 6th.    Just to

10   confirm, that's your son, correct?

11       A        That's my son, yes, sir.

12       Q        Mr. Darren Wright.    It was an███ number.    It was an incoming text and

13   outgoing text on January 6th, and let me get you the time.    It was at around 1:59 and

14   2 p.m. on January 6th, and this is a Utah area code.

15       A        You know, I'm wondering if that is actually Zack, Jim's friend.    I'm pretty

16   sure that's probably him.

17       Q        So just to be clear, your son Jim, where does he live?

18       A        He lives in Payson, Utah.

19       Q        And did his friend come from Utah as well?

20       A        Yes, sir.

21       Q        Okay.    There was a call on January 5th with a St. John's Episcopal.    Do you

22   recall that?

23       A        I do.    We were actually in Hopeville -- what's it called.

24       Q        I think Hopewell, Virginia, correct?

25       A        Yes, sir.    And there is a church there with a cemetery and our family names,

1    is in that cemetery, and we wanted to go into the church where our family attended

2    before.    So we were calling that number to see if we could get in, and we never got an

3    answer.

4            Q        There were two incoming text messages at around 3:52 -- they actually

5    might be the same text because they're both at the exact same time -- from an

6                              .    You did not respond back, but do you know what this number is?

7            A        I do not.

8            Q        Okay.    And again, you said you received texts and calls because your

9    number was listed on your website for your company?

10           A        A lot of spam, a lot of different things like that, and a lot of clients as well.

11   So, or what that's about.

12           Q        And then the last number where we saw outgoing and incoming texts was a

13                          number.    We have done our own research on this, and there has been

14   public reporting that this sometimes shows up on people's phone records, and it's not a

15   specific number for anyone.    It just sometimes shows up on phone records, so --

16           A        I have never heard of it.    I couldn't find it on my phone either.    I'm not

17   sure how you got that.

18           Q        Thank you for looking through your phone for that number.

19           A        Thank you.

20           Q        And so, again, January 6th through -- going backwards -- through December

21   19th when President Trump first tweeted about this rally, did you speak with the FBI?

22           A        No, sir.

23           Q        Did you speak with the CIA?

24           A        No, sir.

25           Q        Did you speak with the NSA?

1      A      No, sir.

2      Q      Did you speak with the Metropolitan Police Department?

3      A      No, sir.

4                        Thank you.    Does anyone else have any -- any Members or staff

5      have any follow-up questions there?

6                Mr. Kinzinger.    I have a question quickly.    And if you're going to go here,

7                , I'll hold on to it but just about kind of life sense.

8                        I'm going to hit that -- I'm going to hit that, Mr. Kinzinger.

9                Mr. Kinzinger.    I'll stand by.

10                        Thank you.

11                        BY

12      Q      I meant to ask, any Federal agencies at all, did you talk to any Federal

13      agencies prior to January 6th?

14      A      No, sir.

15      Q      Thank you.

16                So let's think now post January 6th interactions.    You mentioned your

17      brother-in-law.    Is that how you became aware that you were possibly listed on the

18      FBI -- FBI list post January 6th?

19      A      Yes, sir.

20      Q      Tell us about that, how you found out you were on the list and then what

21      you did afterwards?

22      A      As I recall, he had sent a text to my wife, and it had a picture of me on it.

23      And she -- she asked him how he got it, and he said it came over Twitter or something,

24      and can you download it or something.    And he wasn't able to.    And then later came

25      back and said that I was on the FBI's -- most wanted list for information.    And I didn't

1    find this out -- and I believe it was on the 8th -- and I had immediately, after we talked to

2    him -- we called him and talked to him about it and immediately after, we got off the

3    phone with him, called the FBI 1-800 number.

4        Q    Okay.    I actually -- just to make sure we're talking about the same list or

5    poster.

6            ▮▮▮▮▮▮ can you pull up exhibit 18 for me, please.

7            Is this that -- and if you could scroll in or zoom in to, I think it's person 16.

8        A    Yes, sir.

9        Q    Is that the graphic you saw of yourself on January 8th?

10       A    Yes.    He actually had a film of the whole thing, the guy shaking the fence

11   and all that.    And then I'm not sure if he sent this -- yeah, he probably sent this as well.

12   But that's the one he was referring to, yes.

13       Q    ▮▮▮▮▮▮ can you pull up exhibit 19.    I believe these are the text messages

14   about the FBI list that we were just talking about.    And can you scroll down.    You see

15   picture 16, it looks like.

16           Is this your brother-in-law by the way?    It's a 951 number.

17       A    951.    What are they talking about?    No, that is not.

18       Q    Okay.    Well, we can scroll down a little bit.    So it's an FBI list link, and then

19   it looks like you say back, it kinda sucks when you get a call from your brother-in-law that

20   you're on the Most Wanted list as a person of interest.    And this is on January 8th.

21       A    Right.

22       Q    So this is approximately when you found out?

23       A    I think that was after the call to the FBI.

24       Q    Okay.

25       A    Yeah, that was after I called and I was on hold forever with -- on the FBI.

1    news on the -- on the tabloids.    At least the same.    At least when you read that, you

2    know what it is.    I'm -- I'm very disappointed, very disappointed.

3          And some leaders and the media, some of the media -- there's been a few that's

4    told the true story -- is that -- does that give you a good enough answer?

5                           Thank you.    I know that's -- I know it was probably difficult to

6    talk about some of these recent issues that your family have now faced.    And I'm going

7    to turn it over to Mr. Kinzinger, and then

8          Mr. Kinzinger.    Mr. Epps, thank you.    Just so you understand our commonality,

9    I'm a Christian myself, and I think truth matters.    And you know, for me, learning to tell

10   the truth at Sunday school was, you know, one of the first lessons I ever learned as a kid.

11         You talk about how this has affected your life.    What is your -- what do

12   you -- sitting where you are now, what's kind of your biggest fear, and have you ever

13   considered, you know, potentially speaking out about it, or is there fear in that as well?

14         I just wanted to kind of get your mind-set on that a little bit too, because I -- again,

15   my perception, not speaking on your behalf, but my perception is, you know, you were

16   exercising your First Amendment right.    You were trying to do the right thing, and

17   provided a snippet of a convenient narrative for a conspiracy.    So I just wanted to hear

18   more from you on that.

19         Mr. Epps.    We couldn't speak out for quite some time.    It's an ongoing

20   investigation.    And you know, like -- like certain Senators -- or certain politicians that

21   were questioning the FBI, knowing what the answer would be, but trying to drive their

22   narrative, the media's done the same thing with me.    They know anybody in my position

23   can't talk about it.

24         We're asked by our attorney, someone we pay to give us good advice, and their

25   advice is, Don't talk about it.    And they take that to the next level.    He must be guilty,

1    he's not talking about it.    The media, coaxing us to come out, camping out at our house,

2    the buses of people that come.

3            We had a tour bus come by our home and our business with all these whacked out

4    people in it.    There are good people out there that was in Washington.    Those aren't

5    the people that's coming by our house.    This attracts -- when they do this sort of thing,

6    this attracts all the crazies out there.

7            We've got one guy that has been in prison and shot by the police once, and he's

8    out on bail right now, and he's trying to contact me.    Those are the kind of people I'm

9    talking about.    There's some real crazies out there, we're finding out.    So, yeah, I can't

10   have my wife live in my home, and I've got to protect my property.

11           Mr. Kinzinger.    Well, thank you, and just for your information, in about 10

12   minutes I have to leave, but appreciate your words and coming in.

13           Mr. Epps.    Thank you.

14           Mr. John Blischak.    Mr. Kinzinger, before you leave, why don't you take care of

15   that baby, okay?

16           Mr. Kinzinger.    Yeah.    My wife's got him right now.

17           Mr. John Blischak.    Okay.

18           Mr. Kinzinger.    Thank you.

19

20           Q    I want to -- I want to just follow up, but not to belabor this point because I

21   know it is sort of a difficult one for you, sir.    My understanding is that the former

22   President was in Arizona recently, and even he's sort of raising this -- this conspiracy

23   theory.    Has that had an impact on you?

24           A    That has -- yeah, it did have an impact.    It was very troubling.    I think that

25   he's being misled right now.    I think he's surrounded his people by -- he's surrounded

1    himself by a few people that they don't have the truth, and they're trying to push a

2    narrative.   I think he's misled right now.   I don't know.   I don't know what to think

3    about that.

4        Q    And has that -- have you seen an uptick in the level of hostility towards you

5    and your family?

6        A    Yes.   But not -- not due to that.   That was before when -- let me get these

7    names right.   It really, really started when Congressman Massie started his deal, and

8    he -- there was a reporter -- or not a reporter -- there was a blog or something, it's called

9    Revolver, I'm not real familiar with it, but they come out with this fictional character that I

10    led a team, Breach Team Six, and all this stuff.   I mean, it's real crazy stuff, and he

11    brought that kind of stuff to the floor of the House.   When that happened, it just blew

12    up.   It got really, really bad.   Him and, gosh, Gaetz and Greene, and, yeah, they're just

13    blowing this thing up.   So it got really, really difficult after that.   The crazies started

14    coming out of the woodwork.

15               Thank you.

16        Mr. Kinzinger.   May I ask real quick, what about, what was the timing?   Around

17    what month did this start to accelerate?   I mean, I hadn't heard about you personally,

18    myself, until probably about November.   From your position, when did -- when did this

19    kind of -- I'll call it a conspiracy, because that's what it is -- start to creep up?

20        Mr. Epps.   Revolver, I guess, come out with this conspiracy.   They started

21    putting this thing together, and I don't think Revolver was anybody -- this is my own

22    personal belief.   I'm not sure if this is right -- until politicians basically put them out

23    there.   I mean, then everybody believed it.   They believed their politicians, and it just

24    blew up.

25        Mr. Kinzinger.   And just as a quick aside, there's a conspiracy that I created ISIS.

1    So, I didn't, but I've seen it on the internet, and I understand how this stuff spreads, and

2    the truth doesn't spread as quickly.    So, thanks.    That's it.

3                           Mr. Kinzinger, I can tell you, I believe Mr. Massie's comments were in

4    October with -- Director Wray was testifying, and then I think Revolver article was at the

5    end of October -- the first Revolver article.

6         Mr. Epps.    So maybe it was the other way around.

7         Mr. Kinzinger.    Yeah.    I hadn't heard of Revolver until you either, but that's how

8    they make their money, and it's convenient for some people.    So thank you.

9                  BY

10        Q    And just to further confirm the record, the committee reached out to you,

11   Mr. Epps, the end of October, and then we coordinated with Mr. Blischak, and we

12   interviewed you for the first time on November 3rd?

13        A    Yes, sir.

14        Q    Is there anything else that we didn't ask you, Mr. Epps, that you wanted to

15   share with the committee today?

16        A    You know, my wife wanted something read.

17        Mr. Andrew Blischak.    Yes, and I'll just sum it up for everyone in closing

18   because --

19        Mr. John Blischak.    This is Andrew Blischak for the record.

20        Mr. Andrew Blischak.    Thank you.    She just discusses a little bit about the death

21   threats and how her lives have changed.    I'm sure you've heard, she -- her living

22   situation, but perhaps the most poignant point is that she remarked, I've already lost one

23   son.    And with the hype that preceded the rally, I was afraid for our son's safety.    Ray is

24   a protector by nature, especially with his family.    I wanted Ray to be there to keep our

25   son safe.

1    She also wanted Ray to go because she thought it would be a great father-son

2    bonding opportunity, especially in D.C. with the sightseeing, because Ray was

3    initially -- he initially declined.    He wanted to keep working, so.    The way she suggested

4    that he go and -- it's her fault.

5    Mr. Epps.    No, it's not.    You know what, she wanted to thank you guys.    This

6    has been not a good experience, this whole thing, but dealing with you, it has been a

7    good experience, so.

8                         Thank you, Mr. Epps.

9    Mr. Kinzinger.    May I ask one more quick thing, sir?

10    Mr. Epps.    Yes.

11    Mr. Kinzinger.    And maybe this is better directed to the lawyer.    In terms of

12    information we've learned, discussions we've had, is it a hope that there is the truth that

13    gets out there?    Are you worried about that?    Maybe, however, we can answer that or

14    whoever can answer that.

15    Mr. John Blischak.    I was discussing with my client just prior to we started, that I

16    fear that what could happen to my practice if certain allegations are made regarding me

17    representing Mr. Epps.    I'm a criminal attorney, and have been so for 35 years.

18    Occasionally the public doesn't like it when you represent various characters, and I'm not

19    saying in any way -- I'm proud to represent Mr. --

20    Mr. Epps.    Epps.

21    Mr. John Blischak.    -- Epps.    Thank you.    Boy, this is a lot of pressure.    Now,

22    having said that, sometimes you don't always represent the best in people, so.    I'm -- I

23    got my guard up.    Already had one threatening call, and that's -- that's all I can tell you.

24    Mr. Kinzinger.    Okay.    Well, again, be safe.    Thank you.

25    Mr. John Blischak.    Thank you.