# EXHIBIT F

The Wayback Machine - https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-st…

An official website of the United States government. Here's how you know

# VIOLENCE AT THE UNITED STATES CAPITOL

Washington, D.C.
January 6, 2021






(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/collage-8-5x11-02.pdf)

View Poster (https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/collage-8-5x11-02.pdf)

email Stay Connected
Get FBI email alerts

Subscribe (https://web.archive.org/web/20210109003016/https://delivery.fbi.gov/subscribe?utm_source=Most%20Wanted&utm_medium=Sticky%20Footer

No Thanks

## Download Poster

- English (https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/collage-8-5x11-02.pdf)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/@@images/image)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-11.jpg)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-12.jpg)

Photograph #13 (https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-13.jpg)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-14.jpg)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-15.jpg)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol16.png)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-17.jpg)


Photograph #18 (https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-18.jpg)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-19.jpg)

✉ **Stay Connected**
Get FBI email alerts

Subscribe (https://web.archive.org/web/20210109003016/https://delivery.fbi.gov/subscribe?utm_source=Most%20Wanted&utm_medium=Sticky%20Footer)
No Thanks


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-2/capitol-20.jpg)

## Details:

The Federal Bureau of Investigation's (FBI) Washington Field Office is seeking the public's assistance in identifying individuals who made unlawful entry into the United States Capitol Building on January 6, 2021, in Washington, D.C.

## Submit a Tip:

Anyone with information regarding these individuals, or anyone who witnessed any unlawful violent actions at the Capitol or near the area, is asked to contact the FBI's Toll-Free Tipline at 1-800-CALL-FBI (1-800-225-5324) to verbally report tips. You may also submit any information, photos, or videos that could be relevant online at fbi.gov/USCapitol (https://web.archive.org/web/20210109003016/http://www.fbi.gov/USCapitol). You may also contact your local FBI office (https://web.archive.org/web/20210109003016/http://www.fbi.gov/contact-us/field/) or the nearest American Embassy or Consulate (https://web.archive.org/web/20210109003016/http://www.fbi.gov/contact-us/legat/).
**Field Office:** Washington D.C. (https://web.archive.org/web/20210109003016/https://www.fbi.gov/contact-us/field-offices/washingtondc)

Submit an anonymous Tip online (https://web.archive.org/web/20210109003016/https://tips.fbi.gov/)

## Related Cases:


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol)

VIOLENCE AT THE UNITED STATES CAPITOL (https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-4)

VIOLENCE AT THE UNITED STATES CAPITOL (https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-4)


(https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-3)

VIOLENCE AT THE UNITED STATES CAPITOL (https://web.archive.org/web/20210109003016/https://www.fbi.gov/wanted/seeking-info/violence-at-the-united-states-capitol-3)

**Stay Connected**
Get FBI email alerts
Subscribe (https://web.archive.org/web/20210109003016/https://delivery.fbi.gov/subscribe?utm_source=Most%20Wanted&utm_medium=Sticky%20Footer
No Thanks