# EXHIBIT H

8/20/23, 4:50 PM
Case 1:23-cv-00761-MN   Document 13-4   Filed 08/23/23   Page 2 of 4 PageID #: 167
In video, Trump supporter says, 'We need to go into the Capitol'

# azcentral.

ARIZONA

# Arizona man went to Washington for day of Capitol riot, appears to talk about plans in video


**Anne Ryman**
Arizona Republic

Published 6:51 p.m. MT Jan. 11, 2021 | Updated 10:47 a.m. MT Jan. 12, 2021

A Queen Creek man who acknowledges he was in Washington, D.C., for last week's rally by President Donald Trump also appears to be shown in videos taken the night before talking about plans to go inside the U.S. Capitol.

In one video that has been widely viewed on Twitter, he can be heard saying, "I don't even like to say it because I'll be arrested. I'll say it. We need to go *into* the Capitol."

Ray Epps told The Arizona Republic in a brief telephone interview Monday that he had traveled to the capital for the event, and that he had been advised by an attorney not to speak about it.

"I think the truth needs to get out," he said.

He said he would be putting out a statement on Tuesday and added, "I didn't do anything wrong."

A video online appears to show him saying, "We're here to defend the Constitution" and "We need to go into the Capitol."

Asked about it, he first told The Republic he would need to see the video. When read a transcript of the comments, he said, "The only thing that meant is we would go in the doors like everyone else. It was totally, totally wrong the way they went in."

Five people died as a result of the event, including a Capitol police officer, and scores of people nationwide have been arrested since then on charges including violent entry and disorderly conduct.

A person who resembles Epps also appears in video of the first people charging past a line of barricades at the Capitol. An image of that man appears on an FBI news release of people being sought for information about the riot.

Epps said he is a law-abiding citizen. He declined to comment when asked if he is pictured on the FBI's page.

Epps is described as the owner of Rocking R Farms in Queen Creek and the Knotty Barn, a wedding and event venue in the East Valley, on a website for those venues.

## The night before the riot

Various videos posted online from Jan. 5 show a man who resembles Epps on the street in a public gathering the night before the siege.

In a video taken the night before the rally in Washington, D.C, the man who resembles Epps speaks for a video that was livestreamed by far-right social media personality Tim "Baked Alaska" Gionet. (The man discusses being from Queen Creek around 4 hours and 8 minutes into the video.)

The man, wearing a khaki shirt and red Trump ballcap, says he is from Queen Creek, Arizona, and is with "the Knotty Barn."

The man expresses concern for various people who are in the crowd on the street that evening. He says that people are "straggling out in 1s and 2s. That's not smart, man. We need to find someone to announce they need to go in groups."

While speaking on the livestream, he mentions that he despises Black Lives Matterand despises Antifa and that he has "stood them down myself."

At another point, he says, "We need to go *into* the Capitol."

## The day of the riot

Other video taken the next day shows a man who resembles Epps outside the U.S. Capitol, wearing desert camouflage and an identical red Trump hat. One video shows people in the crowd smashing police barricades and pushing past officers. The man resembling Epps stands among them, but does not appear to shove the barricades.

An image from one of those videos is listed on an FBI website that seeks the public's help in identifying people who may have entered the U.S. Capitol on Jan. 6.

Epps declined to comment on whether he was the man in the FBI photo. "I can't comment anymore," he said.

*Reach the reporter at anne.ryman@arizonarepublic.com or 602-444-8072. Follow her on Twitter @anneryman.*

**Support local journalism.** *Subscribe to azcentral.com today.*