# EXHIBIT I

# azcentral.

ARIZONA

# Arizona man who was at U.S. Capitol Jan. 6 featured in video during House hearing with AG Merrick Garland


**Anne Ryman**
Arizona Republic

Published 6:07 p.m. MT Oct. 22, 2021

One Arizona man who appeared prominently in videos from the Jan. 6 Capitol riot — but has never been charged — returned to prominence this week when those videos were replayed in Congress.

A video of Queen Creek resident Ray Epps was shown by U.S. Rep. Thomas Massie of Kentucky during a House oversight hearing where lawmakers questioned Attorney General Merrick Garland about the attack on the Capitol.

Massie used the video as occasion to ask Garland not just about Epps, but about the belief that federal agents were present and agitating people before the riot.

One video shows Epps telling people on Jan. 5 they need to go into the U.S. Capitol. Other video shows him directing them on Jan. 6 toward the historic building.

Massie showed video and images of Epps during the hearing, then asked Garland, "as far as we can find, this individual has not been charged with anything. You said this is one of the most sweeping investigations in history."

Garland responded that the U.S. Department of Justice does not comment on pending investigations, especially particular scenes or individuals.

Massie persisted.

"Can you tell us — without talking about particular incidents or particular videos — how many agents or assets of the federal government were present on January 6? Whether they agitated to go into the Capitol and if any of them did?

"I'm not going to comment on an investigation that's ongoing," Garland responded.

Massie later accused Garland in a tweet of withholding evidence from Congress by not answering how many federal agents were in the crowd.

"If he's going to withhold evidence from Congress on this basis, why does the Jan 6 Committee even exist?" he tweeted.

John Kennedy, a spokesman for Massie, declined to comment to The Arizona Republic beyond a video showing the exchange between Massie and Garland at the hearing.

Massie, a libertarian-leaning Republican, is known for outspoken tweets on topics such as opposing vaccine mandates.

The Republic was unable to reach Epps for comment on Friday. His cellphone voicemail was full and wouldn't accept messages. He did not respond to text messages or emails.

Epps acknowledged in a brief interview with The Republic in January that he had traveled to Washington, D.C., for the event. He told The Republic he is a law-abiding citizen. He said he didn't do anything wrong.

When asked what he meant in videos by going into the Capitol, he said, "The only thing that meant is we would go in the doors like everyone else. It was totally, totally wrong the way they went in."

Then he ended the conversation, saying he had been advised by an attorney not to say anything.

The video Massie showed on Thursday shows Epps a day before the riot. He is wearing khakis and a red Trump hat and tells the interviewer, "I'm going to put it out there. I'm probably going to go to jail for it, OK. Tomorrow, we need to go into the Capitol. Into the Capitol."

As people in the crowd start yelling, he adds, "Peacefully."

The crowd starts chanting, "Fed, fed, fed."

In another video taken the day of the Capitol riot, Epps cups his hands around his mouth and yells, "OK folks, spread the word. As soon as the president is done speaking, we go to the Capitol. The Capitol is this direction."

Epps is not among the more than 500 people facing criminal charges related to the Jan. 6 attack on the Capitol.

Other video from the scene of the raid appears to show him at a line of barricades, crossing that line as others smash down the barricades and topple the police officers behind him. But that video does not extend to the time that rioters actually entered the Capitol building.

It's not publicly known whether Epps actually entered the Capitol building, and he did not answer questions about it from The Republic in January.

In a video from January, Epps tells the interviewer he is from Queen Creek and is "with the Knotty Barn."

Webpages for the Knotty Barn, a Western-themed wedding venue, and Rocking R Farms in Queen Creek describe Ray Epps as the owner. The site previously included photos of him, though those photos have been removed since Jan. 6.

Epps may have longtime ties to the Oath Keepers, which experts say started during the Obama administration as a group to fight what it saw as federal government overreach and has since become more of an extremist group.

Some Oath Keepers members have been charged in the Jan. 6 riot.

The whistleblower group Distributed Denial of Secrets released a database hacked from the Oath Keepers website, which includes a file that purportedly provides names, addresses, phone numbers and email addresses of almost 40,000 members. Those fields appear to be based on a sign-up form. USA TODAY reporters have independently verified the accuracy of dozens of members whose names appear on the list.

That database lists Epps as a member, and includes a home address for him, which matches the address of a home in Mesa that Epps owned until 2010. The database lists a membership number for each person, numbering to more than 38,000. Epps' number is in the 400s, suggesting he may have been added to the list early on.

Archives of emails sent by the Oath Keepers can be found online, soliciting attendees for events as far back as 2011. They describe Epps as state chapter president.

Regardless of his motivation for being in Washington in January, Epps also is a longtime Arizona businessman.

8/20/23, 4:52 PM
Case 1:23-cv-00761-MN Document 13-5 Filed 08/23/23 Page 5 of 5 PageID #: 174
Video of Arizona man resurfaces during Capitol riot hearing

He is listed as a principal with Rocking R Farms as far back as 2011, according to state corporation records. At the Rocking R Farms address, he is also listed as a principal of another Arizona corporation, called Patriot Holdings LLC.

*Reach the reporter at anne.ryman@arizonarepublic.com or 602-444-8072. Follow her on Twitter @anneryman.*

**Support local journalism.** *Subscribe to azcentral.com today.*