# EXHIBIT J

# OVERSIGHT OF THE UNITED STATES DEPARTMENT OF JUSTICE

# HEARING

BEFORE THE

## COMMITTEE ON THE JUDICIARY

## U.S. HOUSE OF REPRESENTATIVES

ONE HUNDRED SEVENTEENTH CONGRESS

FIRST SESSION

———

THURSDAY, OCTOBER 21, 2021

———

**Serial No. 117–42**

———

Printed for the use of the Committee on the Judiciary



Available via: *http://judiciary.house.gov*

OVERSIGHT OF THE UNITED STATES DEPARTMENT OF JUSTICE

# OVERSIGHT OF THE UNITED STATES DEPARTMENT OF JUSTICE

## HEARING

BEFORE THE

## COMMITTEE ON THE JUDICIARY

## U.S. HOUSE OF REPRESENTATIVES

ONE HUNDRED SEVENTEENTH CONGRESS

FIRST SESSION

———

THURSDAY, OCTOBER 21, 2021

———

### Serial No. 117–42

———

Printed for the use of the Committee on the Judiciary



Available via: *http://judiciary.house.gov*

———

U.S. GOVERNMENT PUBLISHING OFFICE

48–808                    WASHINGTON : 2022

## COMMITTEE ON THE JUDICIARY

JERROLD NADLER, New York, *Chair*
MADELEINE DEAN, Pennsylvania, *Vice-Chair*

ZOE LOFGREN, California
SHEILA JACKSON LEE, Texas
STEVE COHEN, Tennessee
HENRY C. "HANK" JOHNSON, Jr., Georgia
THEODORE E. DEUTCH, Florida
KAREN BASS, California
HAKEEM S. JEFFRIES, New York
DAVID N. CICILLINE, Rhode Island
ERIC SWALWELL, California
TED LIEU, California
JAMIE RASKIN, Maryland
PRAMILA JAYAPAL, Washington
VAL BUTLER DEMINGS, Florida
J. LUIS CORREA, California
MARY GAY SCANLON, Pennsylvania
SYLVIA R. GARCIA, Texas
JOE NEGUSE, Colorado
LUCY McBATH, Georgia
GREG STANTON, Arizona
VERONICA ESCOBAR, Texas
MONDAIRE JONES, New York
DEBORAH ROSS, North Carolina
CORI BUSH, Missouri

JIM JORDAN, Ohio, *Ranking Member*
STEVE CHABOT, Ohio
LOUIE GOHMERT, Texas
DARRELL ISSA, California
KEN BUCK, Colorado
MATT GAETZ, Florida
MIKE JOHNSON, Louisiana
ANDY BIGGS, Arizona
TOM McCLINTOCK, California
W. GREG STEUBE, Florida
TOM TIFFANY, Wisconsin
THOMAS MASSIE, Kentucky
CHIP ROY, Texas
DAN BISHOP, North Carolina
MICHELLE FISCHBACH, Minnesota
VICTORIA SPARTZ, Indiana
SCOTT FITZGERALD, Wisconsin
CLIFF BENTZ, Oregon
BURGESS OWENS, Utah

PERRY APELBAUM, *Majority Staff Director and Chief of Staff*
CHRISTOPHER HIXON, *Minority Staff Director*

————

# C O N T E N T S

————

THURSDAY, OCTOBER 21, 2021

Page

OPENING STATEMENTS

The Honorable Jerrold Nadler, Chair of the Committee on the Judiciary
from the State of New York .................................................................................. 2
The Honorable Jim Jordan, Ranking Member of the Committee on the Judici-
ary from the State of Ohio .................................................................................. 4

WITNESSES

The Honorable Merrick B. Garland, Attorney General, United States Depart-
ment of Justice
Oral Testimony ....................................................................................................... 9
Prepared Testimony .............................................................................................. 11

LETTERS, STATEMENTS, ETC. SUBMITTED FOR THE HEARING

An article entitled, "The Patriot Act Wasn't Meant to Target Parents," The
Wall Street Journal, submitted by the Honorable Steve Chabot, a Member
of the Committee on the Judiciary from the State of Ohio, for the record ..... 26
An article entitled, "With overdose deaths soaring, DEA warns about
fentanyl-, meth-laced pills," The Washington Post, submitted by the Honor-
able Ted Deutch, a Member of the Committee on the Judiciary from the
State of Florida, for the record ........................................................................... 50
An article entitled, "Tiny wrists in cuffs: How police use force against chil-
dren," Associated Press, submitted by the Honorable Karen Bass, a Member
of the Committee on the Judiciary from the State of California, for the
record ....................................................................................................................... 58
A letter to Merrick Garland from Hakeem Jeffries, October 20, 2021, sub-
mitted by the Honorable Hakeem Jeffries, a Member of the Committee
on the Judiciary from the State of New York, for the record .......................... 72
Materials submitted by the Honorable Ken Buck, a Member of the Committee
on the Judiciary from the State of Colorado, for the record
An article entitled, "Why Obama's former ethics czar is highly critical
of Hunter Biden's lucrative art sales," Vox .................................................. 82
An article entitled, "Art gallery repping Hunter Biden received $500K fed-
eral COVID loan, records show," New York Post ......................................... 91
Materials submitted by the Honorable Ted Lieu, a Member of the Committee
on the Judiciary from the State of California, for the record
A report entitled, "Racial Disparities in Economic Espionage Act Prosecu-
tions: A Window into the New Red Scare," Committee of 100 .................... 104
An article entitled, "Professor acquittal—Is China Initiative out of control?"
University World News .................................................................................... 160
An open letter from faculty members at Stanford University, September
8, 2021 .............................................................................................................. 166
Materials submitted by the Honorable Cliff Bentz, a Member of the Com-
mittee on the Judiciary from the State of Oregon, for the record
A letter and enclosures from the Josephine County Board of Commis-
sioners, October 13, 2021 ............................................................................... 180

(III)

IV

Page

A document entitled, "In the Matter of Declaring a Local State of Emergency Within Jackson County Relating to Unlawful Cannabis Activities and Other Matters Related Thereto," Jackson County Board of Commissioners ............................................................................................. 196
A video entitled, "Jackson County Marijuana and Hemp Flyovers" ............... 201
Materials submitted by the Honorable Chip Roy, a Member of the Committee on the Judiciary from the State of Texas, for the record
    A letter regarding "Federal Assistance to Stop Threats and Acts of Violence Against Public Schoolchildren, Public School Board Members, and Other Public School District Officials and Educators," National School Boards Association, September 29, 2021 ...................................................................... 214
    A memorandum entitled, "Partnership Among Federal, State, Local, Tribal, and Territorial Law Enforcement to Address Threats Against School Administrators, Board Members, Teachers, and Staff," Office of the Attorney General ........................................................................................................... 220
An article entitled, "Texas appears to be paying a secretive Republican political operative $120,000 annually to work behind the scenes on redistricting," The Texas Tribune, submitted by the Honorable Veronica Escobar, a Member of the Committee on the Judiciary from the State of Texas, for the record ....................................................................................................... 246
Correspondence regarding "NSBA Letter to President Biden on Threats School Boards Members and Public Schools," submitted by the Honorable Chip Roy, a Member of the Committee on the Judiciary from the State of Texas, for the record ................................................................................ 254
Materials submitted by the Honorable Cori Bush, a Member of the Committee on the Judiciary from the State of Missouri, for the record
    A report entitled, "Hidden in Plain Sight: Racism, White Supremacy, and Far-Right Militancy in Law Enforcement," Brennan Center for Justice ..... 286
    An article entitled, "Mapping fatal police violence across U.S. metropolitan areas: Overall rates and racial/ethnic inequities, 2013–2017," PLOS ONE 312
Materials submitted by the Honorable Thomas Massie, a Member of the Committee on the Judiciary from the State of Kentucky, for the record
    A letter to Merrick B. Garland from Chip Roy and Thomas Massie, July 15, 2021 ............................................................................................................ 330
    A letter to Merrick B. Garland from Chip Roy and Thomas Massie, May 13, 2021 ............................................................................................................ 332
    Images that were displayed ............................................................................. 334
Materials submitted by the Honorable Sheila Jackson Lee, a Member of the Committee on the Judiciary from the State of Texas, for the record
    A report entitled, "In The Extreme: Women Serving Life Without Parole and Death Sentences in the United States," The Sentencing Project .......... 352
    A report entitled, "Subverting Justice: How the Former President and His Allies Pressured DOJ to Overturn the 2020 Election," Senate Committee on the Judiciary ............................................................................................... 369
    H.R. 5226 the "Preventing Vigilante Stalking that Stops Women's Access to Healthcare and Abortion Rights Act of 2021" ........................................... 370

APPENDIX

Materials submitted by the Honorable Jerrold Nadler, Chair of the Committee on the Judiciary from the State of New York, for the record
    A statement from Rabbi Moshe Margaretten, President, Tzedek Association 374
    A statement from Jesselyn McCurdy, Executive Vice President of Government Affairs, and Sakira Cook, Senior Director, Justice Program, The Leadership Conference on Civil and Human Rights .................................... 429

QUESTIONS AND ANSWERS FOR THE RECORD

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Jerrold Nadler, Chair of the Committee on the Judiciary from the State of New York, for the record ........................................................................ 440
Questions for Attorney General Merrick B. Garland, submitted by the Honorable Sheila Jackson Lee, a Member of the Committee on the Judiciary from the State of Texas, for the record ............................................................. 457
Questions for Attorney General Merrick B. Garland, submitted by the Honorable Steve Cohen, a Member of the Committee on the Judiciary from the State of Tennessee, for the record ................................................................. 461

V

Page

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Ted Deutch, a Member of the Committee on the Judiciary from the State of Florida, for the record ............................................................... 463

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Ted Lieu, a Member of the Committee on the Judiciary from the State of California, for the record ............................................................... 465

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Jamie Raskin, a Member of the Committee on the Judiciary from the State of Maryland, for the record ............................................................... 469

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Lou Correa, a Member of the Committee on the Judiciary from the State of California, for the record ............................................................... 473

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Madeleine Dean, Vice-Chair of the Committee on the Judiciary from the State of Pennsylvania, for the record ......................................................... 474

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Mondaire Jones, a Member of the Committee on the Judiciary from the State of New York, for the record ............................................................. 477

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Deborah Ross, a Member of the Committee on the Judiciary from the State of North Carolina, for the record ......................................................... 478

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Cori Bush, a Member of the Committee on the Judiciary from the State of Missouri, for the record ............................................................... 479

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Jim Jordan, Ranking Member of the Committee on the Judiciary from the State of Ohio, for the record ............................................................... 481

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Victoria Spartz, a Member of the Committee on the Judiciary from the State of Indiana, for the record ............................................................... 482

Questions for Attorney General Merrick B. Garland, submitted by the Honorable Scott Fitzgerald, a Member of the Committee on the Judiciary from the State of Wisconsin, for the record ......................................................... 484

Responses from the Department of Justice, submitted by the Honorable Jerrold Nadler, Chair of the Committee on the Judiciary from the State of New York, for the record ............................................................... 485

# OVERSIGHT OF THE UNITED STATES DEPARTMENT OF JUSTICE

—————

**Thursday, October 21, 2021**

House of Representatives

Committee on the Judiciary
*Washington, DC*

The Committee met, pursuant to call, at 10:12 a.m., in Room 200, Capitol Visitor Center, Hon. Jerrold Nadler [Chair of the Committee] presiding.

*Members present:* Representatives Nadler, Lofgren, Jackson Lee, Cohen, Johnson of Georgia, Deutch, Bass, Jeffries, Cicilline, Swalwell, Lieu, Raskin, Jayapal, Demings, Correa, Scanlon, Garcia, Neguse, McBath, Stanton, Dean, Escobar, Jones, Ross, Bush, Jordan, Chabot, Gohmert, Issa, Buck, Gaetz, Johnson of Louisiana, Biggs, McClintock, Steube, Tiffany, Massie, Roy, Bishop, Fischbach, Spartz, Fitzgerald, Bentz, and Owens.

*Staff present:* Perry Apelbaum, Staff Director and Chief Counsel; Aaron Hiller, Deputy Chief Counsel; Arya Hariharan, Deputy Chief Oversight Counsel; David Greengrass, Senior Counsel; John Doty, Senior Advisor; Moh Sharma, Director of Member Services and Outreach & Policy Advisor; Jacqui Kappler, Oversight Counsel; Roma Venkateswaran, Professional Staff Member/Legislative Aide; Cierra Fontenot, Chief Clerk; John Williams, Parliamentarian and Senior Counsel; Gabriel Barnett, Staff Assistant; Atarah McCoy, Staff Assistant; Merrick Nelson, Digital Director; Kayla Hamedi, Deputy Communications Director; Chris Hixon, Minority Staff Director; Tyler Grimm, Minority Chief Counsel for Policy and Strategy; Stephen Castor, Minority General Counsel; Katy Rother, Minority Deputy General Counsel and Parliamentarian; Ella Yates, Minority Member Services Director; Andrea Loving, Minority Chief Counsel for Immigration; Jason Cervenak, Minority Chief Counsel for Crime; Betsy Ferguson, Minority Senior Counsel; Ken David, Minority Counsel; Caroline Nabity, Minority Counsel; James Lesinski, Minority Counsel; Kyle Smithwick, Minority Counsel; Sarah Trentman, Minority Senior Professional Staff Member; Andrea Woodard, Minority Professional Staff Member; and Kiley Bidelman, Minority Clerk.

Chair Nadler. The House Committee on the Judiciary will come to order. Without objection, the Chair is authorized to declare recesses of the Committee at any time.

(1)

2

We welcome everyone to this morning's hearing on Oversight of the Department of Justice.

Before we begin, I would like to remind Members that we have established an email address and distribution list dedicated to circulating exhibits, motions, or other written materials that Members might want to offer as part of our hearing today. If you would like to submit materials, please send them to the email addresses that have been previously distributed to your offices and we will circulate the materials to Members and staff as quickly as we can.

I would also remind all Members of the guidance in the Office of Attending Physician, which states that face coverings are required for all meetings in an enclosed space such as Committee hearings except when you are recognized to speak.

I will recognize myself for an opening statement.

Good morning, Mr. Attorney General, and thank you for appearing before our Committee today.

When the Department of Justice performs as it should, it is a champion of the Bill of Rights, the protector of the rule of law, and the cornerstone of the institutions that make up our republic.

As Attorney General, you have the responsibility to keep the Department functioning at this high level, preserving the Constitution for our children and our children's children. You have assumed this enormous responsibility at a crossroads in our nation's history.

For four years, the democratic institutions that you have sworn to protect first as a judge, and now as Attorney General, were deeply undermined by the former President and his political enablers. During that time, the Trump Administration leveraged the department to protect the President and his friends and to punish his enemies, both real and imagined. When the former President lost the last election, he summoned the top law enforcement officers in the country and demanded that they use the full power of the Federal government to install him for another term. Trump's plan failed, at least in part, because at least some department officials refused to help him overturn the election.

Even now, however, the ex-President and his allies continue to cast doubt on the last election and appear to be drafting a plan to overturn the next one. Next time, we may not be so lucky.

Your task as Attorney General is unenviable, Judge Garland, because you must build back everything DOJ lost under the last Administration: Its self-confidence, its reputation in the eyes of the American people, and an institutional respect for our Constitution and the rule of law. It is not enough just to right the ship. As the chief law enforcement officer of our nation, it is also your responsibility to help the country understand and reckon with the violence and the lawlessness of the last Administration while maintaining the department's prosecutorial independence.

On January 6th, insurgents stormed the Capitol building in what appears to be a preplanned, organized assault on our government, seeking to overturn the votes of their fellow Americans and believing in the lie told them by President Trump and his followers.

I commend the department for doing the important work of bringing those responsible for the violence of January 6th to justice. I ask only that you continue to follow the facts and the law where they lead because although you have rightly brought hun-

3

dreds of charges against those who physically trespassed in the Capitol, the evidence suggests that you will soon have some hard decisions to make about those who organized and incited the attack in the first place.

We must acknowledge the simple truth that none of the individuals who attacked the Capitol that day appeared out of thin air. According to the Southern Poverty Law Center, Membership of White nationalist groups grew 55 percent during the Trump Presidency. Membership in hate groups overall remains historically high.

The COVID–19 epidemic, as with many national crises, brought out both the best and the worst of our fellow Americans. While everyday heroes struggled to save lives and keep people safe, anti-Asian hate crimes and hate incidents skyrocketed. Innocent people lost their lives and communities were shattered.

I know DOJ and its components are key to the Biden Administration's national strategy for countering violence extremism, and I am looking forward to hearing more about how DOJ is working to prevent violent extremists from gaining further foothold in our country. This growth in extremist ideology is echoed in an epidemic of violence and intimidation directed at our healthcare professionals, teachers, essential workers, school board Members, and election workers.

To be clear, we are a country that prizes democratic involvement at every level of government, the right to be heard, to have a voice, is guaranteed by the Constitution. Nobody has a right to threaten his or her fellow citizens with violence.

You were absolutely right to ask the FBI and Federal prosecutors to meet with local law enforcement agencies instead of dedicated lines of communication so that we can confront this spike in violence head on. There is a broader pattern here. In each of these cases, former President Trump's big lie, the rise in hate crimes against citizens of Asian descent, and the growing threats of violence against public servants, the same set of individuals who have leveraged the same sorts of misinformation, stoked the same sorts of grievances, and shown remarkably little interest in solving our problems. This country, and your tenure as Attorney General, cannot be defined only by the outrages of the last four years.

We have much more to do to deliver on our nation's fundamental promise of liberty and justice for all.

Black and brown Americans deserve to live in a country where they can trust that their local police departments will protect, not endanger their families.

I applaud you for taking steps to limit the use of choke holds and no-knock warrants, and we must continue to work together to address the issues that allow for our criminal justice system to so disproportionately impact people of color.

Across the country, State legislatures are restricting the right to vote in service of the most cynical political motive. Your Department has rightly stepped in to secure our next election and Congress owes you a voting rights restoration act that will give you the tools you need to consign these nakedly undemocratic efforts to the dust bin of history where they belong.

4

Similarly, Texas law to ban abortion after six weeks, and punish abortion providers is designed to restrict its citizens' constitutionally-protected rights. It does so by offering to pay a bounty to those who would turn in their neighbors, coworkers, or even strangers if they suspect someone violated the law and helped the woman get an abortion after six weeks. This deliberately creates an atmosphere of fear and suspicion that stops women from seeking help. It is a dangerous law that is repugnant to the Constitution and I thank you for the Department's swift action to protect these essential rights.

We cannot become a country where only some people in some States enjoy their constitutional rights. As Attorney General, you have the power to help our country navigate the generational trauma of oppression and move past the challenges of the last four years.

Thank you again for appearing before us today. I look forward to your testimony.

I now recognize the Ranking Member of the Judiciary Committee, the gentleman from Ohio, Mr. Jordan, for his opening statement.

Mr. JORDAN. Thank you, Mr. Chair. The Chair just said the Trump DOJ was political and went after their opponents. Are you kidding me? Three weeks ago, the National School Board Association writes President Biden asking him to involve the FBI in local school board matters. Five days later, the Attorney General of the United States does just that, does exactly what a political organization asked to be done. Five days.

Republicans on this Committee have sent the Attorney General 13 letters in the last six months. It takes weeks and months to get a response. Eight of the letters, we have got nothing. They just gave us the finger and said we are not going to get back to you. All of our letters were actually sent to the Attorney General.

Here is a letter sent to someone else asking for a specific thing to be done and in five days the Attorney General does it. Here is what the October 4th memo said.

> I am directing the FBI to convene meetings with local leaders. These meetings will open dedicated lines of communication for threat reporting.

Dedicated lines of communication for threat reporting. A snitch line on parents started five days after a left-wing political organization asked for it. If that is not political, I don't know what is.

Where is the dedicated lines of communication with local leaders regarding our Southern border? Something that frankly is a Federal matter.

Where is the dedicated lines of communication on violent crime in our cities? Violent crime that went up in every major urban area where Democrats have defunded the police. No, can't do that. Can't do that. The Biden Justice Department is going to go after parents who object to some racist, hate America curriculum.

No, can't focus on the Southern border where 1.7 million illegal encounters have happened this year alone, a record number. MS–13 can just waltz right across the border, but the Department of Justice, they are going up to open up a snitch line on parents.

Think about this. The same FBI that Mr. Garland is directing to open dedicated lines of communication for reporting on parents just

239

The FBI committed significant resources to that case, which I appreciate. Mr. Attorney General, when a native woman goes missing, or any woman of color for that matter, they don't get the same level of attention from the Department of Justice and FBI.

What would you say to the families to explain why?

Attorney General GARLAND. I don't think there is any excuse for not giving equal treatment to native and indigenous missing persons. I don't believe there is any effort to not do that.

I know that both the FBI and the Marshals Service are involved in this, along with their partners, their tribal partners. I am not sure what else I can say about that.

Mr. STANTON. Just two weeks ago Chair of the Blackfeet Nation in Montana sent you a letter about the case of Ashley Loring Heavyrunner, a 20-year-old woman who went missing under suspicious circumstances three years ago. Her family and the tribal community are incredibly frustrated at the Federal government's response to the case. In his letter to you he asked why the Federal government continues to make Ashley's family "suffer and feel like Ashley's life doesn't matter."

That breaks my heart, sir, because I can see why so many Native American families feel like their missing or murdered loved ones do not matter to the Federal government. We have a unique trust responsibility to our tribal nations. Rarely, if ever, has our Federal government delivered.

This is an opportunity to finally deliver. It offers you the opportunity to deliver. So, let's not fail our native communities again. What I hope and expect from President Biden and yourself, Mr. Attorney General, is more than lip service or empty statements on this issue,—

Chair NADLER. The gentleman's—

Mr. STANTON. —more than sharing task force recommendations that will be left to sit on the shelf. I look forward to your words in the near future.

Thank you, Mr. Attorney General.

Chair NADLER. The gentleman yields back.

Mr. Massie.

Mr. MASSIE. Thank you, Mr. Chair.

Mr. Attorney General, you announced that the DOJ would use its authority and resources, along with the FBI, to police speech at school board meetings. In your opinion, what limitations does the 10th Amendment bring to your effort to police those school board meetings and speech therein?

Attorney General GARLAND. Let me be clear, we have no intention of policing school board meetings, nor does any memorandum from me suggest that we would do that.

The memorandum that you are referring to is about threats of violence and violence, and that is all it is about. We greatly respect the First Amendment right of parents to appear before school boards and challenge and argue against positions that the school boards are doing. This memorandum has absolutely nothing to do with that.

Mr. MASSIE. So, you believe the sheriffs and the local police should police these school board meetings and investigate the threats of violence?

240

Attorney General GARLAND. Yes, sir. Obviously, the first step is for State and local authorities to do that. This memorandum is about cooperating with State and local authorities.

Now, there are some Federal statutes that cover threats, and intimidation, and harassment. We have the obligation to enforce those. Those do not, those do not apply at school board meetings.

Mr. MASSIE. Thank you. I was hoping that you would articulate the 10th Amendment or some argument that comes from that because I am concerned that the announcement was an effort to basically freeze the speech or to suppress the speech of school board Members.

I need to move on. I want to ask you about something.

There is a concern that there were agents of the government, or assets of the government present on January 5–6th during the protests. I have got some pictures that I want to show you, if the staff could bring those to you.

[Video plays.]

Attorney General GARLAND. I'm afraid I can't see that at all.

[Video plays.]

Chair NADLER. Is that an approved video?

Mr. MASSIE. All right. You have those images there, and they are captioned. They were from January 5–6th.

As far as we can determine, the individual who was saying he will probably go to jail, he will probably be arrested, but he wants every—that they need to go into the Capitol the next day.

We see him the next day directing people to the Capitol.

As far as we can find, this individual has not been charged with anything. You said this is one of the most sweeping investigations in history.

Have you seen that video or those frames from that video?

Attorney General GARLAND. So, as I said at the outset, one of the norms of the Justice Department is to not comment on impending investigations, and particularly not to comment about the particular scenes or particular individuals. This—

Mr. MASSIE. I was hoping today to give you an opportunity to put to rest the concerns that people have that there were Federal agents or assets of the Federal government present on January 5th–January 6th.

Can you tell us without talking about particular incidents or particular videos, how many agents or assets of the Federal government were present on January 6th, whether they agitated to go into the Capitol, and if any of them did?

Attorney General GARLAND. So, I am not going to violate this norm of the rule of law. I am not going to comment on an investigation that is ongoing.

Mr. MASSIE. Let me ask you about the vaccine mandate at the DOJ. Is it true that people, employees of the DOJ can apply for religious exemptions?

Attorney General GARLAND. The mandate, as I understand it, is a mandate which allows exceptions provided by law.

Mr. MASSIE. So,—

Attorney General GARLAND. Religious Freedom Restoration Act is a provision of law.

241

Mr. MASSIE. So, the religious exemption has a basis in the Constitution. So, that is required to be constitutional.

Can you tell me if anybody has been granted a religious exemption?

Attorney General GARLAND. I don't know.

Mr. MASSIE. So, I believe that it is fraud, in fact fraud to tell people that you are going to preserve their constitutional religious accommodations by telling them they can apply for an exemption and then not allowing any of those exemptions. I am sad to see that you can't tell us that anybody has been granted an exemption.

Chair NADLER. The gentleman's time has expired.

Ms. Dean.

Ms. DEAN. Thank you, Mr. Chair.

Welcome, Attorney General Garland. Thank you for your service to our country. I would like to get to three important areas.

First, Let me follow up on some of the questions we have had around guns, in particular ghost guns. They are often obtained without a background check. Most ghost guns are untraceable. These weapons are incredibly attractive to criminals, increasingly common, and should concern us all.

This March, Pennsylvania investigators uncovered a trafficking ring suspected of frequenting gun shows to sell ghost guns, spreading them in my district and across our commonwealth. Access to ghost guns impacts regular Americans like Heather Sue Campbell and Matthew Bowersox of Snyder County, Pennsylvania, who were shot and killed last year by Heather's ex-husband, the subject of a protection order. He took her life with a ghost gun, a homemade P80 polymer nine-millimeter pistol.

Could you continue to talk about how the proliferation of ghost guns hinders the ability of law enforcement? What is DOJ's strategy to protect us from ghost guns? This is in follow-up to my colleague, Representative McBath.

Attorney General GARLAND. Yes.

So, we are finding more and more ghost guns at violent crime scenes. I don't remember the statistics exactly, but I believe in both New York and in Chicago I was told that at least 20 percent of the crime scenes, particularly the violent crime and murder scenes, were finding that they were done by ghost guns.

Ghost guns have two problems, one of which is they are untraceable because they don't have serial numbers.

Second, they are not subject, or at least can say there has been some dispute about whether they are subject to requiring background checks.

That is the reason that we initiated a rulemaking to require that the parts of the gun, which are sold as kits in parts, are stamped with serial numbers by the manufacturer; and that when they are sold they must have serial numbers on them as a kit, and they must run the background checks that you are talking about.

Ms. DEAN. I thank you for that rulemaking. I hope that we here in the legislature will do more to protect us and our safety from this proliferation.

On the issue of opioids, as you pointed out, last year was particularly deadly. The total number of people who died of overdose was 93,331 people. You know that our State, Pennsylvania, is particu-