# EXHIBIT M

**January 6th Committee** @ January6thCmte · 4 hours

The Select Committee is aware of unsupported claims that Ray Epps was an FBI Informant based on the fact that he was on the FBI Wanted list and then was removed from that list without being charged.

392 828 3.1 t.

**January 6th Committee**
@ January6thCmte

Follow along

The Committee has Interviewed Epps. Epps informed us that he was not employed by, working with, or acting at the direction of any law enforcement agency on Jan 5th or 6th or at any other time, & that he has never been an Informant for the FBI or any other law enforcement agency.

12.58 - 11 January 2022

**642** retweets **2,651** likes

2.8 t. 642 2.7 t.

**AngryAngel25** @ AngryAngel25 · 4 hours

In reply to @ January6thCmte

There were Federal informants among the attackers. It's just that Bill Barr signed them up to inform on Antifa or some such nonsense.

4 1 1

**deeeeeeeeznuutz** @ deeeeeeeeznuutz · 2 hours

Wtf this has nothing to do with any of those things. Stop deflecting.

**Darnae** @DDarnae _ · 4 hours

In reply to @ January6thCmte

Then why was he removed from the FBI list and why was he not arrested? You are



8/20/23, 5:03 PM January 6th Committee on Twitter: "The Committee has Interviewed Epps. Epps informed us that he was not employed by, worki…

Case 1:23-cv-00761-MN Document 13-7 Filed 08/28/23 Page 3 of 3 PageID #: 193

By using Twitter's services, you accept the use of cookies . We work with our partners internationally and use cookies for statistics, customization and advertisements, among other things. ✕

**January 6th Committee** ✓ @ January6thCmte · 4 hours
The Select Committee is aware of unsupported claims that Ray Epps was an FBI Informant based on the fact that he was on the FBI Wanted list and then was removed from that list without being charged.

💬 392   ↻ 828   ♡ 3.1 t.

**January 6th Committee** ✓
@ January6thCmte

The Committee has Interviewed Epps. Epps informed us that he was not employed by, working with, or acting at the direction of any law enforcement agency on Jan 5th or 6th or at any other time, & that he has never been an Informant for the FBI or any other law enforcement agency.

12.58 - 11 January 2022

**642** retweets   **2,651** likes

💬 2.8 t.   ↻ 642   ♡ 2.7 t.

**AngryAngel25** @ AngryAngel25 · 4 hours
In reply to @ January6thCmte
There were Federal informants among the attackers. It's just that Bill Barr signed them up to inform on Antifa or some such nonsense.

💬 4   ↻ 1   ♡ 1

**deeeeeeeeznuutz** @ deeeeeeeeznuutz · 2 hours
Wtf this has nothing to do with any of those things. Stop deflecting.

💬   ↻

**Darnae** @ DDarnae_ · 4 hours
In reply to @ January6thCmte
Then why was he removed from the FBI list and why was he not arrested? You are