# EXHIBIT P

# January 21, 2022: Tucker Carlson Tonight

<Show: TUCKER CARLSON TONIGHT>
<Date: January 21, 2022>
<Time: 20:00:00>
<Tran: 012101cb.260>
<Type: Show>
<Head: Biden Administration Promises Swift And Severe Response If Russia Invades Ukraine; January 6 Committee Buying Time On The Ray Epps Question; Two NYPD Officers Shot Dead In Harlem; NPR's Wild Debates This Week; Judge Blocks Biden's Federal Employee Vax Mandate; Fauci's Home Office Features Life-Size Portrait Of Himself And Own Bobblehead>
<Sect: News; Domestic>
<Byline: Tucker Carlson, Matt Finn, Rod Blagojevich >
<Guest: Tulsi Gabbard, Joe Kent, Robert Malone, Steve Deace>
<Spec: Government; Russia; Ukraine; Military; World Affairs; Meetings; Ray Epps; Police; Law Enforcement; Shooting; Deaths; Journalism; Media; Rod Blagojevich; Justice; Health and Medicine; Coronavirus; Anthony Fauci>


PETE HEGSETH, FOX NEWS CHANNEL COHOST, "FOX AND FRIENDS" WEEKEND: We will see you on the battlefield. Good night. God bless, America. And let's go, Jesse.

TUCKER CARLSON, FOX NEWS CHANNEL HOST: Good evening and welcome to TUCKER CARLSON TONIGHT.

Happy Friday. We opened the show last night with a kind of dark segment on the looming war between Russia and Ukraine. A bipartisan coalition of neocons in Washington has been recklessly stoking conflict between those two countries for years now. Our foreign policy establishment, in fact, has sent hundreds of millions of dollars in weapons to one of the most volatile regions in the world, hoping for some kind of explosion.

And now, their wish seems to be coming true. That explosion looks like it's on its way, and it could very easily suck the United States into the center of it.

That's what we said last night. But honestly, as we read those words, they seemed hard to believe. We're really going to fight a war over some corrupt Eastern European country that is strategically irrelevant to us? With everything else that's going on right now, in our own country? No normal person would ever want to do anything like that. How could it really happen?

We're still not sure how it could happen, but nevertheless, it does seem to be happening right now. The Biden administration has begun evacuating American civilians from

1

Ukraine. The Pentagon has announced, it is prepared us force in the region.

So this country is now closer to the legitimate war than we have been in decades. And to be clear, we're talking about an actual war here. Not a protracted series of airstrikes against some impoverished dirt patch they are telling you as an existential threat to the nation.

Russia is not Iraq. Russia has nuclear weapons and a real army. A war with Russia is not a joke. It won't be over in a week.

So you'd think right now might be the time the President of the United States could explain what's going on here? What exactly are we doing in Eastern Europe? And why are we doing it? But no.

In an exchange with reporters today, Joe Biden explained that he wasn't going to take any questions at all for fear that someone might ask him about Russia.

(BEGIN VIDEO CLIP)

JOE BIDEN (D), PRESIDENT OF THE UNITED STATES: By the way, the reason we're not going to have any time for questions now is these guys have got to get quickly on a plane and go out and do a major announcement in Ohio, and you guys will ask me all about Russia.

(END VIDEO CLIP)

CARLSON: "You guys will ask me all about Russia," and Joe Biden is not falling for that one again. You can see why. A couple of days ago, he tried to talk about Russia during a press conference and he got the talking point so mangled that his staff had to issue statements afterward, informing us that Joe Biden has no idea what he is talking about.

Biden's mistake at the press conference was suggesting that maybe war with Russia is not inevitable. In Washington, you're absolutely not allowed to say that. Donald Trump said it repeatedly, they impeached him for it.

In Joe Biden's case, his handlers just stepped in and told us a brand new story. Here is White House Chief of Staff and amateur comedian Ron Klain, explaining that actually, this is what Joe Biden meant to say, and as you listen to it, you may notice that it's the opposite of what Biden actually said.

(BEGIN VIDEO CLIP)

LESLIE HOLT, NBC NEWS ANCHOR: I think it's fair to say the White House has pretty aggressively walked back, or clarified, or whatever you want to call the President's comments about Ukraine and Russia and whether the President was signaling that a minor incursion might be viewed through a different lens.

2

Whether the President meant to say that at the time, or maybe he was being inarticulate, can you afford any gaffes given the stakes right now in all of this?

RON KLAIN, WHITE HOUSE CHIEF OF STAFF: Well, I think the President was quite clear and reiterated his point of view this morning, very clearly. President Putin should have no doubt, any move by the Russian assembled military across the border of Ukraine is an invasion. It will be met with a very severe economic response from the United States and our allies.

(END VIDEO CLIP)

CARLSON: So this guy called Ron Klain, whoever that is, gets to overrule the President of the United States on matters of foreign policy, since when is he allowed to do that? Well, whenever he feels like it. That's the real answer.

Joe Biden is the weakest leader this country has seen since Woodrow Wilson had a stroke in office. That's a problem, but it's not the core problem. The core problem is that in America, elected officials no longer decide when we go to war, as in, say a democracy.

Instead, bureaucrats, generals and defense contractors make those decisions sometimes unilaterally.

Here is failed, rock star and hilariously inept Secretary of State Tony Blinken threatening, quote, "severe action" against Russia.

(BEGIN VIDEO CLIP)

ANTONY BLINKEN, U.S. SECRETARY OF STATE: A discussion today with Mr. Lavrov was frank and substantive. I conveyed the position of the United States and our European allies and partners that we stand firmly with Ukraine in support of its sovereignty and territorial integrity.

We've been clear, if any Russian military forces move across Ukraine's border that is a renewed invasion, it will be met with swift, severe, and a united response from the United States and our partners and allies.

(END VIDEO CLIP)

CARLSON: So the President of the United States is not allowed to talk in public about Russia. He has admitted that today, he might say something that averts war. So instead, the same people who have lost the last five wars get to speak for him. Do you feel safer?

You've got to wonder what voters think of this, actually we don't need to wonder what

they think. Polls show that most Americans are completely opposed to fighting Russia over Ukraine because they're not demented. But you know, who's very much in favor of it? Well, defense contractors, including Pentagon chief Lloyd Austin's former employer, Raytheon.

For defense contractors, war means massive profits, by definition. In just the last few years, the U.S. has spent more than $2 billion on military aid to this nation called Ukraine that most people couldn't identify on a map.

Just the other day, excuse me, the administration announced $200 million more. So the Ukrainians love this, obviously. This is the whole reason they once employed Joe Biden's otherwise unemployable son, to keep the cash flowing to them.

So when Biden hinted this week that war might not be coming right away, the Ukrainians were highly distressed. In fact, they were so distressed, they said so out loud, watch this.

(BEGIN VIDEO CLIP)

MATTHEW CHANCE, CNN SENIOR INTERNATIONAL CORRESPONDENT: The big concern expressed by one Ukrainian official I spoke to last night is that this offers Vladimir Putin a greenlight, in his words, to enter Ukraine at his pleasure.

(END VIDEO CLIP)

CARLSON: So the Ukrainians are complaining about American foreign policy, about what the President said at a press conference. The government of someplace called Ukraine is demanding that we fight the Russian Army on their behalf.

Okay, I mean, it's not crazy, you could kind of see why they would want that. It's a lot easier than doing it themselves. The question is we are the United States, so why are we obeying them?

Tulsi Gabbard might know. Tulsi Gabbard represented the State of Hawaii in the Congress, as well as the United States itself in the U.S. Army. She joins us now to assess what we are seeing.

Tulsi Gabbard, thanks so much for coming on tonight. So here you have the government of Ukraine complaining because the President suggested that maybe we're not going to go to war next week. How distorted is our system, that we can be pushed into a potentially nuclear involved conflict by Ukraine?

TULSI GABBARD, FORMER U.S. REPRESENTATIVE: Well, let's look at what's really at the heart of what is motivating the decisions being made by our leaders in this country and what we have is unfortunately, Democrats, Republicans, the mainstream media, the Washington elite, essentially in the pocket of the military industrial complex.

4

And rather than looking out for what's in the best interest of the American people, our National Security, our country, they see dollar signs when they look at Ukraine. They see how they can line their pockets, how they can, you know, look tough, how they can posture themselves in a position where they personally or politically or financially benefit rather than actually thinking about what are the costs and consequences of these actions? And who pays the price? It's the American people, and frankly, the people of Ukraine.

CARLSON: So my guess is that some of the people pushing for war don't actually want to real war with Russia, it would tank our economy in a second for one thing and they'd be held responsible.

My concern is, they are so inept, they so lack fine motor skills that they are going to talk themselves into getting us into a war inadvertently. They've got a long track record of ineptitude. Are you worried about that?

GABBARD: I'm deeply concerned about that because that is very much the direction that we are headed.

You know, Tucker, I look back to early 2017 when then President Trump said, hey, it would be good if we got along with Russia. You remember the reaction to that? Everyone from, you know, Democratic leaders, Republican leaders, people in the mainstream media, they said, absolutely, no way. There were people in Trump's own administration, warmongers like John Bolton, Nikki Haley, Mike Pompeo, who outright rejected it, and went on their own agenda and we're seeing the results of this now.

We're seeing the result of how we have continued to have these warmongers escalating tensions, putting us in this disastrous position today, leaving us the American people with frankly, the responsibility to stand up and say, we will not accept this, we will not be sheep allowing these warmongers in Washington to lead us down this very, very dangerous and costly path.

CARLSON: I'll never forget when you came out as a sitting member of Congress and said, well, maybe we shouldn't actually fight the Russians in Syria and you were denounced as a Russian agent, also as a racist for not wanting to bomb another Middle Eastern country, which is my favorite attack ever because it was so insane.

But you paid a real cost for that. I mean, they attacked you every day you served in Congress over that. So, it seems like this is the red line for them. You criticize war, and they won't stop in their effort to destroy you.

GABBARD: And all of these threads we are talking about here point back to that core motivation, a motivation that sadly does not lie in serving the best interests of the American people, our security, and our country. It comes from a very selfish place of how they can get more power and get more money and who they really work for, it is

not the American people.

CARLSON: No, it's certainly -- it's certainly not. That is absolutely right. Thank you for saying that. Again, you paid a cost for it. I appreciate it.

Tulsi Gabbard, good to see you.

GABBARD: Thanks.

CARLSON: So we are told there was an insurrection on January 6. That's obviously a lie. But if anybody can be shown to be insurrecting that day, it's a mysterious man called Ray Epps, who appears to be in his late 60s. He's on camera a number of times encouraging people to breach the Capitol.

So if you're trying to get to the bottom of the insurrection, you definitely want to do something about Ray Epps, but he has not been indicted. He's not facing charges, as far as we know.

Now, supposedly, the January 6th Committee spoke to Ray Epps today. It wasn't public, we're not getting a transcript of that interview for some reason. But that announcement is pretty strange, because several days ago, Adam Kinzinger told us that the Committee had already spoken to Ray Epps. And in fact, he held Ray Epps up as a hero and thanked Ray Epps for his cooperation.

What is going on here? Clearly, they're lying about Ray Epps, there is no question about that. But what exactly are they hiding? No one in the Committee has explained whether Ray Epps was in communication with any U.S. government agency. Why won't they just tell us that? Don't we have a right to know?

Joe Kent is a congressional candidate in Washington State. He is also an Army Special Forces member. He joins us tonight.

Joe Kent, thanks so much for coming on. So this Ray Epps question, we are not alleging anything other than they are clearly lying because that's transparently obvious.

But why can't we get an answer to this very simple question? What was Ray Epps's relationship with the U.S. government before January 6th? Why is that so hard?

JOE KENT (R), OREGON CONGRESSIONAL CANDIDATE: Well, there is clearly something that they're concealing and they are hiding, because if their narrative was true, if Ray Epps was just this man who Adam Kinzinger says was just trying to help out the January 6th Committee and provide more details, then they would have provided that transcript.

If they have nothing to hide, give us the transcripts and show us the tape. This is our taxpayer dollars at work. This narrative has been used to paint half the country as

terrorists and insurrectionists, and we must demand from our elected officials that they show us the truth, show us what's going on.

Was Ray Epps involved with the F.B.I.? Is he a confidential human source or have anything to do with Federal law enforcement? Show us the documents.

CARLSON: Well, exactly, and no one is demanding it? What's so interesting is the January 6th Committee under Kinzinger and Liz Cheney, and these extremist Democrats are stealing the personal communications of completely innocent American citizens and then leaking their text messages to the media, and Republicans are doing nothing.

Why aren't Republicans standing up and saying you need to answer this question about ramps, why aren't you answering the question about Ray Epps?

KENT: Yes, I'd like to see a lot more action out of Republicans right now, because it's the Republican base. It's everybody who has questions about the last election or supporting President Trump that is being painted by the National Security state as terrorists or insurrectionists.

And so we need to see bold leadership really want to come in, you know, Ted Cruz, Marjorie Taylor Greene, Matt Gaetz, there's been a few that have demanded answers, but we need to hear this coming from the entire Republican Caucus.

CARLSON: Yes.

KENT: Look, if we're going to continue to give these powerful institutions so much power over us, we must demand that they are accountable to us.

CARLSON: So Liz Cheney, I mean, you know, I disagree with Liz Cheney on a lot, I wouldn't criticize her. That is fair to have different views, but to back an authoritarian effort like this, which is violating the human rights of American citizens up and down and remain in the Republican Conference.

Like if they can't even expel Liz Cheney from the Republican conference after this, like, what's the point?

KENT: Exactly. If they're going to continue to ask us to support them financially with our votes, with our time, and our talents, then they need to uphold their end of the bargain and fight for us -- and this has real consequences.

We've seen the F.B.I. go after people that show up at their children's School Board meetings. The National Security state is being weaponized against the American people, and we need Republicans to stand in the breach and defend their base and to actually stand up for liberty, the things that this nation was built on.

7

CARLSON: You'd hate to think Republican leaders were collaborating with it, but you might start to suspect that after a while, you know. Joe Kent, Great to see you tonight. Thank you.

KENT: No, absolutely.

CARLSON: Absolutely is right.

FOX News alert for you. Unfortunately, we have to tell you that two New York City police officers have just been shot and murdered in Harlem in New York. FOX's Matt Finn has the latest on this horrifying story -- Matt Finn.

MATT FINN, FOX NEWS CHANNEL CORRESPONDENT: Tucker, according to local reports, the officers responding to a domestic call between a mother and her son and we're engaged by the suspect in a back room.

FOX News Digital also reporting that the suspect has died though it's unclear if he was shot by police or turned the gun on himself. Press secretary for New York Mayor Eric Adams says that the mayor is immediately headed to the Harlem Hospital where the officers were taken.

And we just received a statement from Manhattan DA, Alvin Bragg, who says in part that this is a horrible tragedy. He is deeply sorry for the family and quote, "The officers who serve and protect us risk their lives every day. Violence against police cannot be tolerated."

This is now the third time in less than 72 hours that NYPD officers have been shot while on duty. One officer was shot in the Bronx Tuesday and another in Staten Island on Thursday morning -- Tucker.

CARLSON: Awful story. Matt Finn for us tonight, thanks so much. Sad as hell.

Well, on a bright note, we've become completely obsessed with NPR. We started out making fun of National Public Radio because it's hard not to and then we started listening to it, and then we became perhaps the most committed listeners NPR has.

We will tell you what we found this week in our search for the truth of National Public Radio.

We will be right back.

(COMMERCIAL BREAK)

CARLSON: Well, we're sad to tell you it's been yet another tough week for National Public Radio. On Tuesday, NPR reported that conservative Supreme Court Justice Neil Gorsuch was terrifying his colleagues with his crazed anti-science behavior.

Apparently Gorsuch wasn't wearing his little obedience mask and highly sensitive Sonia Sotomayor was too afraid to come to work, of course, just what you'd expect from a mansplainer like Neil Gorsuch.

Well, it turns out the story wasn't true. Oops, sorry about that. And yet, we kept listening to NPR anyway, because NPR is about so much more than facts. NPR is about attitude and style. It's about making those entitled people in this country feel even better about themselves.

It's about saying things that are off the charts crazy, but sang them in a smug singsong-y tone that suggests they've always been true. It is highly compelling radio. Honestly, we can't turn it off.

Last week, we told you about recent NPR segments on anti-diet dietitians, and fitness experts who hate fitness and eat too much ice cream. We thought it couldn't get better than that. But oh boy, were we wrong.

Now NPR has taken up the vital topic of gender identity at elite women's colleges. Holy smokes. It's a cornucopia of awesome. Listen.

(BEGIN AUDIO CLIP)

STEVE INSKEEP: Women's colleges are adapting their admissions policies to reflect a shift in the way that people understand gender. Some students identify as transgender or non-binary, not exclusively male or female, so who belongs at a women's college?

(END AUDIO CLIP)

CARLSON: Who belongs at a women's college? That's an incisive question. Really, NPR has a way of crystallizing these things. Until recently, the answer would have been pretty obvious. Women who don't like men belong at a woman's college. That's still true, but it's more complicated now. Because no one can say exactly what a woman is.

Does having two X chromosomes and female genitalia qualify you? Or is the real test whether or not you wear women's clothing? And if so, what kind of clothing? These are the kinds of debates consuming Hollins University formerly Hollins College in the State of Virginia.

So NPR went to the scene to provide breathless moment to moment coverage of this controversy. Listen.

(BEGIN AUDIO CLIP)

MELISSA BLOCK: Here is how Hollins' latest admissions policy works. If you're a transgender woman, you can apply; if you're a trans-man, no. But if you transition to

9

male after you get to Hollins, you can stay, and that's an important shift.

Before 2019, if you transitioned while at Hollins, you'd have to transfer out. Finally, if you're non-binary, Hollins says, no, your application will not be accepted. To be admitted, you have to quote "Consistently live and identify as a woman." And that's messed up says sophomore Willow Seymour who is gender queer.

(END AUDIO CLIP)

CARLSON: So it's pretty simple at Hollins. Transgender women are welcome, transgender men are not, but then there's the question of the non-binary. They seem to be excluded, too, and this not surprisingly, has the gender queer community quite upset.

Wait a second, what's a gender queer? Well, NPR never explains that. You're supposed to know the answer. Of course, nobody actually does know the answer. No one has any freaking idea including the news editors at NPR because the term "gender queer" is completely mysterious. It has no actual definition. In fact, it's more of a litmus test than it is a word.

But that doesn't mean it's not real. The gender queers at Hollins are on the warpath over the non-binary admissions controversy and the enraged include gender queer sophomore, Willow Seymour. Listen.

(BEGIN AUDIO CLIP)

WILLOW SEYMOUR: Personally, I think it's pretty offensive to exclude non- binary people. I know that historically it's a women's college but a lot of people see it as like a refuge from patriarchal structures and non-binary people deserve to be as much part of that as anyone else.

(END AUDIO CLIP)

CARLSON: Well, there you have it. Willow Seymour thinks it's pretty offensive to exclude non-binary people from Hollins because Hollins was created to serve as a refuge from patriarchal structures. Right?

Well, actually Hollins was created as a place for rich girls from the South to cool their heels until they got married, but whatever. Willow Seymour does not know that and in that way, Willow Seymour is the perfect NPR guest, as well as the perfect NPR listener -- totally ignorant but completely self-assured.

But Willow Seymour isn't the only angry Hollins community member that NPR interviewed. Here's someone identified as Em Miller. Now we're guessing Em was once known as Emily once she showed up at Hollins, but not anymore. Now, M Miller goes by plural pronouns. It'd be interesting to hear what her -- sorry their parents think of that.

But sadly, NPR didn't bother to interview Em's parents instead, it was all about Em. Listen.

(BEGIN AUDIO CLIP)

EM MILLER: Hi, my name is Em Miller. I use they/them pronouns. I am a senior and I am from Amelia, Virginia.

MELISSA BLOCK: Miller will often serve as a sounding board for younger students who want to try out new pronouns or a new name.

EM MILLER: There is kind of this like wading pool area where you kind of just dip your toes in and you see how you feel about it, and then you go further.

(END AUDIO CLIP)

CARLSON: "Hi, my name is Em Miller. I use they/them pronouns." Well, of course you do, Em Miller. That's why you're on NPR.

So you may remember Rod Blagojevich. He was Governor of Illinois until 2009, then he was sent to prison for 14 years in jail. He's a Democrat, he was pretty liberal. You probably thought well, he deserved it. You probably didn't know much about Rod Blagojevich if you don't live in the state.

At the very end of the Trump administration, the former President commuted his sentence. So we thought we'd sit down and talk to Rod Blagojevich on a brand new episode of "Tucker Carlson Today."

What a fascinating, interesting, smart guy. One of the questions we asked was, how did you get through all those years in prison? And he answered his wife, and what he called having the Lou Gehrig approach to life. Listen.

(BEGIN VIDEO CLIP)

CARLSON: I remember hearing from somebody that you didn't have any money. Your family had no money when you were going away.

ROD BLAGOJEVICH, FORMER GOVERNOR OF ILLINOIS: Right.

CARLSON: And I thought, well, I guess he can't be that corrupt if he's out of money.

BLAGOJEVICH: Right.

CARLSON: So what was that like for your family?

BLAGOJEVICH: Well, my wife, Patti, who was on your show, and I want to thank you

for that by the way.

CARLSON: Oh, it was a wonderful interview. Now, I'm a total sucker for loyal spouses. I just love that.

BLAGOJEVICH: You are terrific. I thought the best line of that night was when you said, you know, I really feel bad for you, though. I have to tell you, I wasn't a fan of your husband's.

I remember you saying that.

CARLSON: She is. Yes, I mean, no. I mean, there is something beautiful about the loyalty. I don't know. I just -- I love it. There's not much of it in the world. So when you see it, it's great.

BLAGOJEVICH: When I was arrested in December of 2008, a sitting governor with SWAT teams around my house, I was Roger Stone before Roger Stone.

CARLSON: SWAT teams?

BLAGOJEVICH: SWAT teams. What they did to me, they did to Roger Stone years later.

CARLSON: Why did they -- you're the governor? They think you were going to go Ruby Ridge on them? I mean, like what?

BLAGOJEVICH: I know, I know. It's remarkable isn't it? It was all shock and awe. It was all a big bluff to get me to give in and take a light sentence and just say what they wanted to say, and steal and hijack a government. That's what it all was.

The reason they buried me for 14 years, I never took a penny. No one even accuses me of that -- it was because that was defiant and I fought back and I am still fighting back because this is much larger than just me.

This is, we, the People. Our right to choose our own leaders in free, fair, and honest elections, and not have our choices taken from us by these corrupt, uncontrolled prosecutors who are weaponizing legal things, and criminalizing legal things. They are weaponizing themselves, criminalizing legal things to undo the will of the people. That's what happened.

So after I was arrested that way, like a day or two later, the biggest odds makers, they take odds on everything, I guess, they had a nine to one that Patti was going to leave. And, and then the years went by as we were fighting through it all and I was fighting back as best I could.

And then when I had to leave, I know as a statistical fact that if a man is in prison for

12

four years or more, there's a better than 90 percent chance that she leaves, especially when he is facing many more years to go, which was the case with me.

So in many ways, Patti has really defied all the odds and she is a wonderful wife, a wonderful mother and our two daughters who've gone through so much, they just love their mother and she's a mother, their best friend, their soulmate.

And Patti by herself as an independent business owner, runs her own business like she provides consulting to health companies reduce their healthcare costs, was able to build up enough of a business to keep us in our home and pay the mortgage and the property taxes and a true hero and she was there when I came home.

CARLSON: That's pretty heavy. That is very heavy. I mean, yes, but I guess that's also the upside, you get out and you have an intact family, unlike pretty much everybody else.

BLAGOJEVICH: Very much so. Tucker, you know, for you listeners if anybody is interested in anything -- any insight I could share about dealing with difficult times, I think one of the things that can really help people, it is sort of like, it's the Lou Gehrig's approach.

You know, he gets ALS. It's named after him, this terrible disease. He knows he has it. He knows what's going to happen to his body. The only thing that won't leave him is his consciousness, you know, every minute of how he is losing his motor skills.

And yet there he was on the Fourth of July in 1939, before 51,000 Yankees fans in the middle of a doubleheader and he is considered -- he proclaims himself the luckiest man on the face of the Earth. It is the famous iconic moment in Americana, right?

CARLSON: Of course.

BLAGOJEVICH: And he talked about the love of his parents and about the love of his wife and how blessed he was to play with Babe Ruth and those great ballplayers.

And I do believe in spite of the difficulties and the troubles and the years of affliction that we've gone through, my family and I, I truly believe I'm extremely lucky.

(END VIDEO CLIP)

CARLSON: One of the great joys of this business is getting to talk to people you've read about and discovering they're not at all what you thought they were and Rob Blagojevich is certainly in that category.

That interview is totally worth watching. It's on FOX Nation right now. If you want to watch it, you can head to tuckercarlson.com.

13

So this just in, a Federal Judge has blocked Joe Biden's Federal employee vaccine mandates. This comes as thousands of Americans are set for a major civil rights march in Washington this weekend to protest the corona mandates. We will give you a preview after the break.

(COMMERCIAL BREAK)

CARLSON: A Federal Court in Texas has just issued a nationwide pause on Joe Biden's unconstitutional, scientifically unsupportable, and frankly scary Federal employee vaccine mandates.

In his opinion, District Judge Jeffrey Brown wrote that Joe Biden is not allowed to, quote, " ... require millions of Federal employees to undergo a medical procedure as a condition of their employment." Yes, that's correct, and most Americans agree, and that's why finally they are pushing back.

There is a massive march this weekend, on Sunday, in Washington, D.C. against vaccine mandates. Probably a lot of vaccinated people there, that's not the point. The point is, they cannot force you to get a medical procedure you don't want because they don't own your body. If you let them, you're going to regret it.

The march will be attended by Robert F. Kennedy Jr., the group of American Frontline Nurses and the organization Feds for Medical Freedom, which is a group of 6,000 Federal workers opposed to vax mandates.

Dr. Robert Malone will also be there. He pioneered mRNA technology. He joins us tonight. Doctor, thanks so much for coming on, and I just want to say unabashedly, I'm really happy this is finally happening. Why are you joining it?

DR. ROBERT MALONE, MRNA EXPERT: Hi, Tucker. Thanks a lot for the opportunity to be here. I'm joining it because I'm a scientist. I'm committed to this, and I'm committed to medical ethics. Unfortunately, we've politicized the situation and we didn't need to, and we really should have been focusing on the science and now the science is making it clear that these vaccines are no longer making sense.

They are not effective at blocking the transmission of the virus. They don't stop you from being infected. They don't stop you from infecting other people. There is no reason that mandates should be forcing vaccination on people.

I'm not against vaccination. I'm a vaccinologist. I spent 30 years as a scientist and as a physician, developing vaccines, including the core technology that gave rise to these mRNA vaccines. But it's clear now, the science is settled and it no longer makes sense to force these vaccines onto people.

CARLSON: I mean, I thought that we had a kind of consensus on that. I mean, after watching what the Imperial Japanese Army and the Nazis did in their medical

14

experiments, I thought that American physicians agreed that compulsory medical care was unethical, it was immoral, and it could never be imposed on anyone. When did we forget that?

MALONE: Apparently, about a year ago, I think yesterday was when we must have forgotten that although Mr. Biden prior to his election made clear statements that he wasn't going to force vaccination. Thank you for bringing up the Nuremberg trials, Tucker. They are crucial Biomedical Ethics matter.

This is frankly illegal, and I'm so glad that the courts are making it clear. It's unfortunate that so many Federal workers and so many members of our military had been forced to take these products, while they're still experimental against their will.

CARLSON: Does it shock you that so many physicians and scientists who know better have refused to stand up and state the obvious this is unethical and has instead become PR agents for Pfizer. How distressing is that?

MALONE: Shocked, I guess. The damage to our entire medical system as well as H.H.S. credibility is profound and I think that there is going to have to be a reckoning.

CARLSON: Yes, it makes me so sad. It was one of the best things we had was our medical care. Dr. Robert Malone, thank you for joining us.

MALONE; Hey, Tucker, I'd like to --

CARLSON: Yes, sir.

MALONE: I'd like to close on something if I can get just a moment.

CARLSON: Yes.

MALONE: I've just come back from Europe. The Europeans, people still look to America for leadership. Americans are good. We will get through this.

CARLSON: Amen.

MALONE: People still look for the shining city on the hill, they still look for Camelot and we can become that Camelot, that shining city again. We can recover from this. We are a good people and we will recover from this.

CARLSON: Bless you for saying that. Doctor Robert Malone, author of a new book "Lies My Government Told Me," out soon. Great to see you tonight. Thank you.

MALONE: Thank you.

CARLSON: So Hungary is a pretty small country in Central Europe, 10 million people

but it does have lessons for us. We're going to be exploring those next week as we release a brand new documentary in our series, "Tucker Carlson Originals" when we were in Hungary, we witnessed what it looks like when a country cares enough about its people to protect them from mass immigration and enforces its border.

Here is part of what we saw.

(BEGIN VIDEO CLIP)

CARLSON: Officers are stationed every few miles. When migrants attempt to cross, agents arrive almost immediately.

When we are at the border, two migrants attempting to cross.

So we just got word that migrants have been apprehended at the border. So we're going to go check it out.

All right, so these are the migrants who are just nabbed at the border, they say the Syrians. We know that in previous waves of migration, the majority of people have not been from Syria. They're coached by the NGOs, essentially trying to overthrow the Hungarian government and by human smugglers to claim that they're from Syria because then they can get refugee status. But we don't know where these guys are from.

In a matter of moments, they were apprehended, processed, photographed, and then removed. They were escorted through a doorway back into Serbia. The message was simple. Hungary is a serious country that enforces its own laws.

(END VIDEO CLIP)

CARLSON: The full documentary is called "Hungry versus Soros: The Fight for Civilization" because that's exactly what it is. It's the finale of this season of "Tucker Carlson Originals." It's out next week. You can have 30 days free to FOX Nation to watch it. Just go to tuckercarlson.com.

We'll be right back.

Well, it turns out Tony Fauci is what you thought he was. He's a complete narcissist. We will tell you in detail about that.

And M&Ms, thank heaven have become more inclusive. Will Snickers bars be next? Non-binary chocolate, we've got details.

(COMMERCIAL BREAK)

CARLSON: Over the past year, Tony Fauci has been very clear that he is science

16

incarnate. You criticize Tony Fauci, you, my friend are attacking science.

(BEGIN VIDEO CLIP)

DR. ANTHONY FAUCI, DIRECTOR, NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES: So if they get up and criticize science, nobody's going to know what they're talking about. But if they get up and really aim their bullets at Tony Fauci, well, people could recognize there's a person there, so it's easy to criticize.

But they're really criticizing science, because I represent science.

So if you are trying to you know, get at me as a public health official and a scientist, you're really attacking not only Dr. Anthony Fauci, you're attacking science.

I'm the bad guy to an entire subset of people because I represent something that is uncomfortable for them. It's called the truth.

(END VIDEO CLIP)

CARLSON: So when you criticize me, it means you're against the truth. So who would say something like that? Except maybe as a joke. Anyone who would say something like that seriously is like a nutcase, like a narcissist, a solipsist and Tony Fauci is.

But it turns out, it's even worse than we realized. He is truly in love with himself. Take a look at this image of Tony Fauci's office. This is from a scene in Tony Fauci's documentary on Disney+.

You can see Tony Fauci has a portrait of himself on the left. He also has a Tony Fauci bobblehead. And then he's got a Tony Fauci candle, because why wouldn't he? And on the shelf Tony Fauci has an ornament that reads this way, quote, "Tony Fauci, the student, researcher, and healer, patriot."

The guy is a nutcase, actually, obviously.

Steve Deace has been on to this for a long time. He's the author of "Fauci and Bargain." We're happy to have him join us tonight. Steve, thanks so much for coming on and congratulations for calling this before most people did and in clearer terms.

But I mean, would you have in your office portraits of Steve Deace surrounding your desk and maybe a prayer candle with your image on it? Like who would do that, honestly?

STEVE DEACE, AUTHOR, "FAUCI AND BARGAIN": Tucker, I originally planned on coming in here and clubbing this in the spirit of Nancy Pelosi showing us her imported ice cream collection while we're locked down with our businesses shuttered.

17

CARLSON: That was so good.

DEACE: And then that got me thinking, yes, then I got the thinking, you know what, let us not hear at a divisive time, let us not bury Lord Farquaad, but let us praise him.

I mean, after all, it is a long day. It is a hard day's night, Tucker, when you get up every morning knowing that you've got a grueling slate of just groveling, genuflecting, adulating media interviews over Zoom awaiting you in between of course trying to you know erase any ties between you and the Wuhan Institute and EcoHealth Alliance.

And after going through that hard day's night, all to live long day. Listen, let he who is not chillin' like a villain in a shrine to themselves cast the first stone. Don't we all do this?

CARLSON: So in other words if you spend say 14 hours a day covering for the authoritarian government of China even as you brag about yourself to "Teen Vogue," you're too exhausted for self-reflection?

DEACE: It's just science, Tucker. It's just science.

CARLSON: So the question is, and this is sort of a deeper question, but like you called this really early, you wrote a book about it, a really good book. This guy is completely unqualified to give life advice to anybody. You wouldn't have him dog-sit for you. And yet he took control of the entire country without an election. Why do we allow that to happen?

DEACE: I think that what we've recognized here is we've never invested this much power into one person. For the last 23 months, whether you could go to school, could breathe free air, have a business open, could go to church and worship. I mean, basic things every previous generation of this country took for granted really rested in his hands and that was without a single vote cast.

And I really hope that what's happened over the last 23 months has shown people it is not going to be enough just to drain the swamp, we're going to have to absolutely, completely reinvent the relationship between the governed and the government here and put it -- put the power back where it belongs, and not with an endless administrative state that is powered with edicts and is not accountable to the voters.

CARLSON: That's totally right and ask ourselves, you know, why did we hand our personal autonomy to a Stalinist dwarf who thinks he's God? I mean, it is -- I really think we should look within like why would we do that? But anyway, Steve Deace, I think your book answers a lot of those questions. It's great to see you tonight.

DEACE: Thank you, man.

CARLSON: So American music lost an icon today. The singer, Meatloaf passed away, believe it or not, he was 74 years old. Good guy according to all who knew him. We

want to remember his career by playing a short clip from what might be his most famous song.

(VIDEO CLIP OF "BAT OUT OF HELL.")

(COMMERCIAL BREAK)

CARLSON: Finally tonight, we don't usually give story tips to NPR, but here's a story they might want to cover pretty soon and doubtless will.

M&Ms, the candy company has just announced that it is redesigning its cartoon characters to be more gender inclusive.

(VIDEO CLIP OF M&Ms CHOCOLATE ADVERTISEMENT)

CARLSON: Bet you didn't think M&Ms were pushing intolerance, but they were. They've been changed. You're seeing the changes right now on your screen.

The green M&M you will notice is no longer wearing sexy boots. Now, she is wearing sensible sneakers. Why the change? Well, according to M&Ms, quote, "We all win when we see more women in leading roles," because leading women do not wear sexy boots. Leading women wear frumpy shoes, the frumpier, the better. That's the rule.

The other big change is that the brown M&M has quote, "transitioned from high stilettos to lower block heels." Also less sexy. That's progress. M&Ms will not be satisfied until every last cartoon character is deeply unappealing and totally androgynous. Until the moment you wouldn't want to have a drink with any one of them. That's the goal.

When you're totally turned off we have achieved equity, they've won.

Meanwhile, in a nod to the burgeoning wellness movement, the orange M&M will quote, "acknowledge and embrace his anxiety." And actually, if you look at him, the orange M&M does appear very anxious. Maybe he doesn't like all the ugly new shoes he sees around him. Maybe he liked the sexy boots.

Maybe the orange M&M is a secret sexist himself. We don't know. We're going to let NPR get to the bottom of that.

We're out of time. So sad. We'd go on forever. Brand new episode of "Tucker Carlson Today" featuring our interview with Rod Blagojevich on FOX Nation. We hope you'll check it out.

In the meantime, have the best weekend with the ones you love, paying attention to the things that matter that is medicine.

We will see you Monday, refreshed and cheerful.

Have the best weekend.

END

<Copy: Content and Programming Copyright 2022 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2022 VIQ Media Transcription, Inc. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of VIQ Media Transcription, Inc. You may not alter or remove any trademark, copyright or other notice from copies of the content.>

2022-01-22 02:38:36