# EXHIBIT Q

# July 14, 2022: Tucker Carlson Tonight

&lt;Show: TUCKER CARLSON TONIGHT&gt;
&lt;Date: July 14, 2022&gt;
&lt;Time: 20:00:00&gt;
&lt;Tran: 071401cb.260&gt;
&lt;Type: Show&gt;
&lt;Head: Inside The Pandemic: Health Energy Sources Come Forward To Expose What's Really Happening; NYT Puff Piece On Epps Is Very Misleading; Newsom Would Turn America Into Massive Tent City; Ivana Trump Dies At 73; China Is Buying Land Near US Air Force Bases; Interview With Rep. Matt Gaetz (R-FL); Biden Heading To Saudi Arabia To Beg For Oil; Streams Of Migrants Continue FT Come Across Border&gt;
&lt;Sect: News; Domestic&gt;
&lt;Byline: Tucker Carlson, Marty Makary&gt;
&lt;Guest: Darren Beattie, Adam Carolla, Gordon Chang, Matt Gaetz, Blake Masters&gt;
&lt;Spec: Health and Medicine; Coronavirus; Government; Politics; Media; Journalism; Ray Epps; Gavin Newsom; Homelessness; Ivana Trump; China; Military; Real Estate; Oil and Gas; Energy; Middle East; Joe Biden; Immigration&gt;

JESSE WATTERS, FOX NEWS CHANNEL HOST: Camera is not following me, bend with the knees, and that's how you save your back.

All right, that's all for tonight. DVR "JESSE WATTERS PRIMETIME." It's an order.

Watch Tucker. That's another order.

I'm Watters and this is my world.

TUCKER CARLSON, FOX NEWS CHANNEL HOST: Good evening. Welcome to TUCKER CARLSON TONIGHT.

Nobody wants to talk about COVID anymore, and that's certainly understandable. This country lost so much in two years. It is depressing to think about it and the instinct is just to move on, but unfortunately, we don't have that luxury and for two reasons.

First, politicians are continuing to use the virus as a pretext to force their agendas on an unwilling and weary population. That's happening still, believe it or not; and second, and maybe more significantly long term, somebody has got to rescue science from the ideologues who all of a sudden have taken it over.

Science must be objective. Science must be honest. Otherwise, everything falls apart.

So, with that in mind, this story.

1

In April of last year, researchers at the CDC concluded a months' long study of thousands of healthcare workers. They included first responders, nurses, and physicians. The point of the study was to assess whether the COVID vaccine was working.

Researchers split the healthcare workers into two groups -- vaccinated and unvaccinated -- and then they watched. What they found was so significant that the head of the CDC, Rochelle Walensky, went directly to MSNBC to tell the world what researchers had found and here's what she said.

This is word for word: "Our data from the CDC today suggests that vaccinated people do not carry the virus, don't get sick, and that's not just in clinical trials, but also in real-world data." Now, that turned out not simply to be untrue, but in some sense to be the opposite of the truth.

In some cases, the vaccinated are more likely to get variants of COVID. The death rates around the world for the vaccinated are extraordinarily high. But at the time, anyone who had doubts about what Rochelle Walensky said was told to shut up.

Those who questioned her out loud were kicked off social media. If you kept questioning, you might be fired from your job.

Doubting Rochelle Walensky's promises, doubting the Biden administration's claims about the COVID vaccine was totally unacceptable. It was like questioning their views on herd immunity or mandatory masking for children or airline passengers or closing the schools.

Now that we know that virtually everything they said about COVID was wrong, however, no one has admitted it, and no one has been punished. No one at the CDC was fired for this. In fact, they were elevated.

Under Joe Biden, the people who made these claims, these false claims, have even more power than ever. Rochelle Walensky is back on television. She is demanding that parents force their children as young as six months old to take the COVID shot.

They're all saying this, Tony Fauci, Joe Biden, too. Watch.

(BEGIN VIDEO CLIP)

DR. ROCHELLE WALENSKY, DIRECTOR, CENTERS FOR DISEASE CONTROL AND PREVENTION: I know many parents with very young children have been anticipating this day.

Parents, I strongly encourage you to get your children vaccinated.

2

DR. ANTHONY FAUCI, DIRECTOR, NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES: They do get infected and they do pass the infection. So, we would hope that family members who are responsible for the children will realize that and will be enthusiastic about getting their children vaccinated.

JOE BIDEN (D), PRESIDENT OF THE UNITED STATES: And finally, COVID-19 vaccinations for children over five years of age. Finally, some peace of mind.

(END VIDEO CLIP)

CARLSON: Amazingly, despite all of their demonstrated failures, all of their documented dishonesty, those three people are still, as of tonight, in charge of this country's response to COVID. It's remarkable, if you think about it.

So, parents thinking about how to treat their own children are in a very tough position. One of the COVID shots that Walensky and Fauci and Biden are telling you to give your small kids is manufactured by Moderna.

Now, you might recall that Moderna's COVID vaccine for adults was suspended from use in several countries after researchers found that it caused potentially very dangerous heart inflammation in young people.

The other COVID vaccine that's been approved for toddlers in the United States is made by Pfizer. Pfizer's vaccine for adults has also been linked to heart damage, to myocarditis in young people.

So, a lot of parents are wondering, should we give this to our toddler? How do we find the answer?

Virtually every news show in America seems to be sponsored by Pfizer, so clearly turning on television is not going to give you an answer you can trust.

You need to find an independent, science-minded researcher or physician who's looked at the actual data. And there are very few who have done that and are willing to be honest about it.

Marty Makary of Johns Hopkins University is one of them. He's just written a remarkable piece in Bari Weiss' "Substack," and he wrote it with epidemiologist Tracy Hoeg.

Makary and Hoeg found that Pfizer and Moderna provided, and were quoting, "extremely weak, inconclusive data" to justify vaccinating children as young as six months in the United States. "Using a three-dose vaccine in 992 children between the ages of six months and five years, Pfizer found no statistically significant evidence of vaccine efficacy," they wrote.

"In the subgroup of children aged six months to two years, the trial found that the

3

vaccine could result in a 99 percent lower chance of infection, but that they also have a 370% increased chance of being infected."

What does that mean? We have no idea, and we don't know how you would know because those data are completely incoherent. They do not present a picture that suggests a path forward. They're inherently confusing.

Meanwhile, Moderna "claimed a very weak vaccine efficacy of just four percent in children aged six months to two years." That is not a statistically significant result either.

So, based on those numbers, apparently those are the underlying numbers, how could the Biden administration, how could the people who run public health in the United States of America push for the immediate vaccination of children over the ages of six months? We need to assess what exactly these data are and why public health agencies seem to be ignoring them.

Marty Makary, as we told you is a Professor of Public Health at Johns Hopkins University he wrote the piece we just referred to and we're honored to have him on tonight.

Doctor, thanks so much for coming on. Thank you for taking a look at the numbers behind this. Unless we just mischaracterized them, they don't sound like the basis for recommendation for universal toddler vaccination.

DR. MARTY MAKARY, FOX NEWS CHANNEL MEDICAL CONTRIBUTOR: That's exactly right, Tucker. It wouldn't even get published in a medical journal with peer review, it wouldn't go through the process, it would get rejected.

Now, doctors everywhere in the world, even in the government should always be free to speak up about their public health concerns. That is a sacred right that we have to guard.

But right now, in the government recently, and this is a trend in the last year, doctors are muzzled. I've talked to many doctors for this piece at NIH and CDC who are extremely frustrated. They're smart people. They know that a vaccine efficacy of four percent doesn't warrant an authorization.

They also know that there's no health emergency right now, among kids, six months of age. So, I learned a lot. They know the underlying data. They know it's inappropriate. They're not allowed to speak to anyone.

If a reporter calls, the Communications Office has to approve the conversation. And if they want to ask the scientists whether or not they want to do this, they'll say, tell us what you're going to tell the reporter and then we'll decide whether or not to approve it.

At the CDC, a bunch of scientists actually said, look, we recognize the insanity of mass

4

testing, trying to chase down every case of the virus in the United States. It's ubiquitous now, it's not contained. So they came up with a plan to use sampling data like we do with influenza every year and to get better numbers from the hospital of those truly in there for COVID, not just everybody with incidental COVID tests. And that plan was proposed and it was rejected, and they say it was rejected by the White House.

And over and over in the different agencies, I heard from smart people who are just extremely frustrated that not only are they bypassing the normal scientific process, but they really can't say anything, because if they do, they know that their jobs are at risk, and they'll be treated very differently.

One person even said, there is no transparency as to how Dr. Fauci makes his decisions. He doesn't even consult with the real experts. And other people have said other things like it's demoralizing that one person at the FDA even who knows the data, really well said that they feel that they're watching a horror show and they can't close their eyes. They're being forced to watch this.

If public health wants to restore some credibility, and there's good people in public health, they've been sidelined. The leaders have to have more humility, less absolutism, more answers, like we don't know when that's the right answer, and less paternalism. That's the only way we're going to rebuild trust in the medical profession and in public health.

CARLSON: And I think it begins with individual physicians and researchers like you who act on conscience, speak with integrity, tell the truth regardless. That will restore faith, at least mine, so I appreciate your starting that by coming on here. Thank you. Dr. Marty Makary, appreciate it.

MAKARY: Thanks.

CARLSON: So we go to another story that's been brewing tonight.

So for weeks, as you know that January 6 Committee has been holding hearings. They've been widely covered on the other channels. We haven't seen the news value in them. But there is a bit of news to emerge from that story, and we want to get to it now.

So "The New York Times" has written hundreds and hundreds of articles about January 6th since it happened, describing it as riot and insurrection. As part of its coverage last summer, "The Times" published a video documentary, in which "The Times" reported that one man was actually caught on camera planning an insurrection, encouraging a breach of the Capitol complex. That man's name is Ray Epps.

Now, "The New York Times" noted that Epps was videotaped on both January 5th and January 6th urging protesters to storm the Capitol. Here it is.

(BEGIN VIDEO CLIP)

5

RAY EPPS, ARIZONA RESIDENT: We need to go in [bleep] to the Capitol. Let's go.

I'm going to put it out there. I'm probably going to go to jail for it, okay? Tomorrow, we need to go into the Capitol. Into the Capitol.

UNIDENTIFIED MALE: What? No.

UNIDENTIFIED MALE: Fed. Fed. Fed. Fed.

EPPS: Okay, folks, spread the word. As soon as the President is done speaking, we go to the Capitol. The Capitol is this direction.

(END VIDEO CLIP)

CARLSON: Now in a lot of ways, that's the strangest video to emerge from January 6th. We've played it several times in this show, "We need to go into the Capitol. Into the Capitol," Ray Epps tells the crowd. He says it repeatedly. He is so emphatic about it, encouraging other people to commit a crime.

But the crowd around him decides he must be a Federal agent. They begin chanting, as you just heard, "Fed. Fed."

So shortly after that video surfaced, the FBI placed Ray Epps on a list of people wanted for questioning. They released it to the public, and you can understand why they did that.

According to the Justice Department, what Ray Epps did on that video is a Federal crime. In fact, the Biden administration has charged several people with seditious conspiracy for doing precisely what you just saw Ray Epps do, urging others to enter the Capitol Complex on January 6th.

Here, for example, is a quote from a DOJ press release. It describes the Federal case against five members of the so-called Proud Boys, a group you're supposed to be terrified of: "On January 6, 2021, the defendants directed, mobilized, and led members of the crowd onto the Capitol grounds and into the Capitol." Again, that's what you just saw Ray Epps tried to do, but here's the difference.

Others who have done that are in prison are facing long terms in prison. But no charges have ever been filed against Ray Epps, despite the fact there is no question he did it because, once more, it's on tape. That's very strange, it just is.

And we don't care how people call us name for pointing that out. It is strange, and we'd like an answer to what the heck is going on.

Now, we've asked Ray Epps on the show repeatedly to explain why he thinks he has

escaped prosecution, and we'll ask him once again tonight, and we will keep asking, because we think it is a very obvious and important question that gets to the heart of what is this exactly.

But it's amazing how little Democrats want to hear about this. Again, Nancy Pelosi and Liz Cheney who spent the last year staging an investigation at great expense, and then a series of public show trials, arresting people in their homes, supposedly designed to discover how and why January 6th happened, but they remain curiously uninterested in the Epps case.

We've got what seems like an actual insurrectionists on tape, but they don't want to talk about it. And they definitely don't want you to talk about it or ask any questions.

As if to prove that point, "The New York Times" just ran a piece explained that when you ask questions about Ray Epps, you are committing a moral crime, maybe even helping Putin.

The piece was entitled, "It's just been hell: Life as the victim of a January 6th conspiracy theory." Oh, so Ray Epps, the guy telling people to breach the Capitol is now in the words of "The New York Times," a victim, a victim of your unrestrained curiosity.

Now, this piece was written by a reporter who has spent years shilling openly for the Intelligence Agency. It may give you some sense of where the storyline comes from. Like the agencies themselves, "The New York Times" piece was highly deceptive.

For example, "The New York Times" says that Epps was, "Taped urging people to go to the Capitol." Oh, but that's not what the tape shows, Ray Epps was doing something very different. Ray Epps is urging people to go into the Capitol, not to the Capitol, and there is a big difference legally.

One is a crime, according to the DOJ and the other is not a crime, and that's not all Ray Epps did. Epps also told people what they should do once they got inside the Capitol, and that's on video, too.

This is just minutes before the first breach of the building that day. Watch.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: One more thing --

UNIDENTIFIED MALE: So, should we go up there? No?

EPPS: When we go in --

UNIDENTIFIED MALE: Are we going to get arrested?

EPPS: Leave this here. We don't need to get shot.

(END VIDEO CLIP)

CARLSON: "When we go in, leave this here." What does that mean? Well, for some reason, "The New York Times" reporter didn't ask Ray Epps what he meant by that.

Now, the reporter spent a day talking to Epps. It was a day-long conversation, according to the story, but that question never came up. No meaningful question came up. It's all very strange.

"The New York Times" is mounting a propaganda campaign on behalf of a self-described Trump voter insurrectionist. Now, this is the same paper that cheered Ashli Babbitt's death, but this same paper is weeping for ray Epps? Because people had been mean to him online?

It's almost like they're trying to cover something up.

Now buried near the end of 'The New York Times" piece, there's a hint. We find this line: "Mr. Epps also said he regretted sending a text to his nephew well after the violence had erupted in which he discussed how he helped orchestrate the movements of people who were leaving Mr. Trump's speech near the White House by pointing them in the direction of the Capitol."

Really? What was in that text? We'd never heard of that before and it kind of makes you think the entire "New York Times" piece was written to drop that little bomblet at the end in the least damaging way.

And we've never seen that text message before. What exactly did Ray Epps say to his nephew? Have prosecutors reviewed that text? "The New York Times" doesn't tell us, nor does "The New York Times" tell us whether Ray Epps has had any contact with any Federal agencies in the period before January 6th? That's the core question. But they didn't ask it.

Why is that? It seems like a major omission.

But don't ask more questions commands "The New York Times." Otherwise, Ray Epps may be killed by Mexican drug cartels.

Mexican drug cartels? What do they have to do with this? We're not sure. But according to the paper, there are people who have heard, "Some cartel members talking about killing Mr. Epps." Right. Because the drug cartels are committed Trump voters and they feel betrayed by Ray Epps. Maybe they are QAnon people, too.

This is highly strange, and if you're going to spend more than a year looking into January 6th, and you ignore this, then it's more than strange. It's an indictment of your

8

motives.

Darren Beattie is one of the reasons this piece was first written. He's the editor of "Revolver News," which published the first stories about Ray Epps. Obviously, "The New York Times" was very worried about his reporting. We're happy to have him join us tonight.

Darren, thanks so much for coming on. What do you make of this?

DARREN BEATTIE, REVOLVER NEWS: Well, it's pretty remarkable. I mean, just -- let's take all of this in.

The one person caught repeatedly urging people into the Capitol as early as January 5th is the one person of all of the January 6th riot participants that "The New York Times" just happens to write this ultra-sympathetic puff piece for. It's quite remarkable.

And to look at the piece itself, as you suggested in your intro, there are some real glaring omissions from a journalistic standpoint to have access to this guy.

Number one, in the entire piece, there is no blanket explicit denial on the part of Epps to have been associated with any Intelligence Group, DHS JTTF, Military Intelligence and so forth, it just reiterates his very legal denial of being involved with law enforcement.

Number two, the piece describes Epps as a Trump supporter. He just went to DC to defend Trump and to attend the speech on the last minute thing with his son to attend Trump's speech on election fraud. The only thing is, Epps didn't attend the speech. Epps travels all the way from Arizona to DC, this big Trump supporter, and he doesn't even attend the speech? Instead, he fixates on this bizarre mission to get everyone to go into the Capitol.

And by the way, he just happens to be hanging out right by the initial breach point near the Peace Monument on the west side of the Capitol before the Proud Boys even get there?

And thirdly, where did Ray Epps get this idea? This whole piece doesn't explore that question at all.

Here is the one person calling for everyone to go in. Where did you get that idea, Ray Epps? Did it occur to you out of nowhere? Did someone tell you to do it? This piece, shockingly, does not explore that question at all, which is the paramount question that is really the animating -- the alleged animating focus of the January 6th Committee.

So this is so dirty. Ray Epps' behavior was so egregious that he was one of the first 20 on the FBI most wanted list. He was featured as a star in "The New York Times'" own documentary on January 6th, and now, he is unarrested, unindicted, and he is the only January 6th rioter about whom Adam Kinzinger has nice things to say, and "The New

York Times" is writing puff pieces about.

He is the smoking gun of the entire Fed-surrection.

CARLSON: Well, they go crazy when you ask simple questions like what was the role of Federal law enforcement or the military in this day. And it's been our experience, when they won't answer a question and call you names for asking it, maybe there's something there.

I appreciate your pulling this thread, relentlessly. Darren Beattie, thank you.

BEATTIE: Thank you.

CARLSON: So leading Democrats knew that Joe Biden was literally senile when he ran for President in 2020. They knew it. There's a lot of evidence of that. We're getting into some detail on that later, but at this point, they are pretending they didn't know and they can't believe how old Joe Biden is and now, they are running away from him.

So candidates, challengers to Joe Biden are now emerging and you will never guess who one of them is, the last person who should be running for President. We will reveal that person's name after the break.

(COMMERCIAL BREAK)

CARLSON: Everyone knows Joe Biden can't serve a second term. He can't serve this term. He's senile. His family knows that, they known it since before the 2020 campaign. They told other people they knew it, his staff knows it. What you see on TV is absolutely real, and if he wasn't doped up, he wouldn't be able to speak at all. That's true.

And again, everybody knows that. He can't say that out loud. His advisers don't want to because the second he does, he's a lame duck. But in real life, there's going to be another Democrat on the ticket in 2024.

So who's it going to be?

Well, California Governor Gavin Newsom thinks it could be him. Can you imagine? He's trying to make himself famous outside of his collapsing State before 2024, and that's why he just aired this advertisement in the State of Florida. Watch.

(BEGIN VIDEO CLIP)

GOV. GAVIN NEWSOM (D-CA): So let's talk about what's going on in America. Freedom, it is under attack in your State. Your Republican leaders, they're banning books, making it harder to vote, restricting speech in classrooms, even criminalizing women and doctors.

I urge all of you living in Florida to join the fight, or join us in California where we still believe in freedom, freedom of speech, freedom to choose, freedom from hate, and the freedom to love.

(END VIDEO CLIP)

CARLSON: Yes, a lot of people are moving from Florida to California. It's hilarious.

The left is for free speech, it turns out. Yes.

So the whole point is to attack Ron DeSantis, who Democrats see as a major threat in the coming election.

On Wednesday, Newsom again attacked Ron DeSantis. Watch this.

(BEGIN VIDEO CLIP)

NEWSOM: Teachers were under assault because, God forbid, teachers were homosexual, and somehow people presuppose that they would be grooming our kids.

That was a debate in the 1970s.

The Press Secretary for the governor this -- one of our largest States said people like me, that were opposed to, and I know a lot of people are offended by saying it's not really a Don't Say Gay Bill, but referred to those that opposed it in Florida as groomers.

(END VIDEO CLIP)

CARLSON: This guy, he is just unbelievable.

But in the end, Gavin Newsom is not going to become the Democratic nominee because he says mean things about Florida. He would become the Democratic nominee because of all of the great things he's done in his own State, which he runs, California, our biggest State.

So how has he done there? How has Gavin Newsom done in the State of California?

Adam Carolla can assess it because he is from California. Lived there his whole life. He is the author of the new book, "Everything Reminds Me of Something: Advice, Answers, but No Apologies." It's out now. Host of "The Adam Carolla Show." He joins us tonight.

Adam, thanks for coming on.

So we just wanted to go right to an expert on the subject. You live under the reign of Gavin Newsom, former Mayor of San Francisco, now your Governor. How is he doing? Should he be President?

ADAM CAROLLA, COMEDIAN AND AUTHOR: It's insane that he's talking about freedom. The guy shut down churches, he shut down beaches, he shut down outdoor dining, gas is seven bucks a gallon, he shut down schools. He had mask mandates.

My kid went to school but had to eat outside. He had to eat lunch outside even during a rainstorm because they wouldn't let them into the cafeteria.

They arrested a guy who was in the Santa Monica Bay paddleboarding alone, because they shut the beaches down. And this dictator is talking about freedom. It's so insane.

But kind of a bigger picture and I think we're on the same page here, Tucker.

California votes for this guy. Now, this guy makes my skin crawl. He is a sociopath and there is something clearly wrong with him. Like I bet cats hate him because they can sense what he is.

But there's something about California. It is like Nancy Pelosi, Newsom, Adam Schiff -- these are some of the worst people on the planet. What's up with people in California? You should -- they are repugnant people.

I know they're in your party, but they're horrible people. Why are you voting for them?

CARLSON: No, look, I'm not saying that Gavin Newsom is actually Fidel Castro's son, but he does remind me a lot of Justin Trudeau. Is that just me?

CAROLLA: They're both skating by on the same publicist, tailor, and makeup artist, and it's so insane that because we're basing our election on hair. It's really -- it's really insane. He's totally incompetent.

He came on my podcast like eight years ago. He made the mistake of sitting in with me long form. I absolutely destroyed him. If anyone wants to laugh, please check it out on YouTube.

But the idea that he would be going after DeSantis and talking about freedom is insane. And also, the idea that we've been arguing over Biden, is he going to run again? Is he going to run again? I kept going, no. They kept going, he may run. I go, he can barely walk. How is this going to work?

CARLSON: No, that's exactly right. Someone should sit down with Obama and Susan Rice and Ron Klain and the people who are actually running the government right now and ask like how -- is this the democracy you talk about? Because it's not.

Adam Carolla, thanks so much for coming on. And by the way, I'd recommend to anyone who hasn't heard it, your exchange with Gavin Newsom is unbelievable.

12

So, appreciate it. Good to see you.

CAROLLA: Thanks, Tucker.

CARLSON: So this show has come to Iowa for a couple days, giving a speech at the Family Leadership Summit in Des Moines. Lots of people who are running for President are swinging through Iowa, and we thought he would assess the field.

We're going to stream that speech live on FOX Nation tomorrow, Friday 5:00 PM Eastern. Go to foxnation.com for access.

So here is a pretty amazing story, like so many of the really interesting stories completely ignored. Grand Forks Air Force Base, one of the most sensitive military installations in the country, weirdly, the Chinese government just bought land right next to it.

Now, why would the Chinese government want land next to a military base in North Dakota? We have some thoughts, straight ahead.

(COMMERCIAL BREAK)

CARLSON: Ivana Trump, the first wife of Donald Trump, the mother of his first three children passed away today in New York City.

FOX's Trace Gallagher has that story for us tonight.

Hey, Trace.

TRACE GALLAGHER, FOX NEWS CHANNEL CORRESPONDENT: Hey, Tucker.

New York police got a 9-1-1 wellness check and when they arrived to the Upper East Side apartment, they found Ivana Trump unresponsive. Police say there are no signs of foul play, but they did reveal that Ivana's his body was found, quoting here, "In close proximity to the bottom of a staircase."

Both police and the Medical Examiner will now investigate whether she fell down the stairs.

Now, by all accounts Ivana Trump was smart, glamorous, and very influential not to mention a fixture in both the New York and national tabloids for decades.

Today, her son, Eric Trump said his mother was, quoting: "A world class athlete, a radiant beauty, and caring mother, and friend." She was also the mother of Ivanka and Donald Trump, Jr. and often took full credit for raising what she called great kids.

Of course, Ivana Trump famously called her ex-husband, "The Donald" and although

their 1992 divorce was acrimonious, the two remained very friendly over the years, and during Donald Trump's White House run, Ivana said she was both a supporter and an adviser.

She died at the age of 73 -- Tucker.

CARLSON: Trace Gallagher for us tonight. Thanks so much for that sad story.

The rise of China is the most important story not just of the moment, but of this age. It portends a reshuffling of everything. The end of the old assumptions and the beginning of something brand new and very, very different. Nothing is more important than this.

So with that in mind, you should know that China has already purchased more than 200,000 acres of farmland in the United States and likely much more than that.

Now, a Chinese company is buying hundreds more acres right next to a sensitive US military base. Watch this.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: This is Grand Forks Air Force Base in North Dakota, home of some of the nation's most sensitive technology, including the RQ4 Global Hawk Surveillance Drone, and this property sits just about 20 minutes down the road, more than 300 acres of prime farmland.

Earlier this year, three North Dakotans who owned parcels here sold this land for millions of dollars to a subsidiary of a Chinese company that says it wants to build a corn milling plant.

(END VIDEO CLIP)

CARLSON: So would this be allowed in China? Could a US government connected company buy land next to a Chinese military installation? Well, no. The Chinese government would just say no, we have a lot of problems saying no to anything in this country, anything at all.

And it's not as if it's not a problem. It is. Pentagon officials understand that. Air Force Major Jeremy Fox wrote a memo in April: "Some of the most sensitive elements of Grand Forks exist with the digital uplinks and downlinks inherent with unmanned air systems and their interaction with space based assets."

So collecting that data, Fox said, "Would present a costly national security risk causing grave damage to United States' strategic advantages." But they did it anyway, because nobody said no.

So what does this mean?

14

Gordon Chang is a senior fellow at the Gatestone Institute. He is author of "The Great US-China Tech War," and we're happy to have him join us now.

Gordon Chang, thanks so much for coming on. So is this what it looks like?

GORDON CHANG, SENIOR FELLOW, GATESTONE INSTITUTE: It's certainly what it looks like. You know, there's two things here, Tucker.

First of all, the Chinese are extremely aggressive, but the more important store is that we're letting them do this we're letting do this. We are letting them buy a parcel -- 12 miles from a sensitive military facility where with passive listening equipment they can figure out almost everything we're doing with those drones. This just is impossibly stupid.

CARLSON: Why isn't there any leader in this country who can say no? No, China, you're not allowed to fund Harvard. You're not allowed to send us tens of thousands of students every year who might wind up undermining the United States. And no, you're not allowed to buy our natural resources like our farmland. Like why will no one say that?

CHANG: I don't know, Tucker. But you know, this isn't the only similar incident. There's one in Texas near, Lachlan Air Force Base, where a former Chinese Army officer is buying a big parcel of land, and you know, it really is symptomatic in the United States that we are not stopping this, because there are so many problems, not only espionage, but there are so many other problems with regard to Chinese purchases of farmland.

CARLSON: Right and residential real estate. I mean, one of the reason prices rise because of foreign investment. The Chinese has been very clever in immediately calling racism in any pushback against them. They've learned that from us and they seem to be exploiting it fairly effectively.

CHANG: Well, they got a lot of help, because you have President Biden, in his first hours in office actually issued an Executive Order on xenophobia, you know, and that's been a constant theme of the Biden administration.

So you know, that is very much supportive of Chinese Communist propaganda, say, "Oh, you can't criticize China because it'll hurt people" like me, Chinese-Americans.

This is really wrong, Tucker. You know, just from the very top to the very bottom, this government of ours is allowing China to run riot, not only over American farmland, but as you say, American academic institutions or companies, you name it.

CARLSON: Yes. It is hard to take Harvard seriously once you realize they are paid for by China.

Gordon Chang, I appreciate all that you've done on this topic. Thank you very much.

CHANG: Thank you, Tucker.

CARLSON: So Joe Biden, to the extent he actually exists is flying to Saudi Arabia on Friday. Here is there to beg the Saudis for oil, but he could be talking about other things since he's going to be in Saudi Arabia.

Congressman Matt Gaetz represents a district where some of his constituents were killed by Saudi Arabia. Maybe Biden could bring that up. Congressman Gaetz joins us after the break.

(COMMERCIAL BREAK)

CARLSON: During the campaign, Joe Biden promised to crush domestic energy production. He has made good on that one promise. He is doing it, but of course you need fossil fuels to run a civilization. He's discovered that, instead of using American fossil fuels, he's decided to look abroad for oil. And because Joe Biden is such a fervent gay rights supporter, naturally, he's going to Saudi Arabia.

He is going there on Friday to beg the Saudis for oil.

Matt Gaetz of Florida is out with the new op-ed offering Joe Biden a suggestion for what he might talk about while he's over there.

Gaetz is calling on the President to press the Saudis for answers about a mass shooting committed by a Saudi flight student that happened in Matt Gaetz' district at Naval Air Station Pensacola in December of 2019. The attack killed three sailors and injured several others.

Matt Gaetz serves in the United States Congress and we are happy to have him join us tonight.

Congressman, thanks so much for coming on. So why would the Saudi government have something to say about this?

REP. MATT GAETZ (R-FL): Well, Saudi Arabia has been involved in two terrorist attacks on American soil, 9/11 where they provided material support to hijackers and at Naval Air Station Pensacola, where, as you said, one of their flight students was not properly vetted, was not properly monitored, and then killed three American servicemembers.

Now, Joe Biden is so intent to kill American energy that he is in turn financially helping the very people that I think are responsible for killing Americans.

I do not believe that the world's superpower should travel halfway around the globe so

that we can beg some Ferrari Bedouins who shoot at our sailors for oil, but we do and the reason we do is because Joe Biden hates American working class people so much that he would rather have Saudis pump oil than hardworking American men.

There have been far too many Presidents who have made this oil pilgrimage to Saudi Arabia, and it is particularly embarrassing and debasing when Joe Biden does it.

CARLSON: Especially when it's not necessary, when the United States has the largest recoverable oil reserves in the world. But he won't allow companies to tap them.

Do you think he'll bring up their record on trans-rights when he's in Saudi Arabia? I think that's the most important issue to him. I mean, he said so many times.

GAETZ: You know, it seems like Joe Biden and the mainstream media for that matter seem to be focusing on the things that matter less than what is prescient. I mean, why is it that our government and our media are less concerned about the murder of US sailors at a US military installation on our soil than a foreign national in Istanbul who is an 9/11 apologist and a spokesperson for the Muslim Brotherhood?

It is all always foreign reliance rather than American resilience for the Biden administration, and if we've learned anything by now, maybe America shouldn't be so reliant on our enemies or those who would do us harm for the stuff we actually need, like oil, and food, and medicine. I think that's been the lesson of certainly these last couple of years.

CARLSON: Yes, that and it's all Putin's fault. Matt Gaetz, I appreciate your coming on with that. I don't think most people even remember that. I did it. So thanks.

GAETZ: We do in Pensacola. Thanks for letting us talk about it, Tucker.

CARLSON: Amen.

So record numbers of illegal aliens are continuing to stream across the United States border which is effectively open. You're seeing footage on your screen right now of illegals from around the world storming the Yuma Sector around 2:00 AM. Yuma reports more than a thousand arrests at the border every single day.

Blake Masters is running for Senate in that State, in Arizona, and he is promising to end this invasion, which is what it is.

(BEGIN VIDEO CLIP)

BLAKE MASTERS (R), ARIZONA SENATE CANDIDATE: Two hundred and fifty thousand illegals cross this border every month. This is an invasion. We know what to do.

We need to finish Trump's wall. We need five times more Border Patrol and we need technology to lock this border down.

If we don't do these things right now. We're not going to have a country.

(END VIDEO CLIP)

CARLSON: Blake Masters, as we just told you is running for Senate as a Republican from the State of Arizona. He joins us tonight.

Blake Masters, thanks so much for coming on.

Republicans in Arizona haven't for the last couple of cycles talked this way, been this open about what's happening in your State, to your border. Why are you being as blunt as you are?

MASTERS: Because it's a national security issue, Tucker. Most Republicans are scared because if you speak out about it, they come after you. You know, I thought that ad that you just showed was a pretty good ad, maybe even a little understated.

But man, journalists didn't like it. And so they phoned some experts and the experts said, "Blake Masters is encouraging political violence." I'm sorry, what? There's an invasion happening at our Southern border. There's literal caravans of hundreds, sometimes thousands of illegal aliens just freely streaming across.

But Tucker, if you call this out, oh, well, you must be racist. You're not allowed to notice. You're not allowed to talk about what's actually happening. If you disagree with the left, they will call you violent.

And Tucker, because you're violent, oh, it sounds like you need to be disarmed and debanked and unpersoned.

CARLSON: That's exactly right. And by the way, point of fact, the polls show that most Hispanic voters don't like this any more than anybody else does. It's appalling. It you can't have a country under these circumstances.

Why do you think journalists are so intent on keeping the borders open, changing the population of the country, making America as volatile and crazy as unchecked immigration always makes any country? Like why are they for that?

MASTERS: I don't -- I don't think they believe in America. I don't think Biden believes in America. That's why under Joe Biden's leadership, the Southern border has become a welcome mat for the cartels.

You know, the cartels, they are the only people who have gotten richer under Joe Biden. Except, of course for Nancy Pelosi.

18

Tucker, nobody has the right to come to America. That's a privilege. But every American citizen has the right to public order. And you know, the situation at the border, it is a pilot program for everything the Democrats plan to do to the whole country, right? Completely abandon the rule of law and call you crazy if you complain about it.

But most people just want the law to be enforced. Unfortunately, the Democrats are the party of lawlessness and intimidation, right? They'll intimidate anyone who dares to speak out.

Well, we have to speak out. We have to take back power right now. Otherwise, the Democrats will put a gag on your mouth and call it democracy.

CARLSON: I mean, at some point, things start to fall apart, right? I mean, people watching this, American citizens might say, well, if anyone from around the world can just come here, ignore our Federal laws and then get rewarded with benefits for it, why am I following the law? Why am I the last dummy obeying the law?

MASTERS: Exactly. And I think the Democrats want it this way, right? They don't care about crime. Just look at these crimes that these illegals commit when they come here, right?

Just in Ohio, a Guatemalan illegal alien raped a 10-year-old girl. I mean, this is anarchy. This is lawlessness and Biden and the Democrats don't care. They don't want to deport these people. That's criminal.

CARLSON: I agree with that. Blake Masters running for the United States Senate in Arizona. Good luck.

Great to see you.

We'll be right back.

MASTERS: Thank you, Tucker.

(COMMERCIAL BREAK)

CARLSON: We've got more sad video in tonight of our President abroad. It is depressing but we're going to laugh at it. There he is shaking hands again with the air and being led to his seat. He is speaking in Israel. He has no idea where he's going. The humiliation.

The meds are starting to wear off.

So we're in Iowa giving a speech tomorrow, 5:00 PM Eastern Time. You can see it on FOX Nation. This is going to be streamed live.

19

I don't know if it'll be any good, but it'll be there for sure. And we'll be back tomorrow night from Des Moines, Iowa, the show that is the sworn enemy of lying, pomposity, smugness, and groupthink.

Have the best evening with the ones you love, but don't go anywhere, Sean Hannity takes over right now.

SEAN HANNITY, FOX NEWS CHANNEL HOST, "HANNITY": All right, Tucker have a great speech tomorrow in Iowa and thank you.

END

<Copy: Content and Programming Copyright 2022 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2022 VIQ Media Transcription, Inc. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of VIQ Media Transcription, Inc. You may not alter or remove any trademark, copyright or other notice from copies of the content.>

2022-07-15 03:39:22