# EXHIBIT U

NEWS

# Jan. 6 committee: Provocateur Ray Epps not FBI informant or agent

by Emily Brooks, Political Reporter
January 11, 2022 04:29 PM





My Account    Subscribe

ACCESS subscription.

The select committee formed to investigate the Jan. 6, 2021, attack at the U.S. Capitol said that Ray Epps, a man at the center of unproven theories that federal authorities provoked the riot, asserted in an interview that he was not a law enforcement agent or acting as an informant.

"The Select Committee is aware of unsupported claims that Ray Epps was an FBI informant based on the fact that he was on the FBI Wanted list and then was removed from that list without being charged. The Select Committee has interviewed Mr. Epps. Mr. Epps informed us that he was not employed by, working with, or acting at the direction of any law enforcement agency on January 5th or 6th or at any other time, and that he has never been an informant for the FBI or any other law enforcement agency," a select committee spokesperson said in a statement.





Epps, an Arizona resident and a former president of the Arizona Oath Keepers militia group, was seen in videos urging a crowd of Trump supporters on the evening of Jan. 5, 2021, to "go into the Capitol."

He is one of three people who have mysteriously disappeared from the FBI's Capitol Violence most wanted list without an explanation from federal authorities or an arrest.

**FEDERAL AUTHORITIES WON'T SAY WHY ARMED CAPITOL RIOTERS DISAPPEARED FROM FBI'S MOST WANTED LIST**

Those videos prompted theories, pushed by some congressional Republicans, that Epps was a federal agent or informant.

During an October hearing, Kentucky Rep. Thomas Massie asked Attorney General Merrick Garland about the video and asked him to put to rest the theory that FBI assets or agents were present on Jan. 6 and agitated people to go into the Capitol. Garland declined, citing a long-standing policy not to comment on pending investigations.





**CLICK HERE TO READ MORE FROM THE WASHINGTON EXAMINER**

Texas Sen. Ted Cruz on Tuesday similarly grilled Jill Sanborn, the FBI's executive assistant director for the national security branch, on whether bureau informants were present at the Jan. 6 riots. He focused on Epps.

On the anniversary of the riot, Reps. Matt Gaetz of Florida and Marjorie Taylor Greene of Georgia played videos of Epps and others whom they suggested could be federal agents or informants stoking a

"fedsurrection."

The reason for taking Epps off the FBI's Capitol Violence most wanted list remains unknown.

## Latest

**White House auctioning off unfinished parts of border wall**
By: Jenny Goldsberry

**DeSantis campaign blasts Trump over debate decision**
By: Jenny Goldsberry

**Larry Hogan says No Labels would likely launch 2024 campaign if Trump and Biden win their nominations**
By: Asher Notheis

## Videos

Reporter's Notebook: Biden tackles climate on the Inflation Reduction Act's first anniversary

The Debrief with David Mark: How will Trump's latest indictment in Georgia affect 2024?

The Debrief with Tim Carney: The potential of opposing a gag order in Trump's newest indictment

Up for Debate: Trump, DeSantis, and 2024 GOP hopefuls' stance on crime

## Newsletters

Sign up now to get the Washington Examiner's breaking news and timely commentary delivered