# EXHIBIT V

# March 6, 2023: Tucker Carlson Tonight

<Show: TUCKER CARLSON TONIGHT>
<Date: March 6, 2023>
<Time: 20:00:00>
<Tran: 030601cb.260>
<Type: SHOW>
<Head: New January 6 Video Seen For The Very First Time; Breaking Down The New And Exclusive January 6 Footage Never Previously Seen By Public; Overwhelming Majority Of People In The Capitol Simply Strolled Through The Halls, Took Selfies; Democrats And Media Allies Knowingly Distorted Truth About What Happened On January 6; January 6 Committee Created Own Version Of Events; Interview With Rep. Thomas Massie (R-KY); New Surveillance Footage Paints A Very Different Picture Of January 6 Events; SPLC Attorney Charged After Riot In Atlanta; Michael Knowles Demands Outlets Retract Claim That He Made Physical Threats To Trans Community>
<Sect: News; Domestic>
<Byline: Tucker Carlson, Miranda Devine, Charlie Hurt, Trace Gallagher>
<Guest: Thomas Massie, Michael Knowles>
<Spec: January 6; Government; Politics; Media; Journalism; Congress; Atlanta; Riots; Police; Law Enforcement; Gender Relations; Sexuality>
JESSE WATTERS, FOX NEWS CHANNEL HOST: So definitely watch.

And always remember, I'm Watters and this is my world.

And stay away from our bald eagles.

TUCKER CARLSON, FOX NEWS CHANNEL HOST: Good evening and welcome to TUCKER CARLSON TONIGHT. Happy Monday.

We're about to show you surveillance footage from inside the United States Capitol. The images you'll see were recorded 26 months ago today on January 6, 2021. Until now, politicians have kept this tape hidden from the public. There is no legitimate justification for that and there never has been.

On January 6, two years ago, thousands of protesters walked from a Trump rally on the Ellipse outside the White House to the US Capitol where the certification of the Presidential Election was underway.

The protesters were angry. They believed that the election they had just voted in had been unfairly conducted, and they were right.

In retrospect, it is clear that 2020 election was a grave betrayal of American democracy. Given the facts that have since emerged about that election, no honest person can deny it.

Yet the beneficiaries of that election continue to lie about what is now obvious. The real crime, they will tell you again and again, is not what happened on Election Day, 2020. The real crime is what happened two months later, on January 6, when Donald Trump led an insurrection against the duly

1

elected American government.

To prove that claim and to divert attention from the details of the presidential election itself, Democrats in Congress impaneled what they called the House Select Committee on the January 6 attack. The point of that Committee was to prevent Donald Trump from running for President again.

In December of last year, Committee members voted unanimously to refer Trump to the Department of Justice for criminal prosecution. Mission accomplished.

But what the Committee did not do was explain what happened inside the Capitol on January 6.

Three weeks ago, thanks to the new Republican Speaker's office, we gained access to thousands of hours of surveillance video to help answer that question.

The January 6 Committee had access to this very same tape and watched much of it. But as we're about to show you, Committee members lied about what they saw and then hid the evidence from the public, as well as from January 6 criminal defendants and their lawyers. That is unforgivable.

Whatever you think of Speaker Kevin McCarthy, he rectified that crime, and we are grateful that he did. Before we show you the tape, a few words on the process. Our producers had unfettered access to the Capitol surveillance video. Neither the Speaker's Office nor our bosses at FOX News interfered in any way with our investigation.

Of the 40,000 or so hours of tape, most of it turned out to be irrelevant -- static shots of empty rooms, in some cases far from the Capitol itself. To find relevant videotape, our producers were given use of Capitol computers with advanced mapping software. That made it easy to find what we were looking for. What we didn't have was access to facial recognition software, and that was significant.

For more than two years, we have wondered why some in the crowd that day who seemed to be inciting violence were never indicted for it. We assumed these were Federal agents of some sort. We still assume that.

And in fact, there were many examples of behavior we saw in those tapes that didn't seem to make sense: Men in civilian clothes holding doors open for protesters, escorting others through the Capitol, et cetera. We would love to know who these people were, but as of tonight, we don't know and because we don't know, we're not going to put their faces on the screen and suggest they were Federal agents. That would be irresponsible.

So, there were many mysteries we could not solve. Among them, unfortunately, is the shooting of Ashli Babbitt. From the evidence, we have the publicly available evidence, it seems clear that Babbitt was murdered by a Capitol Hill police officer called Michael Byrd.

2

Ashli Babbitt was unarmed. She was shorter in stature than average. She posed no conceivable threat to anyone, but beyond that, we can only speculate about what happened. There were no security cameras near the Speaker's lobby where actually Babbitt was killed.

And one more thing: Virtually no one in Washington, Republican or Democrat, certainly not in the news media, wanted to see this tape released tonight. That's why it's remained hidden for more than two years.

In recent weeks, the usual hyenas in Congress and on cable news have been howling about we are putting lives at risk by showing this tape to the public.

Given that these are the very same people who support open borders and defunding the police, it is hard to take their complaints seriously. But we do take security seriously.

So, before airing any of this video, we checked first with the Capitol Police. We're happy to say their reservations were minor and for the most part, they were reasonable.

In the end, the only change that we made was in blurring the details of a single interior door in the Capitol Building. You're unlikely even to notice it when we show you, and we are confident it does not affect our reporting.

With that, here is the video. It doesn't answer every question from January 6, far from it, but it does prove beyond doubt that Democrats in Congress, assisted by Adam Kinzinger and Liz Cheney, lied about what happened that day. They are liars. That is conclusive, and that fact should prevent them from ever being taken seriously again.

We're going to begin tonight with footage that shows you what was actually happening inside the Capitol. The footage does not show an insurrection or a riot in progress. Instead, it shows police escorting protesters through the building, including the now infamous "QAnon Shaman." Watch.

(BEGIN VIDEOTAPE)

CARLSON (voice over): These are the pictures you've seen of January 6. They're familiar because they've been playing on a loop on every media outlet in America for the last two years -- there's a reason for that.

But it turns out, there's quite a bit of video you haven't seen and that video tells a very different story about what happened on January 6th.

More than 40,000 hours of surveillance footage from in and around the Capitol have been withheld from the public. And once you see the video, you'll understand why.

Taken as a whole, the video record does not support the claim that January 6 was an insurrection. In fact, it demolishes that claim. And that's exactly why the Democratic Party and its allies in the media prevented you

3

from seeing it.

By controlling the images you were allowed to view from January 6th, they controlled how the public understood that day. They could lie about what happened and you would never know the difference.

Those lies had a purpose. They created a pretext for a Federal crackdown on opponents of the uniparty in Washington.

MICHAEL SHERWIN, FEDERAL PROSECUTOR (60 MINUTES): Our office wants to ensure that there was shock and all that we could charge the as many people as possible.

CARLSON (voice over): The first thing you'll notice from viewing the full video record of January 6th is just how many people entered the Capitol Building that day. Hundreds and hundreds of people, possibly thousands over the course of about two hours.

The crowd was enormous. A small percentage of them were hooligans, they committed vandalism. You've seen their pictures again and again.

But the overwhelming majority weren't. They were peaceful. They were orderly and meek. These were not insurrectionists, they were sightseers.

Footage from inside the Capitol overturns the story you've heard about January 6th. Protesters queue up in neat little lines. They give each other tours outside the Speaker's Office. They take cheerful selfies and they smile.

They're not destroying the Capitol, they obviously revere the Capitol. They're there because they believe the election was stolen from them. They believe in the system.

Here's the man you've heard referred to as the QAnon Shaman outside the Senate chamber. These are not rioters, these are people who wandered over from a political rally.

DONALD TRUMP, FORMER PRESIDENT OF THE UNITED STATES: We will not let them silence your voices.

CARLSON (voice over): After the rally, they walked down Pennsylvania Avenue where organizers had secured a Federal permit to hold a legal rally on the grounds of the Capitol.

TRUMP: I know that everyone here will soon be marching over to the Capitol Building to peacefully and patriotically make your voices heard.

CARLSON (voice over): Once at the Capitol Building, things begin to get chaotic. Capitol Police officers fired teargas into the crowd. A few at the front of the herd broke windows. Someone opened the doors and many hundreds of others just walked in.

UNIDENTIFIED MALE: They're going to make that the story.

CARLSON (voice over): Of course, they did make it the story. And at the center of it, the single most famous person arrested that day was a Navy veteran from Arizona called Jacob Chansley, often referred to as the QAnon Shaman.

DON LEMON, CNN ANCHOR: The so-called QAnon Shaman.

WOLF BLITZER, CNN HOST, "THE SITUATION ROOM": QAnon Shaman.

STEPHEN COLBERT, "THE LATE SHOW WITH STEPHEN COLBERT" HOST: Someone named Q Shaman.

CARLSON (voice over): Jacob Chansley became the face of January 6th, a dangerous conspiracy theorist dressed in outlandish costume who led the violent insurrection to overthrow American democracy.

For these crimes, Chansley was sentenced to nearly four years in prison, far more time than many violent criminals now receive.

What did Jacob Chansley do to receive this punishment? To this day, there is dispute over how Chansley got into the Capitol Building. But according to our review of the internal surveillance video, it is very clear what happened once he got inside.

Virtually every moment of his time inside the Capitol was caught on tape, the tape show the Capitol Police never stopped Jacob Chansley, they helped him. They acted as his tour guides.

Here is a video of Chansley in the Senate Chamber. Capitol Police officers take him to multiple entrances and even tried to open locked doors for him.

We counted at least nine officers who were within touching distance of unarmed Jacob Chansley. Not one of them even tried to slow him down.

Chansley understood the Capitol Police were his allies. Video shows him giving thanks for them in a prayer on the floor of the Senate. Watch.

JASON CHANSLEY, "QANON SHAMAN": Thank you Heavenly Father for taking the inspiration needed to these police officers to allow us into the building.

CARLSON (voice over): Contrast the reality of what Jacob Chansley did in the Capitol Building on January 6th, the indisputable facts recorded on video some of which has never before been seen with the depiction of Jacob Chansley that you've seen in the media for more than two years.

"He's a terrorist," they said. He should be killed.

UNIDENTIFIED MALE: Shoot him. Shoot him. Like if you burst into the United States Senate, if he was dressed like Bin Laden, would they have shot him?

CARLSON (voice over): "Shoot him. Shoot him." It makes you wonder who are the violent extremists here? Not Jacob Chansley, and the video proves that,

5

but you would never have known from the media coverage.

SEN. LINDSEY GRAHAM (R-SC): The people sitting in the chairs need to be sitting in a jail cell.

CARLSON (voice over): Chansley is in a jail cell. He has been there for months. If he was in fact committing such a grave crime, why didn't the officers who were standing right next to him place him under arrest?

Until now no one could even prove that even happened, but it did.

(END VIDEOTAPE)

CARLSON (on camera): We're going to digest this surveillance video from the US Capitol on January 6th in pieces tonight. We're going to show you more in just a moment.

But first we're going to pause and bring in "The New York Post's" Miranda Devine, who has been on top of the story from the very beginning.

By the way, this will be the front page of tomorrow's "New York Post," Miranda Devine joins us now.

Miranda, thanks so much for coming on. So the disconnect between what they told us happened inside and what we now know happened inside thanks to the surveillance video is vast.

But in the case of Jacob Chansley, it's very troubling since his life has been destroyed and he is in prison as we speak. Simple question, how, given that Jacob Chansley was wandering around with armed police officers who appeared from the footage to be helping him, could he be indicted and convicted, and they not? Like how does that work?

MIRANDA DEVINE, FOX NEWS CHANNEL CONTRIBUTOR: Well, you know, it's very sad because obviously from -- you can see from the demeanor of the police officers and from his own demeanor that he was harmless, that they regarded him as harmless.

You saw him walk past about nine other police officers. They didn't even give him you know, a look even though he was dressed so garishly. He is obviously a performance artist and was not posing any threat to anybody.

You can see where they help him open a door to go in to the Senate chamber. And so why on earth was that footage not used as exculpatory evidence in his trial? This man is spending almost four years in jail, a naval veteran, aged 33 years old and he is just puzzled about it.

You can see in that jailhouse interview that you played that he is sort of, he says his regret is that he thought because the police officers were showing him around that it was okay. That what he was doing was appropriate.

And you can see the way those people were walking through the Capitol, as

6

you say, you know, they are walking meekly, politely queuing, very peaceable that they don't mean any harm. They are treating the Capitol with reverence.

That doesn't excuse the others, the minority of the protesters who did break windows and fight police and injure police and cause mayhem, but the people who are now being picked up and some of them have been jailed without trial for months, even years on end, did not commit violence.

They walked through open doors. They were escorted by police. They felt that this was okay, and I think Jacob Chansley is a classic example of that.

CARLSON: If I go to the door of a liquor store and a uniformed police officer opens it for me, I walk in. I take the money out of the till and then leave escorted by the police officer. He's an accessory to the crime I just committed.

I'm not attacking the Capitol Police. We are grateful for their help in getting this video out, but that doesn't make any sense at all. And the Federal Judge who ever saw this case doesn't seem to have noticed.

This seems insane to me and I don't know why no one is willing to explain it.

DEVINE: Well, clearly the Capitol Police, none of them -- you have nine or 10 officers there do not think that there is anything unusual about this guy with the fur hat and the Viking horns and the face paint wandering around the corridors and walking into the then, you know the Senate chamber that had been evacuated.

What we hear from the Capitol Police they tell us is that they were trying to deescalate the crowd, deescalate any unrest, and so perhaps that's what they were doing.

They were completely outnumbered I don't really blame the Capitol Police. All they were trying to do was keep people calm and happy. They were betrayed by Nancy Pelosi and Mitch McConnell who refused the repeated requests by the Capitol Police Chief Steven Sund in the days before and several times on the day of January 6th for backup, for National Guard.

That is the most inexplicable part of this story.

CARLSON: It is. And in fact, tomorrow we're going to have an interview with a Capitol Police officer in charge of the sector where this took place, inside the Capitol, explaining what happened and it is shocking.

I appreciate, Miranda Devine, you coming on tonight. Thank you.

DEVINE: Thank you, Tucker.

CARLSON: So from January 6, 2021 until today, you will hear people say, including the President of the United States that the mob murdered police

7

officers. That is a lie.

But the death of Officer Brian Sicknick is the pretext they use to tell that lie.

So what happened to Officer Brian Sicknick? Well, we found footage of him within the Capitol that proves they are lying. That's next.

(COMMERCIAL BREAK)

CARLSON: Within hours of January 6th, literally hours, you began to hear that day described as a deadly insurrection and not described by one news outlet or one politician, but in unison by all of them. Almost like it was coordinated, a deadly insurrection. That's how history may record January 6th.

But the tape that we reviewed from within the building on that day proves it was neither an insurrection nor deadly. Here it is

(BEGIN VIDEOTAPE)

CBS NEWS REPORTER: January 6th when an estimated 2,000 rioters breached the Capitol Building causing the deaths of five police officers.

KAMALA HARRIS, VICE PRESIDENT OF THE UNITED STATES: Certain dates echo throughout history: December 7, 1941, September 11 2001 and January 6.

ERIN BURNETT, CNN ANCHOR: A mob beat officers with anything they had on them -- hockey stick, flagpole, a fire extinguisher. Police officers died.

MSNBC HOST: Donald Trump supporters who of course, rioted and killed police officers.

CARLSON (voice over): By the evening of January 6th, the Democratic Party and its publicist in the national news media had settled on a description of what had happened that day. They distilled an enormous number of highly complex events, events that even now we don't fully understand into a single emotionally laden political slogan, which they've repeated for years with remarkable discipline.

January 6th, they said was a deadly insurrection.

BRIAN STELTER, THEN CNN MEDIA ANALYST: There was a deadly insurrection that the right wing is trying to cover up.

LEMON: He incited a deadly insurrection.

REP. NANCY PELOSI (D-CA): Incited a deadly insurrection.

JOE BIDEN, PRESIDENT OF THE UNITED STATES: The violent deadly insurrection on the Capitol nine months ago. It was about White supremacy in my view.

CARLSON (voice over): A deadly insurrection. Everything about that phrase

8

is a lie. Very little about January 6 was organized or violent. Surveillance video from inside the Capitol shows mostly peaceful chaos.

But the slogan worked. The term "deadly" carries enormous emotional power, which is why they used it. To prove the insurrection was deadly, propagandists pointed to the death of an officer called Brian Sicknick.

"The mob killed Officer Brian Sicknick," that's what they said. It was their single most powerful indictment of the January 6th protesters and of Donald Trump and of Republican voters nationally. They repeated that claim for years, they are still repeating it.

At first they told the country that Officer Sicknick was murdered with a fire extinguisher.

ANDERSON COOPER, CNN HOST, "ANDERSON COOPER: 360": Officer Brian Sicknick died after being hit in the head with a fire extinguisher during the fight.

CARLSON: That story came from "The New York Times," which is effectively the assignment editor for most of the rest of American media. It was a lie, untrue in any way.

But only after that lie had hardened into conventional wisdom, did the newspaper bother to retract it.

RACHEL CAMPOS-DUFFY, FOX NEWS CHANNEL HOST, FOX AND FRIENDS WEEKEND: "The New York Times" has quietly retracted its story about the death of Capitol Police Officer Brian Sicknick.

CARLSON (voice over): The damage had been done. Brian Sicknick, himself a Trump voter had been transformed without his consent into a political martyr of the left. His memory was shamelessly exploited by the incoming Biden administration.

In February of 2021, Sicknick's body lay in state in the Capitol Rotunda where a parade of unscrupulous politicians made use of it. here is Joe Biden.

BIDEN: Breaking down the doors trying to overturn an outcome of election and killing several police officers in the meantime.

CARLSON (voice over): But Brian Sicknick should not be reduced to a prop for the political ambitions of the Democratic Party. He was a human being. The facts of his life matter, including how he died.

To this day. media accounts describe Sicknick as someone who was "slain" on January 6th. The video we reviewed proves that is a lie.

Here is surveillance footage of Sicknick walking in the Capitol after he was supposedly murdered by the mob outside. By all appearances Sicknick is healthy and vigorous. He is wearing a helmet, so it's hard to imagine he was killed by a head injury.

9

Whatever happened to Brian Sicknick was very obviously not the result of violence he suffered at the entrance to the Capitol. This tape overturns the single most powerful and politically useful lie the Democrats have told us about January 6th, and it was indeed a lie.

The January 6 Committee knew perfectly well that Brian Sicknick was walking normally through the Capitol after he was supposedly murdered by Trump supporters, and they know that because they saw this tape.

We can be sure because the footage contains an electronic bookmark that is still archived in the Capitol's computer system. That means that investigators working for the Democratic Party reviewed this tape, they saw it, but they refused to release the tape to the public. Why? Because this tape would shatter the fraud they were perpetrating on the country, because hiding the truth serve their political interest.

They lied about the police officer they claimed to revere. If they were willing to do that, then their dishonesty knew no limits.

(END VIDEOTAPE)

CARLSON (on camera): And as you'll see, in a moment, their dishonesty did know no limits. New surveillance video in just a minute including new reporting on Ray Epps and what he was doing there and what he told investigators he was doing there, and how it is contradicted by the video evidence.

But first to assess what we just saw, Charlie Hurt of "The Washington Times" joins us now.

Charlie, thanks so much for coming on.

CHARLIE HURT, FOX NEWS CHANNEL CONTRIBUTOR: Great to see you.

CARLSON: So if you think and you just really have got to feel for Brian Sicknick, who's passed away, and you've got to wonder about anyone who would -- who knew -- they knew that he was not murdered by the mob, but they've claimed it anyway for two years.

It takes a very low kind of person to do that, to lie about a man's death like that for political advantage, and this tape proves that's exactly what they did.

HURT: Now, these people are truly sick. You know, you think you know how sick they are and then you see something like this, and you realize that there is truly nothing, no body, no event, nothing that they won't exploit.

CARLSON: Exactly.

HURT: And as Joe Biden said, this is also about White supremacy. And, and, you know, nobody -- you know, nobody comported themselves worse than the press did on this day. And of course, in the years afterwards.

CARLSON: That's right.

HURT: And the best example of it is to look at the degree to which so many people in the press are so upset that you've got the tapes, and that you're going to release the tapes.

I've never heard of this. I've never -- in all of my life, I've never known a press that didn't want information to be released. That's what we've been fighting for, since the invention of the printing press.

And so -- and now we have all these people, they're so committed to sort of the big lie that the government tells that they'll do anything, including, you know, denigrating the name of a good police officer, and trying to hide the truth in order to sort of prop up this this propaganda.

And you know, the deadly insurrection is one of them. The other one that they love to talk about is the armed insurrectionists. And I remember at the time asking reporters at the time, you know, why do you keep calling these people armed insurrectionists when there's no evidence that anybody used any arms against them? And they said, well, they had flagpoles.

So it's because people were walking around with American flags that made them armed insurrectionists.

CARLSON: I should say, for viewers who don't know, you've been in journalism all your life. Your father was a journalist. You grew up in this business, and I agree with you.

It's shocking to see how thoroughly it's been perverted into what it is now, which is --

HURT: To support the government.

CARLSON: Right. Active defense of the people in charge. It's shocking.

HURT: Yes.

CARLSON: Charlie Hurt, appreciate it. Thank you.

HURT: Great to see you.

CARLSON: So there is one takeaway from all of the footage that we went through, thousands of hours over the past three weeks, is that the January 6 Committee lied, that the press bought and repeated their lies, and that those lies were used to strip the civil liberties in some cases, the freedoms of voters across the country, really to eliminate some of our core human rights in this country.

So in a moment, we're going to show you new proof, new evidence of that, video they withheld, including video of Ray Epps. That's straight ahead.

(COMMERCIAL BREAK)

CARLSON: If there is one takeaway from the corpus of footage that we spent three weeks looking at, it is that the January 6 Committee lied. Its members are liars, and as the result of those lies, core civil liberties in this country were eroded. People went to prison. They're in prison as of right now unjustly, so those lies had consequences.

So you have to ask yourself, whatever happened to the members of the January 6 Committee? These liars who hurt people and the country?

Well let's see, Adam Schiff is running for Senate, Adam Kinzinger got a job at CNN, Liz Cheney somehow wound up a Professor at the University of Virginia, the august University of Virginia.

They're all still there. Bennie Thompson, oh, listen to his wisdom. But they are liars. And above all, this video proves it.

Here is another installment.

(BEGIN VIDEOTAPE)

CARLSON (voice over): One of the enduring mysteries of January 6th is the role that Intelligence and law enforcement agencies played in the events of that day.

We know there was some number of undercover Federal agents in the crowd at the Capitol. Officials have since admitted that under oath, but what exactly were they doing there? The January 6 Committee worked hard to hide the answer to that question.

We do know from contemporaneous videotape that a mysterious figure called Ray Epps encouraged the crowd to go into the Capitol. For some reason Epps has never been indicted for that. But there's no question he did it.

RAY EPPS, PROTESTER: We need to go I to the Capitol.

CARLSON (voice over): Under public pressure, the January 6 Committee finally interviewed Ray Epps. Epps told the Committee that he never entered the Capitol and therefore never committed a crime.

His text messages showed that at 2:12 PM, he boasted to his nephew that he had orchestrated the protests at the Capitol. He admitted he helped get people there. Yet, curiously, Congressional Democrats consider Ray Epps an ally, not an insurrectionist.

Tonight, we can tell you that at the very least Ray Epps lied in his sworn testimony to the January 6 Committee. Epps testified that when he sent the text messages to his nephew, he had already left the Capitol grounds to return to his hotel room. That is not true.

The surveillance footage we found shows that in fact, Ray Epps remained at the capitol for at least another half an hour. You're seeing that on your screen now. What was Epps doing there? We can't say, but we do know that he lied to investigators.

12

The January 6 Committee likely knew this, too. Democrats had access to the same tape, yet they defended Ray Epps. No honest investigation would do that.

But the point of the January 6 Committee was never to investigate anything. The point was to stage a made for TV show trial.

From the opening moments, the tone of the hearings was almost comically overheated and polemical. There was not a tragedy in American history that Democrats didn't like into the protests of January 6.

REP. BENNIE THOMPSON (D-MS): I'm from a part of the country where people justify the actions of slavery. The Ku Klux Klan and lynching.

CARLSON (voice over): How staged and fraudulent was the work of the January 6 Committee? Democrats hired a "Good Morning America" producer called James Goldston to dramatize the footage they released. They even dubbed in audio to make the pictures more sensational as in a docudrama.

The networks carried it all live, as if it were real.

But Donald Trump was far from the only target.

PELOSI: The enemy is within the House of Representatives.

CARLSON (voice over): Within hours of January 6th, Democrats alleged a conspiracy. They claimed their Republican colleagues had helped to plan the breach of the Capitol Building. There was never any evidence this was true. None at all. Yet it was widely repeated.

REP. PRAMILA JAYAPAL (D-IL): Our colleagues are continuing to engage with White nationalist extremist groups. The most violent attack on the Capitol since the War of 1812.

CARLSON (voice over): At one point, the January 6 Committee publicly accused Republican Congressman Barry Loudermilk of Georgia of leading a reconnaissance missions through the Capitol Building the day before.

REP. BARRY LOUDERMILK (R-GA): They were looking for some member of Congress that was involved in all of this.

CARLSON (voice over): The surveillance tape that we reviewed shows this story is a lie, and the Democrats on the Committee knew it was a lie when they told it.

The so-called reconnaissance mission Democrats alleged was nothing more than Congressman Loudermilk giving a guided tour to his constituents from Georgia, none of whom were "insurrectionists."

Loudermilk didn't even take the group inside the Capitol Building. They walked through a congressional office building down the street.

13

LOUDERMILK: The FBI totally cleared them. The Committee knew this before they actually made their accusations against me and wanted to create this story that would, you know, fit where they wanted the evidence to lead.

CARLSON (voice over): Despite the video evidence they possessed, proving it wasn't true, the Committee included the lie in its final report. Protesters it says dramatically, "took a tour of the Capitol with Representative Barry Loudermilk, during which he took pictures of hallways and staircases."

LOUDERMILK: If you read the final report, it was a manifesto against Donald Trump. That's all it was.

CARLSON (voice over): When the Committee wasn't accusing Republican officeholders of planning riots on January 6th, it was accusing them of running away from those riots like cowards.

In the case of Senator Josh Hawley of Missouri, the Committee and their allies accused him of both.

MICHAEL FANONE, FORMER DC POLICE OFFICER: Josh Hawley is a [bleep].

CARLSON (voice over): To prove that Josh Hawley was a coward, the Committee released a video of him eloping out of the building on the afternoon of January 6th with a police escort. The tape became a staple on social media. Democrats laughed with derision.

REP. ELAINE LURIA (D-VA): Later that day, Senator Hawley fled after those protesters that he helped to rile up storm the Capitol. See for yourself.

[LAUGHTER]

CARLSON (voice over): But in fact, the surveillance footage we reviewed shows that famous clip was a sham, edited deceptively by the January 6 Committee. The clip was propaganda, not evidence.

The actual videotape shows that Hawley was one of many lawmakers being ushered out of the building by Capitol Hill Police officers, and in fact, Hawley was at the back of the pack. The coward tape was a lie. One of many from the January 6th Committee.

(END VIDEOTAPE)

CARLSON: One of many -- one of many is for certain.

Thomas Massie serves in the Congress. He did then, he does now. He represents the Commonwealth of Kentucky.

Congressman, thank you so much for coming on. I have never seen members of Congress accused the other party -- I mean, there's usually a kind of fraternity in the Congress, you're all Members of Congress, 435 -- accuse their colleagues unfairly without any evidence at all of committing felonies.

14

What's your response to this? To the lying from your colleagues in the Congress?

REP. THOMAS MASSIE (R-KY): You've exposed so many lies tonight with these tapes that it's changed my perception of what happened two years ago, and I was there.

The tapes of people milling peacefully about, and my hat's off to your producers for sitting over there and going through hours of this.

CARLSON: Yes, they are the best.

MASSIE: But I would love to you to unleash the resourcefulness of the American public on these videos. I think they should be released. You know, I think it's poppycock that they can't be released because of some security issues.

Look, I'm the one who is supposed to be secured by these buildings and I'm not worried about releasing them. They need to be released. In fact, there was a Rasmussen poll that just came out that showed over 80 percent, 78 percent of Democrats and 86 percent of Republicans say that all the videos should be released, and they should because as you said, Tucker, you didn't have facial recognition software there.

We also -- we need a complete catalogue of all of the Feds who were there. Tell us who they were.

CARLSON: Right. Exactly.

MASSIE: Let's watch the videos and let's see what they did, because there are some really strange behavior on those videos of people behind the police lines in plain clothes, like touching them on the shoulder, talking in their ear, walking up around boundaries, as if they weren't even there. It's very odd.

I'm the one who asked Merrick Garland, I showed him the tape of Ray Epps. The Democrats didn't like it. I had to show it on an iPad for Merrick Garland to watch it and then he refused to say how many Feds were there. But that was also in the Rasmussen poll, 57 percent of Democrats think that it is at least somewhat likely that Feds, agents of the Federal government, we're not just there, but we're also encouraging people to riot or go into the Capitol.

CARLSON: It's very clear from the footage that our producers bravely slogged through for three weeks and God bless them for doing it that that's exactly right. That Federal agents encouraged the violence that day.

We are just a TV show and we can't show people without proof of who they really were, but I agree with your assessment completely.

MASSIE: Right.

15

CARLSON: That obviously happened. Congressman Thomas Massie of Kentucky, thank you so much for coming on. Appreciate it.

MASSIE: Thanks, Tucker for getting this out there.

CARLSON: Of course.

By the way, we're not of course, in charge of this video. We don't own this video. There's a limit to the decisions we can make about it.

But we have more and we're going to show it to you tomorrow. More surveillance footage from January 6th, including an interview with a top Capitol Police officer who was there and who raises a lot of pretty shocking questions about the Capitol Police response to January 6th.

And keep in mind, the Capitol Police as a force is controlled by the Speaker of the House. And at that point, it was Nancy Pelosi.

So Michael Knowles of "The Daily Wire" pointed out that gender ideology is destroying young people and called on conservatives to reject it. Not a tough request. He is now being accused of genocide. He joins us next.

(COMMERCIAL BREAK)

CARLSON: The Southern Poverty Law Center has nothing to do with poverty or the south. It exists solely to destroy the lives of anyone who stands in the way of the Democratic Party, usually in the most vicious way. That's why the FBI often cites the Southern Poverty Law Center when it calls people domestic terrorists.

But it turns out and this will not shock you, domestic terrorism is coming from inside the house. FOX' Trace Gallagher has that amazing story for us tonight.

Hey, Trace.

TRACE GALLAGHER, FOX NEWS CHANNEL CORRESPONDENT: Hey, Tucker.

Just so we're clear, the Atlanta Police Chief called this attack on the Atlanta Public Safety Training Center this weekend a "violent attack for the purpose of anarchy," and it turns out one of the Antifa members arrested and charged with domestic terrorism is 28-year-old Thomas Jergens, and attorney for the Southern Poverty Law Center.

Jergens is accused of using a peaceful protest as cover for conducting a violent coordinated attack on both buildings and police officers in Atlanta.

Now, it's interesting that Jergens is accused of using peace to justify violence, because the Southern Poverty Law Center has long been accused of monitoring hate while propagating hate.

In fact, the SPLC has identified almost a thousand people, organizations,

16

and charities as hate groups with the word "hate" being defined as anything SPLC disagrees with. Muslim women's rights activist Ayaan Hirsi Ali was labeled as a White nationalist by the SPLC, and yet, the FBI continues and has used SPLC as a source for who should be considered domestic terrorists.

The Southern Poverty Law Center released a statement saying that Thomas Jergens was simply a legal observer and that the arrest of the violent protesters is nothing more than State repression by heavy-handed police except the heavy hands tossing the Molotov cocktails belonged to Antifa members -- Tucker.

CARLSON: Incredible. Trace Gallagher, thanks for that. Good to see you.

Trace Gallagher at midnight you should watch, we do.

So the dumber the lie the more viciously obedience to that lie must be enforced. So now all of a sudden, you're expected to believe that anyone even children can change their biological sex at will, even the DNA inside them, and obviously that's demented and no honest person will go along with that lie or any lie for that matter.

At CPAC this weekend, Michael Knowles of "The Daily Wire" said basically just that. Watch.

(BEGIN VIDEO CLIP)

MICHAEL KNOWLES, "THE DAILY WIRE": There can be no middle way in dealing with transgenderism. It is all or nothing.

If transgenderism is true, if men really can become women, then it's true for everybody of all ages. If transgenderism is false as it is, if men really can't become women, as they cannot, then it's false for everybody, too. And if it's false, then we should not indulge it especially since that indulgence requires taking away the rights and customs of so many people.

If it is false, then for the good of society, and especially for the good of the poor people who have fallen prey to this confusion, transgenderism must be eradicated from public life entirely, the whole preposterous ideology.

(END VIDEO CLIP)

CARLSON: So the ideology leads to the castration of children, and therefore it's bad. It is a cancer on the country. Of course, that's true. But for the crime of saying so, "The Daily Beast" which is an obedient servant of the people in power, a big defender of castrating children accused the man you just saw, Michael Knowles, of calling for genocide. And we're quoting, "Michael Knowles says transgender community must be eradicated," after Knowles and "The Daily Wire" threatened to sue, "The Daily Beast" corrected their headline. But of course, they had already accused the man of pushing genocide.

Michael Knowles is the host of "The Michael Knowles Show," he joins us

17

tonight.

Michael, first of all, thank you for what you said, which I think is utterly reasonable and defensible. Were you surprised that "The Daily Beast," really the filthiest organ in American "journalism," accused you of pushing genocide?

KNOWLES: I've been called all sorts of nasty things by the liberal press, Tucker, so I tend to expect everything but I have to admit, being accused of genocide did take me by surprise. That seemed extreme even for the fake news media.

And I think it surprised a lot of lawyers as well. "The Daily Beast" and "The Huffington Post," and "Rolling Stone" and a number of other outlets all spread this lie about me. They just put words into my mouth that I never said, you heard exactly what I said.

I said that for the good of these people in particular, so presumably, I don't want to murder them and I've talked about an ideology in particular, I'm not talking about eradicating any human beings, I'm talking about an ideology here, they said that I wanted to commit genocide.

And I said, this is libel. This is actionable libel.

You know, the libel laws in the United States have quite a high threshold to actually sue. This meets that threshold. I think that unless the news editors at "The Daily Beast" and "Rolling Stone" and "Huffington Post," and all the rest, unless they're completely illiterate, they lied intentionally and I think their lawyers called them and said, change the headline, or you're going to get sued into oblivion.

CARLSON: But why would they want to defend child castration? I mean, that's almost a spiritual question that we should meditate on and I know that you have been.

Michael Knowles, thank you. Good to see you.

KNOWLES: Thank you, Tucker.

CARLSON: We've got more news coming up.

We'll be right back.

(COMMERCIAL BREAK)

CARLSON: That's it for us tonight. We have more unreleased surveillance tapes from January 6th to bring you tomorrow night along with a remarkable interview with a Capitol Police officer who was there to overturn what they've told you.

Have a great night.

Sean Hannity now.

18

END