# EXHIBIT W

8/20/23, 5:27 PM
Case 1:23-cv-00761-MN Document 13-16 Filed 08/23/23 Page 2 of 6 PageID #: 303
FBI's tactics doomed case against men charged in kidnapping plot of Michigan governor - Chicago Sun-Times



Log In | Get Home Delivery

COLUMNISTS    COMMENTARY

# FBI's tactics doomed case against men charged in kidnapping plot of Michigan governor

The appearance of entrapment, and the difficulty of distinguishing between fantasy and criminal conspiracy, explains the embarrassing outcome of the federal trial in which jurors acquitted two alleged conspirators and failed to reach verdicts for the other two.

By Jacob Sullum | Apr 13, 2022, 3:00pm EDT

    SHARE



Michigan Gov. Gretchen Whitmer addresses the state during a speech in Lansing, Mich. on Oct. 8, 2020. Jurors acquitted two men and deadlocked on two others accused of plotting to abduct Whitmer in 2020. | AP

"Through confidential sources, undercover agents, and clandestine recordings," the Justice Department announced in October 2020, "law enforcement learned particular individuals were planning to kidnap" Michigan Gov. Gretchen Whitmer and "acting in furtherance of that plan."

But it turned out those individuals included the government's "confidential sources," who pushed the half-baked scheme and orchestrated acts "in furtherance of that plan" even when the defendants resisted it.

8/20/23, 5:27 PM
FBI's latest doomed case against men charged in kidnapping plot of Michigan governor - Chicago Sun-Times

Case 1:23-cv-00761-MN Document 13-16 Filed 08/23/23 Page 3 of 6 PageID #: 304

The appearance of entrapment, coupled with the difficulty of distinguishing between fantasy and criminal conspiracy, explains the embarrassing outcome of a federal trial that ended last week, when jurors acquitted two alleged conspirators and failed to reach verdicts for the other two. It was a well-deserved rebuke of investigative methods that crossed the line between prevention and invention.

## Columnists

*In-depth political coverage, sports analysis, entertainment reviews and cultural commentary.*

Two of the six original defendants, Ty Garbin and Kaleb Franks, pleaded guilty and testified for the prosecution, saying they willingly participated in the kidnapping plot. But the record compiled by the government shows FBI agents and their informants were determined to advance a narrative that would justify their efforts.

The jurors clearly were troubled by that evidence. They acquitted two of the remaining defendants, Daniel Harris and Brandon Caserta, of conspiring to kidnap Whitmer, and could not agree on the charges against the other two, Adam Fox and Barry Croft.

Prosecutors said the defendants, whom they described as members of right-wing militias, were so enraged by Whitmer's heavy-handed COVID-19 control measures that they resolved to kidnap her. But it was doubtful that they had the ability to mount such an operation and unclear what the upshot was supposed to be.

In a September 2020 text message to Dan Chappel, a key FBI informant who was paid more than $50,000 for his work, Special Agent Jayson Chambers said, "Mission is to kill the governor specifically." But Garbin testified that there was talk of stranding Whitmer in Lake Michigan on a boat without a motor, which would somehow prevent Joe Biden from winning the presidential election.

This combo shows booking photos of, from left, Barry Croft, Daniel Harris, Adam Fox and Brandon Caserta. | AP

The government portrayed Fox, who was commonly dismissed as an indecisive, incompetent and unserious stoner, as the ringleader. Yet Fox repeatedly talked about abandoning or indefinitely delaying the kidnapping scheme, and even when he discussed the logistics it was clear he had no realistic plan: He imagined using boats and a helicopter, for instance, even though he had access to neither.

Several elements of the plot described by the Justice Department seemed to be products of government instigation. During a June 2020 meeting highlighted by the FBI, for example, it was an informant who argued that kidnapping was necessary.

8/20/23, 5:27 PM FBI tactics doomed case against men charged in kidnapping plot of Michigan governor - Chicago Sun-Times

Case 1:23-cv-00761-MN   Document 13-16   Filed 08/23/23   Page 4 of 6 PageID #: 305

**Opinions This Week**

A weekly overview of opinions, analysis and commentary on issues affecting Chicago, Illinois and our nation by outside contributors, Sun-Times readers and the CST Editorial Board

Your email address...

**SIGN UP**

*By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.*

When Fox reported that militia members could not agree on a plan to kidnap Whitmer or suggested that the idea should be put "on the back burner," Chappel continued to promote the scheme. He and the other informants also suggested alternative crimes, such as firing rounds into Whitmer's vacation cottage and destroying her boat.

The informants encouraged, coordinated, assisted or funded various acts that the government cited as evidence of a conspiracy, including the use of encrypted communications, a nighttime drive to Whitmer's cottage that went awry because the FBI gave the wrong address and several "field training exercises," or FTXs.

Although the FBI suggested that abbreviation was familiar to the defendants, Caserta had to ask Chappel what it meant.

The FBI said its informants operated independently, unaware of each other's identities. But audio recordings show they colluded to produce the evidence the FBI wanted. "I am not going to induce any fucking illegal activity that we don't have to," one declared.

These FBI tactics are familiar from earlier investigations. In many terrorism cases, the agency likewise used informants to implicate suspects in crimes they otherwise might not have had the inclination or wherewithal to commit.

"We have a saying in my office," Special Agent Henrik Impola told a confidential informant after the kidnapping suspects were arrested. "Don't let the facts get in the way of a good story."

*Jacob Sullum is a senior editor at Reason magazine.*

Send letters to *letters@suntimes.com*.



Chance the Rapper review: 'Acid Rap' era revived in emotional United Center blowout

Read More

**NEXT UP IN COMMENTARY**

8/20/23, 5:27 PM                    FBI's latest doomed case against men charged in kidnapping plot of Michigan governor - Chicago Sun-Times

Case 1:23-cv-00761-MN   Document 13-16   Filed 08/23/23   Page 5 of 6 PageID #: 306

Is the New York I used to know gone for good?

Federal mask mandate for air travel is over, but wearing one is still the best option

Food delivery apps helped my restaurant survive, thrive

Amazon workers' actions should ignite a labor revolution

Stay close, pull it out late? That's hardly a recipe for Bulls success against Bucks

Drawing fun out of a hat

Ad removed. Details

**MOST READ**

Dear Abby: I'm dating a minister who's kind, loving — and always preaching to me

2 former Chicago police officers charged in $2 million COVID-19 relief fraud

Matt Eberflus leaves door open for rookie Tyson Bagent to be Bears' No. 2 QB

As Friday Morning Swim Club grows, so do safety concerns

Chicago's oldest movie theater, the New 400 Theaters, closes to the public after a century

## Sponsored Content

   

**[Photos] Vintage Ads So Appalling They...**
Show Snob

**Most Windows Users Didn't Know This...**
Safe Tech Tips

**A Game Where Nothing is...**
BuzzDaily Winners

**Taking Metformin? Use This Household...**
Diabetes Can Disappear In 4 Days, Sugar Can...
bloodysugar.online

**THE LATEST**

8/20/23, 5:27 PM FBI's Ladd's doomed case against men charged in kidnapping plot of Michigan governor - Chicago Sun-Times

Case 1:23-cv-00761-MN Document 13-16 Filed 08/23/23 Page 6 of 6 PageID #: 307

**BEARS**

**1st-and-10: To play or not to play? That is no longer the question**

The NFL preseason has devolved so much in recent years that even playing starters in preseason games isn't worth that much. Justin Fields and the Bears' offense will have to grow up quickly once the bell rings against the Packers on Sept. 10 at Soldier Field.

By Mark Potash | Aug 20, 2023, 3:12pm EDT

**MUSIC**

**Chance the Rapper relives the 'Acid Rap' era with emotional United Center blowout**

Saba, DLow, Twista and Vic Mensa among the collaborators joining the Chicago favorite in celebrating the breakthrough mixtape's 10th anniversary.

By Ayana Contreras -WBEZ | Aug 20, 2023, 3:11pm EDT

**NEWS**

**Ron Cephas Jones, 'This Is Us' actor who won 2 Emmys, dies at 66**

'My whole life has been the stage,' said the actor who performed on Broadway and at Chicago's Steppenwolf Theatre.

By Associated Press | Aug 20, 2023, 12:30pm EDT

**BEARS**

**A quarterback in need of growth, Justin Fields should have played Saturday**

The reward of improvement outweighs the risk of injury for the Bears.

By Rick Morrissey | Aug 20, 2023, 11:50am EDT

**CRIME**

**Woman pushed out of window in Uptown, critically wounded**

The woman, 31, was found unresponsive in an alley about 12:30 p.m. in the 4900 block of North Kenmore Avenue.

By Sun-Times Wire | Aug 20, 2023, 11:19am EDT

*

About Us • Get Home Delivery • Work With Us • Media Kit • Terms of Use • Privacy Notice • Cookie Policy • Terms of Sale