# EXHIBIT X

# EXHIBIT X

## Challenged Broadcasts Before July 10, 2022

| # | Broadcast | Date of Broadcast | Paragraph in Complaint |
|---|---|---|---|
| 1 | The Ingraham Angle | October 25, 2021 | ¶ 56a |
| 2 | The Ingraham Angle | October 25, 2021 | ¶ 56a |
| 3 | The Ingraham Angle | October 25, 2021 | ¶ 56a |
| 4 | Tucker Carlson Tonight | December 14, 2021 | ¶ 41 |
| 5 | Tucker Carlson Tonight | December 28, 2021 | ¶ 56b |
| 6 | Tucker Carlson Tonight | January 5, 2022 | ¶ 42 |
| 7 | The Ingraham Angle | January 5, 2022 | ¶ 56c |
| 8 | Tucker Carlson Tonight | January 6, 2022 | ¶ 43 |
| 9 | Hannity | January 10, 2022 | ¶ 56d |
| 10 | Tucker Carlson Tonight | January 11, 2022 | ¶ 44 |
| 11 | Tucker Carlson Tonight | January 12, 2022 | ¶ 45 |
| 12 | Tucker Carlson Tonight | January 12, 2022 | ¶ 45 |
| 13 | The Ingraham Angle | January 13, 2022 | ¶ 56e |
| 14 | Tucker Carlson Tonight | January 21, 2022 | ¶ 46 |
| 15 | Tucker Carlson Tonight | January 31, 2022 | ¶ 47 |

2

| 16 | Tucker Carlson Tonight | June 7, 2022 | ¶ 48 |
|---|---|---|---|
| 17 | The Ingraham Angle | June 16, 2022 | ¶ 56f |