**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JAMES RAY EPPS, SR.**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:23-cv-00761-MN |
| | : | |
| **FOX NEWS NETWORK, LLC,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## NOTICE OF LODGING MULTIMEDIA

PLEASE TAKE NOTICE that on Wednesday, August 23, 2023, Defendant Fox News Network, LLC lodged with the Court a flash drive containing courtesy copies of Exhibits B, C, D, G, K, L, and R (the "Multimedia Exhibits") to the Declaration of Peter H. Kyle, which was filed contemporaneously herewith and contained separate hyperlinks to each of the Multimedia Exhibits.

DATED: August 23, 2023

**OF COUNSEL:**

Patrick F. Philbin
Katherine A. Petti
**ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP**

2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
(310) 274-7100
(310) 275-5697 (Fax)

1155 F Street, NW, Suite 750
Washington, DC 20004
(202) 249-6900
(202) 249-6899 (Fax)
pphilbin@egcfirm.com
kpetti@egcfirm.com

Paul D. Clement
Erin E. Murphy
**CLEMENT & MURPHY PLLC**
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
(703) 997-6207 (Fax)
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com

**DLA PIPER LLP (US)**

 */s/ Peter H. Kyle*
John L. Reed (I.D. No. 3023)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone (302) 468-5700
Facsimile (302) 394-2341
john.reed@dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendant
Fox News Network, LLC*