## CERTIFICATE OF SERVICE

I, Peter H. Kyle, hereby certify that on this 23rd day of August, 2023, I caused a true and correct copy of the multimedia referenced in this Notice to be served upon the following counsel in the manner indicated:

**VIA HAND DELIVERY**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

                                                          */s/ Peter H. Kyle*
                                                          Peter H. Kyle (I.D. No. 5918)