### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00761-MN |
| **FOX NEWS NETWORK, LLC,** | : |
| Defendant. | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Erin E. Murphy, Clement & Murphy, PLLC, 706 Duke Street, Alexandria, Virginia 22314, to represent defendant Fox News Network, LLC in this matter.

Dated: August 24, 2023

**DLA PIPER LLP (US)**

 /s/ *John L. Reed*
John L. Reed (I.D. No. 3023)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
john.reed@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendant
Fox News Network, LLC*

## **[PROPOSED] ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* for Erin E. Murphy is granted.

_____
United States District Court Judge

Dated: _____, 2023