## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Bar of the States of Virginia, Wisconsin, and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, will be submitted to the Clerk's office upon the filing of this motion.

Respectfully submitted,

Dated: August 24, 2023

 */s/ Paul D. Clement*
PAUL D. CLEMENT
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com