# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES RAY EPPS, SR., <br><br> Plaintiff, <br><br> v. <br><br> FOX NEWS NETWORK, LLC, <br><br> Defendant. | C.A. No. 23-cv-761-MN |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Rodney Smolla (Bar No. 6327), 164 Chelsea Street South Royalton, Vermont 05068 as counsel for Plaintiff James Ray Epps, Sr. in this matter.

While I am admitted to the Bar of this Court, I do not currently maintain an office in the District of Delaware. Accordingly, I will not serve as Delaware Counsel in this matter unless I apply for and receive such permission under D. Del. LR 83.5(f)(2), and will remain associated with Delaware Counsel in this matter from the law firm of Farnan LLC, 919 N. Market Street, 12th Floor, Wilmington, DE 19801, including Brian E. Farnan (Bar No. 4089).

Dated: August 30, 2023

Respectfully submitted,

/s/ Rodney Smolla
Rodney Smolla (Bar No. 6327)
164 Chelsea Street
South Royalton, Vermont 05068
(864) 373-3882
rodsmolla@gmail.com

*Attorney for Plaintiff*