# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES RAY EPPS, SR., <br><br> Plaintiff, <br><br> v. <br><br> FOX NEWS NETWORK, LLC, <br><br> Defendant. | C.A. No. 23-cv-761-MN |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Dick J. Baldwin of Zimmerman Booher to represent Plaintiff James Ray Epps, Sr. in this matter.

Dated:  August 31, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff James Ray Epps, Sr.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Utah and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid  X  to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __ to the Clerk's Office upon the filing of this motion.

Date:   August 31, 2023

/s/ Dick Baldwin
Dick J. Baldwin
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, Utah 84111
(801) 924-0200
dbaldwin@zbappeals.com