IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES RAY EPPS, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC,<br><br>    Defendant. | C.A. No. 23-cv-761-MN |

## DECLARATION OF MICHAEL J. TETER

I, Michael J. Teter, hereby declare as follows:

    1.    I am an attorney at Teter Legal LLC, counsel for the plaintiff, and I have personal knowledge of the facts set forth herein.

    2.    Attached hereto as Exhibit A is a true and correct copy of the following: Transcript of Select Committee to Investigate the January 6th Attack on the U.S. Capitol, U.S. House of Representatives, Interview of Ray Epps (Jan. 21, 2022), *available at* https://january6th-benniethompson.house.gov/sites/democrats.january6th.house.gov/files/20220121_Ray%20Epps.pdf.

    I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 5, 2023                              /s/ Michael J. Teter
                                                                             Michael J. Teter