IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00761-MN |
| **FOX NEWS NETWORK, LLC**, | : |
| Defendant. | : |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Defendant Fox News Network, LLC, pursuant to Local Rule 7.1.4, respectfully requests oral argument before the Court in connection with Defendant's Motion to Dismiss (D.I. 11, 12). All briefing on the Motion has been completed (D.I. 11, 12, 20, 22).

DATED: September 18, 2023

**OF COUNSEL:**

Patrick F. Philbin
Katherine A. Petti

**ELLIS GEORGE CIPOLLONE
O'BRIEN LLP**

1155 F Street, NW, Suite 750
Washington, DC 20004
(202) 249-6900
(202) 249-6899 (Fax)

2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
(310) 274-7100
(310) 275-5697 (Fax)

**DLA PIPER LLP (US)**

  /s/ John L. Reed
John L. Reed (I.D. No. 3023)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
(302) 394-2341 (Fax)
john.reed@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendant
Fox News Network, LLC*

pphilbin@egcfirm.com
kpetti@egcfirm.com

Paul D. Clement
Erin E. Murphy

**CLEMENT & MURPHY PLLC**

706 Duke Street
Alexandria, VA 22314
(202) 742-8900
(703) 997-6207 (Fax)

paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com