IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 1:23-cv-00761-JLH |
| | : |
| **FOX NEWS NETWORK, LLC**, | : |
| | : |
| Defendant. | : |

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS OF PATRICK F. PHILBIN

**TO: THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT the law firm affiliation of Patrick F. Philbin, co-counsel for defendant, Fox News Network, LLC, is now as follows:

Patrick F. Philbin
TORRIDON LAW PLLC
1155 F Street, Suite 750
Washington, DC 20004
(202) 249-6900
pphilbin@torridonlaw.com

DATED: January 22, 2024                                  **DLA PIPER LLP (US)**

| | |
|---|---|
| **OF COUNSEL:** |    /s/ Peter H. Kyle |
| | John L. Reed (DE Bar No. 3023) |
| Patrick F. Philbin | Stephanie E. O'Byrne ( DE Bar No. 4446 |
| **TORRIDON LAW PLLC** | Peter H. Kyle ( DE Bar No. 5918) |
| 1155 F Street, Suite 750 | 1201 N. Market Street, Suite 2100 |
| Washington, DC 20004 | Wilmington, DE 19801 |
| (202) 249-6900 | (302) 468-5700 |
| pphilbin@torridonlaw.com | (302) 394-2341 (Fax) |
| | john.reed@us.dlapiper.com |
| Eric M. George | stephanie.obyrne@us.dlapiper.com |
| Katherine A. Petti | peter.kyle@us.dlapiper.com |
| **ELLIS GEORGE LLP** | |
| 2121 Avenue of the Stars, Suite 3000 | |
| Los Angeles, California 90067 | |
| (310) 274-7100 | |
| (310) 275-5697 (Fax) | |
| egeorge@egcfirm.com | |
| kpetti@egcfirm.com | |
| | |
| Paul D. Clement | |
| Erin E. Murphy | |
| **CLEMENT & MURPHY PLLC** | |
| 706 Duke Street | |
| Alexandria, VA 22314 | |
| (202) 742-8900 | |
| (703) 997-6207 (Fax) | |
| paul.clement@clementmurphy.com | |
| erin.murphy@clementmurphy.com | |
| | |
| | *Attorneys for Fox News Network, LLC, and Fox Corporation* |