IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES RAY EPPS, SR., <br><br> Plaintiff, <br><br> v. <br><br> FOX NEWS NETWORK, LLC, <br><br> Defendant. | C.A. No. 23-cv-761-JLH |

### NOTICE OF CHANGE OF FIRM AFFILIATION OF DICK J. BALDWIN

PLEASE TAKE NOTICE that Dick J. Baldwin, counsel to Plaintiff James Ray Epps, Sr., is now affiliated with Parr Brown Gee & Loveless.  His new contact information is:

Dick J. Baldwin
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
(801) 532-7840
dbaldwin@parrbrown.com

Dated: January 25, 2024

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Rodney Alan Smolla (Bar No. 6327)
164 Chelsea Street
South Royalton, VT 05068
(864) 373-3882
rodsmolla@gmail.com

Michael J. Teter (admitted *pro hac vice*)
TETER LEGAL
4055 S. 700 East, Suite 205
Salt Lake City, UT 84107
(202) 796-6619
michael@teterlegal.com

Dick J. Baldwin (admitted *pro hac vice*)
PARR BROWN GEE & LOVELESS
101 SOUTH 200 EAST, SUITE 700
SALT LAKE CITY, UT 84111
(801) 532-7840
dbaldwin@parrbrown.com

*Attorneys for Plaintiff James Ray Epps, Sr.*