IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES RAY EPPS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 23-761-JLH |
| FOX NEWS NETWORK, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons announced from the bench today, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim (D.I. 11) is GRANTED.

2. Any request for leave to amend must be made within 14 days, unless otherwise agreed to by the parties and ordered by the Court.

Dated: November 27, 2024

_____
Honorable Jennifer L. Hall
United States District Judge