

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

John L. Reed
john.reed@us.dlapiper.com
T  302.468.5635
F  302.397.2143

December 19, 2024

*VIA CMECF AND HAND DELIVERY*

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

      Re:    *Epps v. Fox News Network, LLC*
               C.A. No. 1:23-cv-00761-JLH

Dear Judge Hall,

We are writing in response to the Court's Order entered on December 16, 2024.  Defendant Fox News Network, LLC ("Fox") does not oppose the Court granting Plaintiff leave to file an Amended Complaint on the understanding that permission to amend will be without prejudice to Fox's ability to argue that the amendments are futile and without prejudice to Fox's ability to address the deficiencies in the Amended Complaint in the context of a motion to dismiss for failure to state a claim.  (D.I. 30.)

In light of the Court's Order, and in anticipation of proceeding by motion to dismiss the Amended Complaint, counsel for Fox has consulted with counsel for Plaintiff concerning the schedule for such a motion.  Plaintiff has consented to a due date of January 10, 2025, for such a motion.  A stipulation reflecting the parties' request for the Court to set a deadline of January 10, 2025 is being filed contemporaneously with this letter.

In addition, given that Plaintiff has added 19 pages to the complaint, counsel for Fox has consulted with counsel for Plaintiff about a short, five-page extension for Fox's anticipated motion to dismiss.  Fox believes that the amendments fail to cure the defects the Court identified in the original Complaint, but to ensure sufficient space to respond in detail to the new material, a short page extension is warranted.  The Parties' request for the Court to grant a five-page extension is also reflected in the stipulation being filed today.



The Honorable Jennifer L. Hall
December 19, 2024
Page Two


Respectfully Submitted,

*/s/ John L. Reed* (I.D. No. 3023)

John L. Reed
JLR:cg
Enclosure
cc:     Brian E. Farnan, Esq. (*via CM/ECF*)
        Michael J. Farnan, Esq. (*via CM/ECF*)