## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JAMES RAY EPPS, SR. | Case No. 23-cv-761-JLH |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| FOX NEWS NETWORK, LLC, | |
| Defendant. | |

## <u>AMENDED COMPLAINT</u>

1.      In the aftermath of the events of January 6th, Fox News searched for a scapegoat to blame other than Donald Trump or the Republican Party. Eventually, they turned on one of their own, telling a fantastical story in which Ray Epps—who was a Trump supporter that participated in the protests on January 6th—was an undercover FBI agent and was responsible for the mob that violently broke into the Capitol and interfered with the peaceful transition of power for the first time in this country's history.

2.      Fox's role in creating and disseminating destructive conspiracy theories has already been well documented. Perhaps most notoriously, in the days following the 2020 presidential election, Fox broadcast, amplified, and endorsed false claims about a rigged election.

3.    The chief villains in Fox's story were two voting machine companies: Dominion Voting Systems and Smartmatic.

4.    Fox recklessly disregarded the truth—ignoring independent audits, hand recounts, bipartisan election officials, election security experts, judges, and Republican officials—and persisted in sticking to the false narrative.

5.    Behind the scenes—away from the red light of rolling cameras—executives, producers, and on-air personalities rejected as preposterous and crazy the claims that Fox was feeding its viewers. But in front of the camera, Fox continued with the lies.

6.    The power of Fox's megaphone turned Dominion and Smartmatic into household names and led to the companies' employees being harassed and leaving the companies to suffer significant economic harm.

7.    The lies that Fox told were heard by Ray and Robyn Epps, loyal Fox viewers and fans of Tucker Carlson and other Fox personalities.

8.    Ray and his wife Robyn voted for Donald Trump in 2016 and in 2020.

9.    From the stories they heard on Fox and from their own experiences, Ray and Robyn believed that the 2020 election had been stolen from Donald Trump.

10.    Ray and Robyn were persuaded by the lies broadcast by Fox asserting that the election had been stolen to exercise their perceived responsibilities as patriotic citizens to gather in the nation's Capitol on January 6, 2021 to "stop the steal."

11.    Ray and Robyn decided that Epps should attend the January 6, 2021 rally to protest what they were concerned was a rigged election.

12.    Epps flew to Washington, DC on January 4, 2021.

13.    He proudly wore his red Trump hat throughout Washington D.C., and on January 5th and January 6th he vocally supported and encouraged peaceful protests.

14.    The events of January 6, 2021 are well-known. Some of the attendees of the January 6th rally attacked the Capitol, violently gaining entrance to the building and stopping the electoral vote counting that was underway.

15.    Reports indicate that 120,000 people attended the Stop the Steal rally on January 6th.

16.    Reports indicate that of those 120,000 attendees, as many as 2,500 illegally entered the Capitol building.

17.    Having promoted the lie that Joe Biden stole the election, having urged people to come to Washington, DC, and having helped light and then pour gasoline on a fire that resulted in an insurrection that interfered with the peaceful transition of power, Fox needed to mask its culpability. It also needed a narrative that did not alienate its viewers, who had grown distrustful of Fox because of its perceived lack of fealty to Trump.

18.    At first, Fox and its on-air personalities sought to blame Antifa for the attack.

19.    As information about the rioters circulated, that false narrative became too easily disproven.

20.    Still, just as Fox had focused on voting machine companies when falsely claiming a rigged election, Fox knew it needed a scapegoat for January 6th that would help absolve itself and would appeal to its viewers. It settled on Ray Epps and began promoting the lie that Epps was a federal agent who incited the attack on the Capitol:



21.    And with that, Fox, and particularly Mr. Carlson, commenced a years-long campaign spreading falsehoods about Epps. Those lies have destroyed Ray's and Robyn's lives. As Fox recently learned in its litigation against Dominion Voting Systems, its lies have consequences.

## PARTIES AND RELEVANT NON-PARTIES

22.    Plaintiff James Ray Epps, Sr. ("Ray," "Ray Epps," or "Epps") and his wife Robyn Epps are a married couple who resided in Arizona during the relevant period until May 2022, when they moved to the State of Utah, where they currently reside. All special damages—including the costs incurred living and hiding in Utah, security measures, and attorney fees stemming from the Fox's conduct— were incurred while Epps was domiciled in the State of Utah. Similarly, significant general damages, including pain and suffering, have also been incurred while Epps was domiciled in the State of Utah.

23.    Defendant Fox News Network, LLC ("Fox") has overseen the "most-watched" cable news network in America for multiple years running[1]. The company was formed and is organized under the laws of Delaware and has its principal place of business in New York. It is wholly owned by Fox Corporation, a Delaware corporation also headquartered in New York. Fox operates the Fox News Channel, the Fox Business Channel, Fox News Radio, and Fox News Digital, which includes the fox.com, foxnews.com, and foxbusiness.com websites, Fox's social media accounts, and Fox's digital subscription services, such as Fox Nation, which it refers to collectively as "Fox News Media." The Fox News and Fox

---

[1] Fox Annual Report (2022), https://investor.foxcorporation.com/static-files/1ed7c450-e52a-4259-8631-80db9e79be32.

Business Channels are available in over 70 million American households.[2] Fox repeatedly published defamatory falsehoods about Epps, including by broadcasting and rebroadcasting defamatory statements by Tucker Carlson—who devoted over two dozen segments to Epps—and by republishing those falsehoods across Fox's websites, social media accounts, and subscription service platforms. Through this effort, Fox's lies reached tens, if not hundreds, of millions of people outside of Fox's regular viewership through further republication by others on social media.

24.    Until April 2023, Tucker Carlson was a Fox News personality and the host of Fox's *Tucker Carlson Tonight*. At all relevant times, Mr. Carlson was an agent for Fox. Further, through its course of conduct and statements made following Mr. Carlson's removal from *Tucker Carlson Tonight*, Fox has revealed some information about the contractual relationship between Fox and Mr. Carlson. According to Fox's general counsel, quoting the contract, "[p]ursuant to the terms of the Agreement, Mr. Carlson's 'services shall be completely exclusive to Fox'" and that Mr. Carlson is "prohibited from rendering services of any type whatsoever, whether 'over the internet via streaming or similar distribution, or other digital distribution whether now known or hereafter devised.'" Thus, on information and belief, Mr. Carlson was operating under the terms of his contract

---

[2] *Id.*

and within the scope of his employment when he appeared even on non-Fox programs.

25.     Fox removed Mr. Carlson from his on-air duties in late April 2023, and it has been reported that one basis for Fox's decision rested on Mr. Carlson's defamatory attacks on Epps and Mr. Carlson's purported desire to continue to embrace, promote, and amplify the lies about Epps.

26.     News reports indicated that Mr. Carlson broadcast his show from his home in Maine, where Fox had built him a studio in a barn on his property. Further, news reports stated that once Fox removed Mr. Carlson from his on-air duties, Fox dismantled the studio that it had built from which he broadcast his show. On information and belief, therefore, Mr. Carlson's show was broadcast from Maine, not from New York.

## FACTUAL ALLEGATIONS

27.     Epps is a poorly cast villain for Fox and Mr. Carlson. Prior to 2022, Epps had consistently voted Republican. He is a former Marine who voted for Donald Trump twice. He was an avid and loyal Fox viewer and a fan of Mr. Carlson's. When Fox, through its on-air personalities and guests, told its audience that the 2020 election had been stolen, Epps was listening. He believed Fox. And when Epps kept hearing that Trump supporters should let their views be known on January 6th in Washington, D.C., Epps took that to heart.

28.     At first, Epps didn't think that he could attend the Stop the Steal Rally. He and his wife, Robyn, owned and operated a profitable wedding venue business on their property in Arizona, and December and January are extraordinarily busy times for outdoor wedding venues in Arizona's pleasant winter climate. However, when Robyn learned that their son, Jim (also a Fox viewer and Trump supporter) would be attending the Stop the Steal Rally, she insisted that Epps go as well. She purchased Epps's plane ticket on January 1, 2021, and reserved him a rental car that same day.

29.     Receipts document this, but so do the text messages between Robyn and Jim:



30.    Epps arrived in Washington, D.C. late in the day on January 4th and spent

the next day touring Virginia with his son and his son's friend. It was a special trip

for Epps, as he showed Jim where their ancestors had settled centuries earlier:



31.     After a day of sightseeing, Epps, Jim, and Jim's friend returned to DC. Epps

went back to his hotel while Jim and his friend went out exploring. Later that night,

Jim and his friend called Epps and told him about Trump supporters becoming

confrontational with police and Black Lives Matter protestors. Epps decided to see

if he could help calm the situation because, according to Epps, "Marines are

always in the front." When Epps arrived at the scene, a half dozen or so Trump

supporters among a larger group were yelling at police and highly agitated. The

lead provocateur was someone Epps would later learn called himself Baked

Alaska.

32.     Epps engaged with Baked Alaska, who, unbeknownst to Epps, was

livestreaming the encounter—his regular modus operandi. Based on his

observations of Baked Alaska that night, Epps believed Baked Alaska was seeking

to incite violence against the police, calling the officers names and telling them and

the crowd that the police had broken their oath. Epps challenged him, telling Baked

Alaska and the crowd that attacks on the police and violence were not what their

effort was about. As Baked Alaska began to turn the crowd of a dozen or so Trump

supporters against him, Epps sought to prove that he was on their side so that he

could deescalate the situation—to find common ground with them. He said, "I'm

probably gonna go to jail for this. Tomorrow, we need to go into the Capitol.

Peacefully." At that time, Epps believed that the Rotunda was open to the public,

like it had been when he visited Washington, DC with his father a decade earlier. Nevertheless, Baked Alaska responded by chanting "Fed, fed, fed," which a few others in the crowd joined.

33.    The next morning, Epps attended the rally and President Trump's speech. There, he learned that the crowd planned to march to the Capitol after President Trump and others delivered speeches on the Ellipse. To his disappointment, he could not hear most of the speeches because he was positioned near someone spreading the gospel through an amplified sound system. Believing that the time had come to protest the election results at the Capitol where the results were about to be certified by Congress, Epps and others began directing people towards the Capitol.

34.    When Epps arrived at the Capitol, he made his way to the barricades separating protestors from police, because again, "Marines are always in the front." Epps sought to diffuse the situation. When agitators started to become more riled up, he tried to calm them.

35.    One video shows Epps speaking with a protester named Ryan Samsel at the first barricade, just before Mr. Samsel helped to breach it. When the FBI interviewed Mr. Samsel in January 2021—before Fox spread lies about Epps and before Mr. Samsel had any reason to lie about his interaction with Epps—Mr.

Samsel informed the FBI that Epps told him, "Relax, the cops are doing their job."
Mr. Samsel's statement to the FBI was known to Fox in or around May 2022.

36.     Unsurprisingly, now that Fox has concocted and promoted lies about Epps,
and as Mr. Samsel prepares to face a trial in his own criminal prosecution, Mr.
Samsel has changed his story in hopes of capitalizing on Fox's lies, falsely
claiming that Epps instructed him about how to push through the barricades. Not
only have Fox's lies caused severe harm to Epps and Robyn, but they have also
turned Epps into a character in a cartoonish conspiracy theory used by criminal
defendants in a desperate attempt to avoid responsibility for their behavior on
January 6th.

37.     Despite Epps's attempts to calm those around him, the crowd pushed
through the barricades and rushed toward the Capitol.

38.     After Mr. Samsel and others broke down the barricades, Epps followed and
continued attempting to diffuse the situation. After some in the crowd used a
Trump sign as a battering ram, Epps asked police officers if it was acceptable for
the protestors to be on a step below the police line. And when the police said it
was, Epps patrolled that line, telling anyone who stepped up, to step back. He
regularly reminded the Trump supporters to be respectful of the police and was
even captured on bodycam videos (that Mr. Carlson gained access to) telling the
police that he appreciated them.

13

39.    At one point, a person in the crowd had a medical emergency. Given his EMT training, Epps rushed to help. He, along with a current EMT, helped bring the man out of the crowd to safety. After the man no longer needed assistance, Epps looked back at the Capitol and saw people advancing and climbing the scaffolding and walls. He was shocked and disappointed. He had concerns about the election and believed it was his duty as a citizen to participate in the protest. But he did not believe violence was appropriate. He left the Capitol grounds and began the long walk back to his hotel.

40.    The next day, Epps flew back to Arizona. On January 8, 2021, Epps's brother-in-law informed him that the FBI's website had posted a photograph of Epps, indicating that it was seeking information about him. Within minutes, Epps was on the phone with the FBI, providing his name and information. Four days later, Epps retained an attorney. In March, the FBI met with Epps and then later also met with Jim. In or around July 2021, the FBI removed Epps's picture from its website.

41.    That should have been the end of the matter for Epps. No one in the public had heard his name. No one in the public knew anything about him. That changed, though, when Fox—and specifically Mr. Carlson—decided that Epps was the villain they needed to distract from the Dominion lawsuit and their culpability for stoking the fire that led to the events of January 6th.

42.     Mr. Carlson took up Baked Alaska's cry and began promoting the idea that the FBI was responsible for January 6th in his series *Patriot Purge*, which Fox released on its streaming service. Fox promoted *Patriot Purge* by stating that Mr. Carlson would explore the "truth" behind the Capitol riots on January 6.

43.     Since then, Mr. Carlson has become fixated on Epps.

44.     Mr. Carlson's spreading false and unfounded lies about Epps prompted the United States House Select Committee on the January 6th Attack on the United States Capitol ("January 6th Committee") to interview Epps under oath, review the evidence, and put out a statement confirming that Epps was not a federal agent.

45.     On December 14, 2021, Mr. Carlson questioned the January 6th Committee's dismissal of his Epps conspiracy and attacked former Rep. Liz Cheney (R-WY).  [Fox News, *Tucker Carlson Tonight*, 12/14/21]

46.     On January 5, 2022, Mr. Carlson stated: "Oh, be sure to check the F.B.I. website. They are posting photos and not of people who actually work for them who were there that day. They're not only posting photos, they're taking them off the site, including the most wanted list. Remember Ray Epps?" [Fox News, *Tucker Carlson Tonight*, 1/5/22]

47.     On January 6, 2022, Mr. Carlson stated about Epps: "Again, this is not a conspiracy theory. It's a legitimate question. Why won't they answer it?" [Fox News, *Tucker Carlson Tonight*, 1/6/22]

48.     On January 11, 2022, Mr. Carlson told viewers that Epps was "the central figure" in the January 6th riot. [Fox News, *Tucker Carlson Tonight*, 1/11/22]

49.     On January 12, 2022, Mr. Carlson claimed Epps "helped stage-manage the insurrection" and said that Rep. Adam Kinzinger (R-IL) is "withholding critical information from the public." [Fox News, *Tucker Carlson Tonight*, 1/12/2022]

50.     On January 21, 2022, Mr. Carlson told viewers the January 6th Committee is clearly "lying about Ray Epps." [Fox News, *Tucker Carlson Tonight*, 1/21/22]

51.     On January 31, 2022, Mr. Carlson defended the Canadian truckers against accusations of racism and suggested that a man attending with a Confederate flag could be a "Ray Epps"-style government plant to discredit the trucker protest. [Fox News, *Tucker Carlson Tonight*, 1/31/22]

52.     On June 7, 2022, Mr. Carlson said if the January 6th Committee wanted to know what happened that day, they should talk to Epps "and various FBI informants." [Fox News, *Tucker Carlson Tonight*, 6/7/22]

### STATEMENTS GIVING RISE TO LIABILITY

53.     On July 13, 2022, Mr. Carlson had as his guest Julie Kelly, author of the book, *January 6: How Democrats Used the Capitol Protest to Launch a War on Terror Against the Political Right*. In the segment, Mr. Carlson indicated that the U.S. military was concealing information found through the congressional

investigation on January 6th to hide information about Epps. The full transcript of

the segment is provided below, a copy of which is attached as Exhibit A:

> TUCKER CARLSON (HOST): When ideologues get power, they waste no time. Their aggression has no limits. They change as much as they can as quickly as they can while they have power. That's what's happening right now. That's why it's so hard to keep up with everything that's changing. Here's a story you probably haven't heard. Adam Schiff, congressman from California, now proposing an amendment to the National Defense Authorization Act that would hide any information collected by the U.S. military for use in congressional investigations.
>
> That would include information about Afghanistan, vaccine mandates, and January 6th. Now, why would the U.S. military be collecting information about January 6th? Huh? Not really their job. But that would include information about, for example, Ray Epps, the mysterious man who urged people to storm the Capitol on January 5th and 6th and has never been indicted. Really? And just in case you already had suspicions about Ray Epps, you should know there was a glowing profile of him today in the New York Times. The title of the piece was "How Ray Epps became the victim of a January 6th conspiracy theory."
>
> This guy was on camera repeatedly telling people to storm the Capitol. A lot of other people who did that are still in jail. But Ray Epps is not. But it's a conspiracy theory. No one has covered this story more faithfully, more precisely, more doggedly than Julie Kelly. She's the author of January 6th, how the Democrats used the Capitol protest to launch a war on terror against the political right. Julie Kelly joins us now. Julie, thanks so much for coming on. So first to this amendment to the National Defense Authorization Act, I think the vote's tomorrow, by Adam Schiff. What is this exactly?
>
> JULIE KELLY (GUEST): Well, you know since Adam Schiff's name is attached to it that it's nothing good. It's not like he is a transparency champion for good government. He is a cover-up artist for bad government. So to your point, what this means is that he is trying to stick this into this massive bill that will enable the Department of Defense under Joe Biden to conceal information collected related to really anything that the Defense

Department has been involved in, especially related to domestic law enforcement, which we know is already unlawful. So this is very sketchy. I've talked to military experts, including attorneys. They're not sure what this means, but we know since, as I said with Adam Schiff's name attached to it, it can be up to no good except to act in service to cover up things that the American public deserve to know.

TUCKER CARLSON: The U.S. military is not allowed to be involved in any way, even the most minor way involved in domestic politics, period, ever, under no circumstances. So this suggests the U.S. military under Joe Biden is involved in domestic politics.

JULIE KELLY: Well, we also know, Tucker, from reporting by Newsweek, a bombshell article earlier this year that said that military assets were involved in January 6th, even leading up to the events of January 6th. What was the military doing? They can't collect domestic intelligence. They can't, as you just said, act as local cops or law enforcement. So what were these military assets doing? And we know that the military was fully hostile to Donald Trump. His own military leaders, including Mark Milley, were completely hostile to the president at that point. So this looks like a way to obscure materials, documents, records, communications from any congressional inquiry. It also relates to criminal, ongoing criminal proceedings, which could relate to January 6th prosecutions. So it did pass, and it is embedded in this massive bill. Hopefully Republicans will do some more digging and ask what this is all about.

TUCKER CALSON: They should do something. This is their job. Meanwhile, Ray Epps, the one insurrectionist the New York Times likes, we should know about that much more than we know. Julie Kelly, great to see you tonight. Thank you.

JULIE KELLY: Thanks, Tucker.

[Fox News, *Tucker Carlson Tonight*, 7/13/22]

54.    The average reasonable viewer of this broadcast understood the "gist and

sting" of the broadcast, considered in its entirety, as communicating a fact that

Epps was a federal agent planted to encourage supporters of Donald Trump to go

into the Capitol building on January 6 and that the military was protecting him

from being outed in this role.

55.    On July 14, 2022, Tucker Carlson had as his star guest Darren Beattie.



From the July 17, 2022, edition of Fox News' *Tucker Carlson Tonight*

Beattie was the principal person driving the false story that Epps was a federal

agent planted as a provocateur to trigger the Capitol violence on January 6th.

Beattie had advanced this theory on his own conspiracy website, *Revolver*.  Here is

a transcript of that entire broadcast segment, a copy of which is attached as Exhibit

B:

> TUCKER CARLSON (HOST): Darren Beattie is one of
> the reasons this piece was first written. He's the editor of
> Revolver News, which published the first stories about
> Ray Epps. Obviously, The New York Times is very
> worried about his reporting. We're happy to have him
> join us tonight. Darren, thanks so much for coming on.
> What do you make of this?
>
> DARREN BEATTIE (GUEST): Well, it's pretty
> remarkable. I mean, just let's take all of this in. The one

person caught repeatedly urging people into the Capitol as early as January 5th is the one person of all of the January 6th riot participants that The New York Times just happens to write this ultra sympathetic puff piece for. It's—it's quite remarkable.

And to look at the piece itself. As you suggested in your—in your intro, there are some real glaring omissions from a journalistic standpoint to have access to this guy. Number one, in the entire piece, there is no blanket explicit denial on the part of Epps to have been associated with any intelligence group—DHS, JTTF, military intelligence, so forth; just reiterates his very legal denial of being involved with law—law enforcement.

Number two, the piece describes Epps as a Trump supporter. He just went to went to D.C. to defend Trump and to attend the speech on a last-minute thing with his son—to attend Trump's speech on election fraud. The only thing is Epps didn't attend the speech. Epps travels all the way from Arizona to D.C., this big Trump supporter, and he doesn't even attend the speech. Instead, he fixates on this bizarre mission to get everyone to go into the Capitol. And by the way, he just happens to be hanging out right by the initial breach point near the Peace Monument on the west side of the Capitol before the Proud Boys even get there.

And thirdly, where did Ray Epps get this idea? This whole piece doesn't explore that question at all. Here is the one person calling for everyone to go in. Where did you get that idea, Ray Epps? Did it occur to you out of nowhere did someone tell you to do it? This piece, shockingly, does not explore that question at all, which is the paramount question that's really the animating—the alleged animating focus of the January 6 committee.

So this is so dirty. Ray Epps' behavior was so egregious that he was one of the first 20 on the FBI's most wanted

list. He was featured as a star in The New York Times'
own documentary on January 6. And now he's un-
arrested, unindicted, and he's the only January 6 rioter
about whom Adam Kinzinger has nice things to say, and
The New York Times is writing puff pieces about.

He's the smoking gun of the entire fed-surrection.

CARLSON: And they go crazy when you ask simple
questions like, what was the role of federal law
enforcement or the military in this day? And it's been our
experience that when they won't answer a question and
call you names for asking it, maybe there's something
there. I appreciate your pulling this thread relentlessly,
Darren Beattie. Thank you.

56.    Average viewers of this broadcast understood the "gist and sting" of the

broadcast, considered in its entirety, as communicating as a fact that Epps was a

federal agent planted to encourage supporters of Donald Trump to go into the

Capitol building on January 6th—the core false and defamatory allegation upon

which this Complaint by Epps against Fox is predicated.

57.    On January 6, 2023, Mr. Carlson again focused on Epps and included this

image, which itself constitutes a defamatory statement:



58.    The transcript from the January 6, 2023 segment, attached as Exhibit C,

reads:

> TUCKER CARLSON: Nor does anyone in authority
> want to talk about Ray Epps. Ray Epps, of course, is the
> man who was caught on tape encouraging the crowd
> outside the Capitol both on January 5th and 6th to
> commit felonies by rushing inside. Now what's
> interesting is that the January 6th Committee under
> public pressure did in the end interview Ray Epps. Now
> we don't have all of the Committees records about that
> interview. We should, but we don't. But some have been
> released and what they tell is a remarkable story. In the
> testimony we have, the Committee coaches Ray Epps on
> how to answer questions about his involvement. Quote, I
> was in the front with a few others. I also orchestrated it. I
> helped get people there. End quote. Now Epps admitted
> that in a text message to a relative on January 6th. He's
> admitting crimes. He's never been even charged for those
> crimes, but what's so fascinating is that when those facts
> came up in his interview with the Committee, someone
> on the Committee responds this way—and we're quoting:
> "I just want to understand a little more your use of the
> word orchestrated. It sounds to me like at this point when
> you sent this text you had turned away in part because of
> seeing some things that you didn't agree with. Is that
> right? Like when you sent this you were already on your

way from the Capitol because of concerns of people taking it in a different direction?" [Fake laughter] Is that the most leading question ever asked in the history of a congressional hearing? Probably. And the whole interview goes on like this. Keep in mind Ray Epps is one of the only people caught on camera that day encouraging others to break the law. He's one of the only ones. And yet he's never been charged and the January 6th Committee was on his side. Why was the Committee and its members working so hard to help Ray Epps? Now, in his interview with the Committee, Ray Epps said he didn't work for law enforcement. Law enforcement in a very specifically worded answer clearly thought through ahead of time. The question is, did Ray Epps work or have any contact with any government agency? Did he talk about January 6th before it happened with any employee of the U.S. government? We don't know. We do know that two years after January 6th, long after an awful lot of other people have gone to jail for walking around the Capitol building, Ray Epps is still a free man. He's never been charged, much less imprisoned in solitary confinement like so many others. Why is that? Well, let's just stop lying. At this point, it's pretty obvious why that is. But, of course, they're still lying about it.

59.    Average viewers of this broadcast understood the "gist and sting" of the

broadcast, including the image of Epps, considered in its entirety, as

communicating as a fact that Epps was a federal agent planted to encourage

supporters of Donald Trump to go into the Capitol building on January 6—the core

false and defamatory allegation upon which this Complaint by Epps against Fox is

predicated. Mr. Carlson also falsely claimed that Epps was encouraging others on

January 6th to storm the Capitol, and used imagery on screen of Epps talking to

Ryan Samsel, who had informed authorities that Epps tried to calm him down and told him, "Relax, the cops are doing their job."

60.    On March 6, 2023, Mr. Carlson interviewed Congressman Tom Massie. The transcript from that show is attached as Exhibit D. During that broadcast, Rep. Massie and Mr. Carlson said the following:

> MASSIE: Let's watch the videos and let's see what they did, because there are some really strange behavior on those videos of people behind the police lines in plain clothes, like touching them on the shoulder, talking in their ear, walking up around boundaries, as if they weren't even there. It's very odd. I'm the one who asked Merrick Garland, I showed him the tape of Ray Epps. The Democrats didn't like it. I had to show it on an iPad for Merrick Garland to watch it and then he refused to say how many Feds were there. But that was also in the Rasmussen poll, 57 percent of Democrats think that it is at least somewhat likely that Feds, agents of the Federal government, were not just there, but were also encouraging people to riot or go into the Capitol.

> CARLSON: It's very clear from the footage that our producers bravely slogged through for three weeks and God bless them for doing it that that's exactly right. That Federal agents encouraged the violence that day. We are just a TV show and we can't show people without proof of who they really were, but I agree with your assessment completely.

> MASSIE: Right.

> CARLSON: That obviously happened. Congressman Thomas Massie of Kentucky, thank you so much for coming on. Appreciate it.

> MASSIE: Thanks, Tucker for getting this out there.

> CARLSON: Of course.

61.    Prior to introducing Rep. Massie, Mr. Carlson said the following:

> CARLSON: The January 6 Committee had access to this very same tape and watched much of it. But as we're about to show you, Committee members

lied about what they saw and then hid the evidence from the public, as well as from January 6 criminal defendants and their lawyers. That is unforgivable.

Whatever you think of Speaker Kevin McCarthy, he rectified that crime, and we are grateful that he did. Before we show you the tape, a few words on the process. Our producers had unfettered access to the Capitol surveillance video. Neither the Speaker's Office nor our bosses at FOX News interfered in any way with our investigation.

Of the 40,000 or so hours of tape, most of it turned out to be irrelevant - - static shots of empty rooms, in some cases far from the Capitol itself. To find relevant videotape, our producers were given use of Capitol computers with advanced mapping software. That made it easy to find what we were looking for. What we didn't have was access to facial recognition software, and that was significant.

For more than two years, we have wondered why some in the crowd that day who seemed to be inciting violence were never indicted for it. We assumed these were Federal agents of some sort. We still assume that.

And in fact, there were many examples of behavior we saw in those tapes that didn't seem to make sense: Men in civilian clothes holding doors open for protesters, escorting others through the Capitol, et cetera. We would love to know who these people were, but as of tonight, we don't know and because we don't know, we're not going to put their faces on the screen and suggest they were Federal agents. That would be irresponsible.

62.    By stating that he would not show the faces of those he was uncertain about, average viewers of this broadcast would understand Mr. Carlson's "gist and sting" to be asserting a fact about Epps: that he was a federal agent who incited the January 6th insurrection.

63.    On March 11, 2023, Mr. Carlson appeared on the *Redacted* podcast that is hosted by former Fox personality Clayton Morris and spoke about the work that he

and Fox producers did in reviewing footage from January 6th. Mr. Carlson stated, "A lot of this was clearly influenced by federal agents or informants. It was, ok? But I did not want to suggest someone was a federal agent or informant unless I knew for a fact because you really could get someone in trouble. Right? If you're like, this was the guy, and like, we don't know. I do know for, I mean it's very clear, something very strange is going on with Ray Epps, we've named him repeatedly, we've invited him on the show repeatedly. I mean don't lie to my face, the Ray Epps thing isn't, isn't organic, sorry…Ray Epps clearly was working for somebody. He was not a pure civilian." [*Redacted*, 3/11/23]

64.    The *Redacted* podcast was video recorded. During the podcast, Mr. Carlson was identified as the host of Tucker Carlson Tonight. In addition, while Mr. Carlson was speaking, the *Redacted* podcast shared video from Fox. The following photo is a screenshot directly from the *Redacted* podcast with Mr. Carlson:



65.    On information and belief, by appearing on the *Redacted* podcast, Mr.

Carlson was providing a service and "[p]ursuant to the terms of [Mr. Carlson's

contract with Fox], Mr. Carlson's 'services shall be completely exclusive to Fox.'"

Thus, on information and belief, Mr. Carlson was operating under the terms of his

contract and within the scope of his employment when he appeared on the

*Redacted* podcast.

### THE STATEMENTS WERE ONES OF FACT, NOT OPINION

66.    Mr. Carlson made clear to his audience that he was not offering an opinion,

but fact. As he stated as recently as March 11, 2023:

> A lot of this was clearly influenced by federal agents or
> informants. It was, ok? But I did not want to suggest
> someone was a federal agent or informant unless I knew
> for a fact because you really could get someone in
> trouble. Right? If you're like, this was the guy, and like,

27

> we don't know. I do know for, I mean it's very clear,
> something very strange is going on with Ray Epps, we've
> named him repeatedly, we've invited him on the show
> repeatedly, I mean don't lie to my face, the Ray Epps
> thing isn't, isn't organic, sorry.

67.    In other words, Mr. Carlson was bluntly telling his viewers that it was a fact

that Epps was a government informant.

68.    The common usage of the words and images used by Fox conveyed factual

statements that Epps was a federal agent who incited the January 6th insurrection.

69.    Additionally, when labeling Epps "Fed Epps," the image displayed on Mr.

Carlson's January 6, 2023 broadcast included no question marks or other

indications it was a statement of opinion or a question for debate.

70.    In advance of discussing Epps, Mr. Carlson regularly told his viewers that he

was providing them news, not opinion. For example, on July 14, 2022, he said: "So

for weeks, as you know, that January 6 Committee has been holding hearings.

They've been widely covered on the other channels. We haven't seen the news

value in them. But there is a bit of news to emerge from that story, and we want to

get to it now." Thus, he was informing viewers that he was presenting them news,

not mere commentary or opinion. He then introduced the segment with Darren

Beattie, discussing Epps.

71.    On March 6, 2023, before discussing Epps, Mr. Carlson said: "So, before

airing any of this video, we checked first with the Capitol Police. We're happy to

say their reservations were minor and for the most part, they were reasonable. In the end, the only change that we made was in blurring the details of a single interior door in the Capitol Building. You're unlikely even to notice it when we show you, and we are confident it does not affect our reporting." In other words, Mr. Carlson indicated he was acting as a reporter, not a commentator and was therefore reporting news, not delivering opinion.

72.    Further, by stating that the January 6th Committee was lying about whether Epps was a federal agent who inciting the insurrection, Mr. Carlson was informing his viewers that the false assertions about Epps were not matters of opinion, but were objectively verifiable factual assertions, about which it was possible for the January 6th Committee to be "lying."

73.    In addition, Mr. Carlson's show was provided with exclusive access to 40,000 hours of undisclosed security tapes by Speaker McCarthy, demonstrating that it was reporting news.

74.    Mr. Carlson's viewers also understood Mr. Carlson's statements as assertions of fact, not mere opinion or commentary. And they believed him, as shirts being sold online by individual creators calling for the arrest of Epps and advancing the narrative that he was a government provocateur show:











As well as songs posted about Epps, which refer to him as a federal agent who instigated the attack on the Capitol:



The Ray Epps Song



The Ballad of Ray Epps - "But Ray Epps Did Not Work for Them!" January 6th Insurrection Folk Song!

75.    Fox and Mr. Carlson knew the story they were pushing about Epps was a lie.

**FOX RELIED ON FALSE STATEMENTS OF FACT AND FAILED TO FULLY DISCLOSE FACTS UNDERLYING ITS STATEMENTS ABOUT EPPS**

76.    To make the factual assertion that Epps was working for the FBI, Mr. Carlson relied on distorted and selectively edited videos, combined with an untruthful voiceover and a false or misleading chyron.

77.    In February 2023, House of Representatives Speaker Kevin McCarthy granted Mr. Carlson access to tens of thousands of hours of security and surveillance videos from the January 6th attack.

78.    Mr. Carlson then returned to the airwaves to continue to lie and mislead about Epps. Among the footage available to Mr. Carlson was bodycam video that fully and conclusively supported Epps's statements that he was acting to deescalate the crowd and contradicted the fantastical conspiracy theory promoted by Mr.

31

Carlson.

79.    Even as he would refer to the tens of thousands of hours of video that his producers went through, Mr. Carlson, however, did not present his viewers with these videos that directly contradicted the fiction he had been promoting.

80.    Not only were Mr. Carlson's statements about Ray false assertions of an objectively verifiable fact, they were often also based on false or undisclosed facts.

81.    Specifically, Mr. Carlson did not disclose any facts underlying his comments from the July 13, 2022 broadcast in which he suggested that the U.S. military was protecting Epps by collecting and concealing information about his conduct on January 6th. Mr. Carlson did not explain the basis for asserting that the U.S. military had collected information about the events of January 6th generally or Epps specifically, nor did he disclose any basis for his assertion that the military was concealing that information.

82.    In addition, Mr. Carlson did not disclose the facts underlying his statements on March 6, 2023 or March 11, 2023, that he would not name someone or show the face of someone unless he was sure they were a federal agent, while showing Epps's face and naming him.  Specifically, Mr. Carlson did not disclose the basis for his assertion that he knew "for sure" that Epps was a federal agent.

83.    Further, on July 14, 2022, Darren Beattie relied on false facts for asserting that Epps was "the smoking gun of the Fed-surrection." He said that Epps had not

attended Donald Trump's speech on January 6, 2021. That was false. Epps attended the speech. In addition, Darren Beattie stated that Epps was the "one person calling for everyone to go in." That is false. Many people called for everyone to go into the Capitol, including the widely discussed figure commonly known as the "Scaffold Commander."

84.    Moreover, on January 6, 2023, Mr. Carlson displayed the image labeling Epps "Fed Epps" and Mr. Carlson's statement that the January 6th Committee was lying that Epps was not a federal agent who incited the insurrection. In support of those assertions, Mr. Carlson referred to Epps's testimony before the January 6th Committee and stated, "Now, in his interview, Ray Epps said he didn't work for law enforcement. Law enforcement is a very specifically worded answer clearly thought through ahead of time. The question is, did Ray Epps work or have any contact with any government agency?" However, during his testimony, Epps was asked the very question that Mr. Carlson had claimed that the January 6th Committee had carefully avoided asking through technical and precise phrasing: "Q: Were you acting on behalf of any government agency when you were in Washington, D.C.?" And he answered: "A: No, sir. The only time I've been involved with the government was when I was a Marine in the United States Marine Corps." In other words, Mr. Carlson's assertion that Epps was a federal agent was based on a disclosed, but demonstrably false fact about the January 6th

Committee's questioning of Epps.

## FOX AND MR. CARLSON ACTED WITH ACTUAL MALICE

85.    Multiple former employees of Fox have come forward and spoken out about Mr. Carlson's false assertions about Epps and the events of January 6th. Those statements set this case apart from nearly all defamation cases because they provide direct evidence, rather than merely circumstantial evidence, that the persons in the organization who were responsible for publishing the false statements about Epps acted with actual malice or reckless disregard for the truth or falsity of the statements.

86.    Those disclosures include statements from a Senior Producer/Head of Booking for *Tucker Carlson Tonight*, a Capitol Hill Producer, and one of Fox's high-profile on-air personalities. And according to them, Mr. Carlson's assertions about Epps being a federal agent who instigated events of January 6th were false, and the highest echelons of Fox were involved in coordinating the effort to concoct the false narrative.

87.    First, former Senior Producer and Head of Booking for *Tucker Carlson Tonight*, Abby Grossberg, has admitted that Mr. Carlson purposefully distorted his presentation of material about January 6th, including about Epps, to conform with his false, but preferred, narrative. Ms. Grossberg sued Fox News and copies of her complaints are attached as Exhibits E and F. One of her complaints against Fox

states:

> 137. Upon information and belief, in early-March 2023, Mr. Carlson attempted to spin and manufacture another false narrative to defray blame from Fox News about the January 6th insurrection, this time, characterizing the Capitol attack as an FBI coup, and not the logical result of Fox News's reckless 2020 election fraud coverage. Specifically, Mr. Carlson requested that his team investigate the ongoing Proud Boys trial, which he asserted was "taking forever" because the "Biden Administration [wa]s trying to hide the huge number of FBI spies it had placed in the group." As Head of Booking, Ms. Grossberg was twice directed to reach out to Dan Hull, one of the defense attorneys representing the Proud Boys, who indicated to her that he was available to come on to the TCT show as a guest but emphatically denied Mr. Carlson's theory. Instead, Mr. Hull insisted that "no one made my client go up the hill. The Proud Boys wanted to," and the FBI angle Mr. Carlson sought to peddle was "on the conspiracy side." When Ms. Grossberg relayed Mr. Hull's message to Tom Fox, a Senior Producer for TCT and her superior, he blithely replied "That doesn't fit with what Tucker is looking for. *You'll have to find someone else who will say that.*" Ms. Grossberg was told to ask Mr. Hull yet again if he would reconsider, to which Mr. Hull replied, "Please just tell [Tucker], if I get on the show, I will walk out if he asks about the FBI setting it up. […] Blaming the FBI for Jan
>
> 6[th] doesn't cut it." Mr. Carlson then requested that Ms. Grossberg investigate whether any other defense attorneys, including Steven Metcalf, would tout the conspiracy on air.

88.    Ms. Grossberg has also recently stated:

| Ms. Grossberg: | For example, right toward the end of my time there, when the January 6th tapes were coming out, Tucker was very set on finding an FBI person who was implanted in the crowd and spinning this conspiracy that they were ultimately the ones responsible for the Capitol attack, not Fox News as they're about to go into the Dominion trial, that it was really, you know, the FBI that set up this thing, not Fox telling the American people that the election rigged and the voting machines did it. And when I went back to them, and said, "Look there was no conspiracy theory here and I called this attorney that is representing one of the Proud Boys and he flat out told me on two occasions, 'There is no conspiracy, get away from this stuff, this is dangerous, tell Tucker to stop. I'll come on your show and represent my client, but I absolutely will walk off if he asks me this.'" And the response was, "Well, find someone else, Tucker is really intent on this." And that wore my mental health too because by that time, I had really begun to connect the dots that the programming that we were putting on the air every night, was not just generating business, but also generating hatred in the audience, and after January 6th, I had this wake up moment that this is hurting people, people are getting angry and people are acting out on that anger and this is not okay and I don't want to be part of that." |
|---|---|
| Interviewer: | And I want to ask you about the tapes. I mean, did he ask you guys to look through the tapes looking for Epps, that what you're suggesting, or other FBI informants?" |
| Ms. Grossberg: | I was not part of the team that look through the tapes. I, prior, my story's long, but I had been on emergency medical leave due to the abuse that took place on that show, so when I came back, they knew I had legal representation, so was not including me in the viewing of the tapes, but they were having me just look for a lawyer of a Proud Boy that was willing to say that there were FBI informants infiltrating the Proud Boys and the oath keepers. |
| Interviewer: | And none of them were? |
| Ms. Grossberg: | Not that I could find, no. |

89.     In her role as Head of Booking for *Tucker Carlson Tonight*, Ms. Grossberg had a "prominent role" in shaping the direction of Tucker Carlson programming at

36

Fox News Media," as reflected in a job posting for that position still available online at https://www.entertainmentcareers.net/fox-news-media/head-of-booking-tucker-carlson/job/406072/.

90. She also participated in meetings for those individuals responsible for the content of the *Tucker Carlson Tonight* broadcasts, which group included Justin Wells, who was the Senior Executive Producer and Vice President of Tucker Carlson Digital Products.

91. Consequently, by virtue of her role, Ms. Grossberg was herself among those responsible for the defamatory content of the story, and Ms. Grossberg's admitted knowledge of falsity is therefore sufficient in itself to support allegations of actual malice brought home to those within Fox responsible for the defamation against Epps.

92. Even more importantly, Ms. Grossberg directly observed the actions of persons within Fox responsible for the defamatory statements broadcast against Epps, and directly observed their acts of fabrication, their knowledge of falsity and reckless disregard for truth and falsity, in communicating the false statements about Epps, again bringing home to those responsible for the defamation within Fox the actual malice required to support this Complaint's allegations of actual malice against Fox itself.

93. Ms. Grossberg has admitted that Mr. Carlson and his team manufactured

false stories about Epps and the FBI being responsible for the violence on January 6th, or alternatively, has admitted that Tucker Carlson and his team engaged in conduct that displayed a reckless disregard for the truth or falsity of those broadcasts.

94.    Indeed, Ms. Grossberg has also described meetings where Mr. Wells explained that, in the lead-up to Fox's trial against Dominion, he was coordinating with Fox News's executives to manufacture stories about the events of January 6th, including between Mr. Wells, Mr. Carlson, Meade Cooper (Executive Vice President of Primetime Programming), and Suzanne Scott (CEO).

95.    Ms. Grossberg has alleged on information and belief that the "well-laid plan" described by Mr. Wells involved coordination by Mr. Wells, Mr. Carlson, Mr. Cooper, and Ms. Scott to create false stories based on the 44,000 hours of video footage that Mr. Carlson had obtained from Speaker McCarthy.

96.    Among those false stories was the broadcast on March 6, 2023, in which Mr. Carlson again asserted that Epps was a federal agent who lied and encouraged the violence on January 6th.

97.    Fox has now settled both of the lawsuits asserted by Ms. Grossberg for a reported $12 million.

98.    Second, Jason Donner was employed by Fox News as Capitol Hill Producer. In that role, he was responsible for reporting on events occurring on Capitol Hill in

Washington, D.C., including the events of January 6th, for which he was present in the Capitol. Mr. Donner sued Fox News and a copy of his complaint is attached as Exhibit G.

99.    He has claimed that the "toxic environment for Fox News' reporters attempting to report truthfully reached its peak after the insurrection on the U.S. Capitol on January 6, 2021, as Fox News' desire to placate their viewers overwhelmed the need to report truthfully on the facts."

100.    Mr. Donner communicated concerns to Fox News's D.C. Bureau Chief, Bryan Boughton, about Mr. Carlson's "false statements regarding January 6th," including those presented on *Patriot Purge*, such as the notion that "January 6th was not orchestrated by President Trump supporters, but instead Trump opponents, which he indicated were Antifa and the FBI" and "suggest[ing] January 6th was a 'false flag' operation to discredit Trump supporters."

101.    According to Mr. Donner, the D.C. Bureau Chief said that Mr. Carlson was "out of control," but there was nothing they could do to stop him from making his false statements because he was too powerful.

102.    Third, Geraldo Rivera, a high-profile on-air personality, has similarly and publicly complained about Mr. Carlson's "total bullshit" stories about January 6th being staged by a government operative. On information and belief—given Mr. Carlson's recurring references to Epps as a federal agent who encouraged the

violence on January 6th—Mr. Rivera was referring to Mr. Carlson's segments about Epps. Mr. Rivera claims Fox News suspended him three times for speaking out about those stories, which he characterized as "preposterous" and "ridiculous." Mr. Rivera also claimed that once he began speaking out about Mr. Carlson's false assertions about January 6th, Mr. Rivera began receiving calls from people within Fox expressing their shock and outrage about Mr. Carlson's statements and thanking Mr. Rivera for speaking out because they felt they were unable to, suggesting that other employees could be found through discovery who could further corroborate the already unusually strong evidence of actual malice provided by Ms. Grossberg, Mr. Donner, and Mr. Rivera's accounts. The foregoing statements from three different employees of Fox News, employed in different capacities and varying levels of authority, are consistent with one another and corroborate the notion that Fox News knowingly fabricated stories about January 6th, including about Epps.

103.   The foregoing statements by Fox News employees who were employed in positions of importance during the time when Mr. Carlson was making false statements about Epps provide direct evidence that the persons in the organization who were responsible for publishing those false statements acted with actual malice or reckless disregard for the truth or falsity of those statements.

104.   At a minimum, those statements along with multiple other factors, when

considered individually or collectively, provide circumstantial evidence that the persons in the organization who were responsible for publishing the false statements acted with actual malice or reckless disregard of the truth or falsity of those statements.

105.    Many other factors also provide additional circumstantial evidence that the persons in the organization who were responsible for publishing the false statements acted with actual malice or reckless disregard for the truth or falsity of its statements:

106.    On information and belief, Fox relied on Darren Beattie as a source for its false stories about Epps. When Mr. Beattie appeared on Mr. Carlson's program on January 6, 2022, Mr. Carlson introduced Mr. Beattie by referencing Epps and then said, "Now, we wouldn't know anything about this, were it not for Revolver News, which we would say has done the best reporting on January 6, but really if we are being honest, has done virtually the only reporting on elements of January 6th." When Mr. Beattie appeared on Mr. Carlson's program on July 14, 2022, Mr. Carlson acknowledged that he knew Mr. Beattie had published "the first stories about Ray Epps" and was one of the reasons why the *New York Times* had written an article about Epps's life being destroyed by Fox's conspiracy theory. Mr. Carlson also thanked Mr. Beattie for "pulling this thread relentlessly." Mr. Carlson's statements suggest that his statements about Epps were, at least in part,

based upon Mr. Beattie's statements about Epps. Mr. Beattie was a discredited source, having been fired by the Trump Administration for his ties to a white supremacist organization. Moreover, his publication, *Revolver News*, has no apparent investigatory staff or employees.

107.    As admitted by Ms. Grossberg—a former Senior Producer and Head of Booking for Fox News—Fox News had a motive to "perpetuate a lie and conspiracy to deflect blame away from Fox News."

108.    Fox's statements about Epps were also inherently improbable. As Fox's on-air personality Geraldo Rivera explained, the notion that Epps was a federal agent was "preposterous." Indeed, it is an absurd notion to imagine the FBI—or any other entity—would plan and execute an operation to disrupt the peaceful transition of presidential power via a 60-year old owner of a wedding venue that lives in the suburban outskirts of Phoenix, acting as an undercover agent, or that, in the aftermath of January 6th, the FBI would then prominently circulate an undercover federal agent's photograph on wanted posters.

109.    Fox's statements about Epps also contained internal inconsistencies. For example, on March 6, 2023, Mr. Carlson aired multiple segments based on the roughly 44,000 hours of surveillance footage he had obtained from Speaker McCarthy, including one about Epps, and aired a guest's assertion that "federal agents encouraged the violence that day." The gist and sting of the message was a

reiteration of the point asserted before on Mr. Carlson's program: that Epps was a federal agent and encouraged violence on January 6th. But Mr. Carlson explained to his audience that his "producers bravely slogged through" thousands of hours of footage "for three weeks," which means Mr. Tucker and his producers would have been confronted with significant internal inconsistencies with their assertions about Epps. Rather than encouraging violence or encouraging the crowd to enter the Capitol, Epps was captured multiple times de-escalating the crowd and negotiating with the police to avoid further clashes. That footage directly contradicted the messages about Epps that Mr. Carlson had aired.

110.   In addition, Mr. Carlson refused to air people on the show who disagreed with him, as Ms. Grossberg's account demonstrates. Thus, Mr. Carlson purposefully avoided the truth in this way, as well.

111.   Also, on January 6, 2022, Mr. Carlson described one of the January 6th protestors who had been dubbed the "Scaffold Commander," explaining that he caught on tape "coordinating the movement of the crowd toward and *in to the United States Capitol.*" Even so, well over a year later, on March 7, 2023, Mr. Carlson published an internally inconsistent account about Epps, where one of his guests asserted that Epps was "the only person on video on January 5th night and January 6th morning, encouraging people to go into the Capitol and he is getting glowing profiles in the 'New York Times.'" His guest's assertion directly

contradicted Mr. Carlson's own statements earlier in the same episode.

112.   The foregoing circumstances, whether viewed collectively or individually and when viewed alongside the direct evidence provided by Ms. Grossberg, Mr. Donner, and Mr. Rivera, suggest that Fox News acted with actual malice or a reckless disregard for the truth or falsity of the statements.

113.   Fox also failed to retract its prior statements after reviewing the surveillance footage, despite the directly contrary evidence of Epps de-escalating the crowd.

114.   Mr. Carlson's actual malice or reckless indifference to the truth or falsity of his statements led him to disregard Epps's testimony under oath to the January 6th Committee that he was not working for or associated with a governmental agency:

> Q    Were you ever-- did you ever -- in the Marines or in the job that you just discussed, were you ever -- did you ever work in law enforcement?
>
> A    No, sir.
>
> Q    Did you ever work for the FBI?
>
> A    No, sir.

> Q    I just want to clarify because you said earlier that when your son first asked you to travel to D.C. and you said, no, but then you changed your mind, it looks around the new year to go with him, you didn't change your mind because you had been talking to the FBI or law enforcement, correct?
>
> A    No, sir.

Q    At any point on January 5th -- so we've asked you this question about December 27th through January 4th, but now let's just focus in on January 5th.    Did you coordinate or speak with any law enforcement officials from the FBI?

A    No, sir.

Q    The Metropolitan Police Department?

A    No, sir.

Q    The CIA or NSA?

A    No, sir.

Q    Any other law enforcement officials, other than the other folks you mentioned earlier, you might have interacted with at the plaza as you were deescalating?

A    No, sir.


Q    Got you.    Okay.    So I just want to recap, then, January 6th.    Did you talk to any FBI agents at all while you were in D.C. on January 6th and 7th?

A    Not that I'm aware of.

Q    Anyone from the CIA or NSA?

A    Not to my knowledge, sir.

Q    Did you talk to Metropolitan Police Department officers or Secret Service or anyone like that?

A    Not to my knowledge.    The -- the officers on the steps, I apologized, I talked to them that way, you know.

Q    When you -- when you were saying the things that you were saying on January 6th, when you were deescalating or when you were whispering to the guy with the hat on backwards and telling him to calm down or anything, were you doing that because you had been instructed to do so by the FBI or CIA or NSA?

A    No, sir.

> Q    Mr. Epps, ███ asked you if you had talked to anyone.    Did you
> communicate in any other way with any law enforcement officials, FBI or otherwise?
>
> A    No, sir.
>
> Q    So no text messages, no other type of communication with anyone in law
> enforcement that day?
>
> A    No, sir.

> Q    Mr. Epps, I know we've touched on this multiple times today, but as we get
> here to the end, I want to ask on or around January 6th, were you acting on behalf of any
> government agency when you were in Washington, D.C.?
>
> A    No, sir.    The only time I've been involved with the government was when I
> was a Marine in the United States Marine Corps.

115.    Fox also ignored the doubt-inducing quality of Epps's denials under oath. On Mr. Carlson's program on March 6, 2023, Mr. Carlson credited testimony as an admission because it was made under oath—specifically, he asserted, "We know there was some number of undercover Federal agents in the crowd at the Capitol. Officials have since admitted that under oath, but what exactly were they doing there? The January 6th Committee has worked hard to hide the answer to that question." But Fox did not similarly credit Epps's testimony under oath, instead insisting that he and the January 6th Committee were lying.

116.    Mr. Carlson also ignored the findings of the January 6th Committee making clear that Epps was not working on behalf of the government:



117.   And a knowing and reckless disregard for truth is why Mr. Carlson would ignore attorneys representing January 6th defendants, including Nick Smith, an attorney for one of the Proud Boys, who told a court, "In the media, there's a swirling notion that undercover informants instigated January 6th. That's not our belief . . . . I think it's slander actually." Mr. Smith had an ethical obligation and strong incentive to pursue valid defenses for his client, so his rejection of Fox's assertions about January 6th carried a powerful doubt-inducing quality, which Fox recklessly disregarded or purposely avoided.

118.   Fox's decision to omit the video of Epps de-escalating the crowd and its refusal to book guests who disagreed with Mr. Carlson's assertions also suggests that Fox engaged in a purposeful avoidance of the truth, and thereby acted with actual malice or a reckless disregard for the truth or falsity of its assertions about Epps.

119.   Contrary to Fox's lies, Epps was not a federal agent of any kind, was not law enforcement of any kind, and was not any type of government agent or informant, or acting on behalf of the government in any capacity when he participated in the protests on January 6th.

### FOX'S AND MR. CARLSON'S LIES HAVE CAUSED IRREPARABLE DAMAGE

120.   The consequences to Ray and Robyn have been astronomical.

121.   Ray and Robyn received threatening voicemails, emails, and text messages because of Mr. Carlson's lies about Epps.

122.   People began driving past their farm brandishing weapons and shooting onto their property.

123.   Initially, Ray and Robyn had to hire security to keep unwanted visitors off their property when they were holding a wedding ceremony. They received death threats and found bullet casings in their yard:



124.    Some examples of the threats include:

    a.  **Voicemails:**

        i.  "Yeah, I was calling for Ray Epps. Ray! Hey, FBI agent. We

          saw you, dude. Not sure how you're feeling about your life

          right now. Can't be feeling good. Turn yourself in, bud. Nothing

          can stop what's coming."

        ii.  "I was just checking to see if you guys are planning any more

          insurrections. Haha. So, it's going to be fun to see your place go

          down in flames. Haha."

       iii.  "Yeah, hide behind your phone. You've got a known fed traitor

          running this facility. Everybody in the country is aware of it. I

hope your business goes to hell, if it hasn't already, because

that's where you belong. Fucking traitor."

   iv.   "It'd be a damn shame to see that place go up in flames."


   b.  **Messages:**

  















125.  Epps also received a message purporting to be from Fox CEO Suzanne

Scott:

**Rocking R Farms**
**has received a new message.**

**Name**
Suzanne Scott, CEO Fox News

**Email**
newsmanager@foxnews.com

**Message**
Come on Ray!..... nobody wants to ruin you and your wife's livelihood or life; people just want
truthful answers directly from the source. The people of the United States, whether on the right or
left simply want to hear your open and honest story about what happened out there on Jan 5-6th,
despite your Lawyers advise. Afterall, the Jan 6th Committee just cleared you in a press release
and it appears that the FBI has essentially cleared you as well having removed you from the
Capitol's "most wanted list". If you are not an asset of a government agency, law enforcement or
otherwise, and you have been cleared or any wrongdoing then I'm sure we will see you at the rally
this Weekend in Florence, AZ right? Afterall, it's literally in your backyard this time. If you don't
attend the rally, then I think we will have our answer and Trump & the Republicans will at least be
partially vindicated for the January 6th mess. Do the right thing my friend, God Bless.......

**Phone**
(888) 369-4762

**Device**
desktop

**Language**
en-US

**Submitted from**
Contact us

Reply to this email to respond.

Although Epps currently has no way of knowing whether Ms. Scott actually sent this message, one of two things must be true: either she sent it or the individual who did send it thought that the Epps story was so directly linked to Fox that they decided to use Ms. Scott's name as the sender.

126.    On January 28, 2022, Epps received an alert from Norton's LifeLock system warning that "identity information" belonging to Epps had been detected on the Dark Web.

127.    The next day, the FBI reached out to Epps's attorney to ask about Epps's security because the FBI had learned about threats against Epps.

128.    Those concerns are not speculative: Ricky Shiffer, who in August 2022 was

killed after attacking an FBI office in Cincinnati, Ohio, had been so convinced of the lies about Epps that he referred to Epps in his Truth Social account bio.

129.  Eventually, the threats became too much.

130.  At first, Robyn moved out and stayed with a friend. But she still suffered harassment because people were inundating the business email and her personal phone, which also served as the business's line.

131.  Ultimately, Ray and Robyn knew that they could not remain in their home and continue running the business that they had spent a decade building, including depleting Robyn's 401(k) to fund the startup costs.

132.  They sold their home to their neighbors for the appraised value of the house Ray and Robyn had owned for a decade.

133.  The business simply went with the property for no added value. In fact, Ray and Robyn had to pour tens of thousands of dollars into the business so that their neighbors would purchase the house.

134.  Ray and Robyn went from living in a 4,098 square foot ranch house on nearly five acres of land, to living in a fifth wheel RV of no more than 350 square feet.

135.  Robyn was forced to give up her dog breeding business, as well.

136.  In short, the economic consequences of Fox's lies about Epps are significant.

137.  Ray and Robyn lost their investments in Knotty Barn.

138.    For example, they had poured hundreds of thousands of dollars into the business to renovate and to build the barn itself.

139.    They lost their income from the business.

140.    In 2021 alone, Knotty Barn enjoyed gross revenue over $500,000, with a profit of nearly $350,000. Reservations for 2022 (booked more than a year in advance) exceeded the 2021 number. Knotty Barn had recently been listed as a top 5 wedding venue in Arizona.

141.    And they have incurred significant expenses associated with moving and living in hiding. Since July 10, 2022, Ray and Robyn have incurred at least $25,000 in costs associated with living in hiding, which includes security measures, storage costs, and maintenance associated with living in a trailer.

142.    The emotional and psychological effects of the threats and attacks cannot be overstated. Indeed, they may very well dwarf the economic consequences.

143.    Further, Fox was on notice of the destructive consequences of telling lies that harm someone's reputation. The Dominion and Smartmatic complaints documented the harassment that people associated with those companies faced due to Fox's misinformation campaign about voting machines. A July 2022 *New York Times* article about Ray and Robyn focused on the harm done to them by Mr. Carlson's relentless false statements about them. And Mr. Carlson himself acknowledged that he "did not want to suggest that someone was a federal agent or

informant unless I knew for a fact, **because you really could get someone in trouble, right?**"

144.   Finally, in May 2023, the Department of Justice notified Epps that it would seek to charge him criminally for events on January 6, 2021—two-and-a-half years later. The relentless attacks by Fox and Mr. Carlson and the resulting political pressure likely resulted in the criminal charges.

145.   As part of the government's disclosures in that case, Epps learned that the United States Attorney's Office had previously declined to prosecute him. Indeed, two internal FBI memoranda stated as much.

146.   The government's file also revealed that it had obtained no new material information about Epps after the disinclination memoranda. And yet, after Mr. Carlson's repeated false assertions about Ray, which were broadcast on one of the world's largest media platforms, the DOJ decided to reverse course and prosecute him.

147.   Thus, on information and belief, it appears that the decision by the Department of Justice to prosecute Epps was caused, at least in part, by Mr. Carlson's false statements about Epps.

148.   On information and belief, if Fox had not broadcast the defamatory statements about Epps, he would not have been prosecuted.

149.   As part of his criminal defense, Epps incurred at least $15,000 in expenses.

150.   Epps was not a federal agent. He was a loyal Fox viewer and Trump supporter. Had the Department of Justice charged Epps in 2021, Mr. Carlson would have hailed Epps a hero. Instead, Fox and Mr. Carlson made Epps the central figure in a lie they concocted about January 6, 2021. After destroying Epps's reputation and livelihood, Fox will move on to its next story, while Ray and Robyn live in a 350-square foot RV and face harassment and fear true harm. Fox must be held accountable.

## COUNT ONE – DEFAMATION PER SE

151.   Epps repeats and re-alleges Paragraphs 1-96 as if set forth fully herein.

152.   Fox published the defamatory statements identified above, including all statements made about Epps on the dates identified, by and through Fox's own agents making the statements themselves; by intentionally providing a platform for guests to appear on Fox programming who Fox and its hosts knew would make such statements on the air and by affirming, endorsing, repeating, and agreeing with the statements of guests on their shows; and by republishing the statements on the air, Fox's websites, Fox's social media accounts, and Fox's other digital platforms and subscription services after the live broadcasts aired.

153.   Fox broadcasted the false and defamatory statements of and concerning Epps with actual malice—with knowledge of falsity or reckless disregard for truth or falsity. The existence of actual malice is amply supported by circumstantial

evidence currently available to Epps in the public domain and will be further

buttressed by evidence adduced in discovery.  Among other circumstantial indicia

of actual malice, Fox knowingly and intentionally relied on unreliable sources,

including, among others Darren Beattie, known by Fox to be a discredited

conspiracy theorist.  Fox advanced an inherently improbable story—so inherently

improbable that only a reckless broadcaster would advance it—namely that FBI

agents or other federal law enforcement authorities working under the

administration of Donald Trump would employ Epps as a provocateur to advance a

federal government agenda to engage in an insurrection and commit violence at the

Capitol. Fox engaged in a pre-conceived story line, advancing its false claims

against Epps for the callous and cynical purpose of creating a scapegoat to deflect

responsibility from Fox's own complicity the January 6 violence by spreading false

conspiracy claims that the election had been stolen.  Fox thus had an economic

motive to lie and make Epps a scapegoat, seeking to advance an inherently

improbable story in order to aggrandize Fox with viewers who were disgruntled

with Fox for not standing sufficiently loyal to President Trump.  Fox directed its

employees to find guests who would spew similar lies about Epps and when

prospective guests indicated that such a narrative was false, Fox instead sought out

others who would offer a factual assessment in line with Fox's preferred message.

Fox engaged in purposeful avoidance of the truth, intentionally ignoring

information and evidence that directly contradicted Fox's outlandish lies about Epps. Fox refused to retract, correct, or apologize for its demonstrably false and defamatory accusations against Epps well after Fox knew definitively that they were false, providing yet additional circumstantial evidence of actual malice. Fox thus broadcast its lies about Epps with a high degree of awareness of probable falsity.

154. Fox's statements are reasonably understood to be statements of fact about Epps, and were understood by people who saw, heard, and read them to be statements of fact about Epps. The gist and sting of the statements made by Fox of and concerning Epps, considered individually and in their entirety, was that Epps was a federal agent planted to provoke the insurrection at the Capitol on January 6th.

155. Fox's statements about Epps are false. Epps was not a government agent on January 6, 2021, nor has he ever been.

156. Fox had no applicable privilege or legal authorization to make the false and defamatory statements, or if it did, it abused it.

157. Fox's defamatory statements, whether taken individually or together in their cumulative impact, damaged Epps in the various ways described above.

158. Epps is entitled to punitive damages because Fox's defamatory statements were accompanied with malice, wantonness, and a conscious desire to cause injury.

Fox purposefully made the defamatory statements heedlessly and with reckless and willful indifference to Epps's rights.

159.   Epps is entitled to punitive damages because Fox published its defamatory statements about Epps with actual malice.

160.   Fox's statements are defamatory *per se*, as they impute serious criminal or unethical conduct to Epps. Fox's statements have exposed Epps to the most extreme hatred and contempt. Fox's statements were calculated to—and did in fact—provoke outrage and cause Epps significant harm.

161.   Fox's lies about Epps reached hundreds of millions of people and caused enormous harm to Epps. As a result of the defamatory campaign, Epps has suffered the single and indivisible injuries discussed previously, including but not limited to: being harassed and receiving death threats; forced to spend money to protect himself and his family; forced to give up his businesses and sell his home; forced to flee and live in isolation, incurring costs associated with security, storage, and maintenance; forced to incur attorney fees and costs associated with his prosecution; and forced to face financial ruin; loss of income; loss of earning capacity; loss of business and business opportunities; suffering, both mental and physical in nature; mental anguish; public humiliation; anxiety; loss of sleep; and loss of appetite. Epps is entitled to damages, including presumed economic damages, as a consequence of Fox's conduct. Epps has suffered special damages,

incurring direct economic losses as a result of Fox's defamation, as described in ¶¶ 114-143 above.  Epps has suffered presumed and actual damages, through internal emotional anguish and distress, and through external harm to his reputation.

162.   Fox published its false and defamatory statements about Epps repeatedly over a substantial period of time. Fox disregarded Epps's sworn testimony, the statements of officials responsible for investigating the January 6th attack on the Capitol, attorneys for January 6th defendants, who labeled Fox's lies against Epps as defamatory, and video footage directly contradicting Fox's defamatory accusations.

163.   Fox's lies about Epps were not simply reporting about the news of the day. Rather, Fox, speaking in its own voice, made, published, ratified, endorsed, adopted, and amplified lies about Epps. To be clear, Fox did not falsely assert that Epps was a federal agent acting with a legitimate law enforcement purpose. Fox did not falsely assert that Epps was an informant for a federal agency. Instead, Fox falsely asserted that Epps was a federal agent who was encouraging and inciting others to engage in unlawful activities. And not just any unlawful activity, but rather, to engage in an attack on the United States Capitol and democracy itself. These statements were defamatory, in that they tended to expose Epps to public contempt, hatred, ridicule, aversion, or disgrace. And as set forth throughout this Complaint, the statements in fact subjected Epps to such contempt, hatred, ridicule,

aversion, and disgrace—even to the point of death threats against him.

164.    The lies Fox published about Epps were specific and verifiably false, and therefore not "opinion." Indeed, Mr. Carlson regularly made clear he was speaking about facts and presented Epps being a federal agent provocateur as a "clear" fact. Epps either was or was not a federal agent acting as a provocateur to incite the insurrection. He was not. And the United States government has definitively stated that Epps was not an agent provocateur.  The assertion is plainly a false fact capable of being proven false.

165.    In sum, as explained above, Fox made these false statements about Epps with actual malice. Fox knew these statements were false. Fox's lies have had enormous consequences for Epps and Fox must be held accountable for its actions.

166.    In view of the foregoing, Epps is entitled to special, actual, presumed, punitive, and other economic damages in an amount to be determined at trial.

## COUNT TWO – FALSE LIGHT

167.    Epps repeats and re-alleges Paragraphs 1-112 as if set forth fully herein.

168.    The actions and statements by Fox described above have placed Epps before the public in a false light.

169.    The statements by Fox about Epps would lead the public to believe that Epps was a federal agent working to provoke or otherwise incite others to attack the United States Capitol on January 6, 2021.

170.   Fox's published statements about Epps involve a significant misrepresentation of Epps's character, history, activities, and beliefs.

171.   Fox's published statements about Epps would be highly offensive to a reasonable person.

172.   To reiterate, Fox did not falsely assert that Epps was a federal agent acting with a legitimate law enforcement purpose. Fox did not falsely assert that Epps was an informant for a federal agency. Instead, Fox falsely asserted that Epps was a federal agent who was encouraging and inciting others to engage in unlawful activities. And not just any unlawful activity, but rather, to engage in an attack on the United States Capitol and democracy itself.

173.   The offensiveness of the false light is demonstrated, in part, by the scorn and ridicule accompanying the statements from Fox's own on-air personalities and guests.

174.   As explained above, Fox had knowledge of the falsity of its assertions about Epps. At a minimum, Fox acted in reckless disregard as to the falsity of its assertions about Epps.

175.   Fox's portrayal of Epps has caused Epps significant damages, as a result of the false statements, Epps has suffered the single and indivisible injuries discussed previously, including but not limited to: being harassed and receiving death threats; forced to spend money to protect himself and his family; forced to give up his

businesses and sell his home; forced to flee and live in isolation; forced to incur attorney fees and costs associated with his prosecution; and forced to face financial ruin, loss of income; loss of earning capacity; loss of business and business opportunities; suffering, both mental and physical in nature; mental anguish; public humiliation; anxiety; loss of sleep; and loss of appetite. Epps is entitled to damages, including presumed economic damages, as a consequence of Fox's conduct. Epps has suffered special damages, incurring direct economic losses as a result of Fox's conduct, as described in ¶¶ 114-143 above.

176.   Epps is entitled to punitive damages because Fox's false light statements were accompanied with malice, wantonness, and a conscious desire to cause injury. Fox purposefully made the statements heedlessly and with reckless and willful indifference to Epps's rights.

177.   Epps is entitled to punitive damages because Fox published its false light statements about Epps with actual malice.

178.   In view of the foregoing, Epps is entitled to actual, presumed, punitive, and other economic damages in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Ray Epps respectfully requests that the Court enter an award and judgment in their favor, and against Fox News Network LLC, as follows:

(a)   compensatory damages in an amount to be established at trial for

economic, emotional, reputational, and other injuries;

(b)    Special damages directly related to the costs incurred with living in

hiding, storage, security, maintenance of the trailer Epps has been forced to live in,

and attorney fees associated with his criminal defense;

(c)    punitive damages in an amount to be determined at trial;

(d)    pre- and post-judgment interest;

(e)    expenses and costs, including attorneys' fees; and

(f)    such other and further relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff demand a trial by jury on all claims and issues so triable.

Dated: December 27, 2024              Respectfully submitted,

Of Counsel:                          FARNAN LLP

Michael J. Teter                     /s/ Brian E. Farnan
TETER LEGAL                          Brian E. Farnan (Bar No. 4089)
P.O. Box 522365                      Michael J. Farnan (Bar No. 5165)
Salt Lake City, UT 84152             919 North Market Street, 12th Floor
Telephone: (202) 796-6619            Wilmington, DE 19801
michael@teterlegal.com               Telephone: (302) 777-0300
                                     bfarnan@farnanlaw.com
Dick J. Baldwin                      mfarnan@farnanlaw.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700        Rodney Alan Smolla (Bar No. 6327)
Salt Lake City, UT 84111             164 Chelsea Street
Telephone: (801) 532-7840            South Royalton, VT 05068
dbaldwin@parrbrown.com               Telephone: (864) 373-3882
                                     rodsmolla@gmail.com

*Attorneys for Plaintiff James Ray
Epps, Sr.*