# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPES, SR.**, *Plaintiff*, v. **FOX NEWS NETWORK, LLC**, *Defendant*. | Civil Action No.: 1:23-cv-00761-JLH |

### STIPULATION TO SET DEADLINE AND EXTEND PAGE LIMITS

Plaintiff James Ray Epps Sr., and Defendant Fox News Network, LLC (collectively, the "Parties") make this stipulation, subject to the Court's approval, to establish a deadline of January 10, 2025 for Defendant's forthcoming motion to dismiss and to permit Defendant an additional five (5) pages for that motion.

On November 27, 2024, the Court granted Defendant's Motion to Dismiss. D.I. 28. Plaintiff timely filed a Motion for Leave to File an Amended Complaint on December 10, 2024. D.I. 29. Plaintiff's proposed amendment adds 19 pages to the complaint, and an additional 270 pages of exhibits. D.I. 29-2.

On December 16, the Court entered an Order indicating that the Court would prefer to address alleged deficiencies in the Amended Complaint in the context of a motion to dismiss and proposed granting leave to amend without prejudice to Defendant's ability to file a motion to dismiss for failure to state a claim. By letter filed on December 19, Defendant notified the Court that it does not object to proceeding as the Court indicated.

In anticipation of proceeding by motion to dismiss the Amended Complaint, the Parties have conferred concerning the schedule for such a motion. Plaintiff consents to a due date of January 10, 2025.

The Parties have also conferred concerning a short page extension for Defendant's motion. Under L.R. 7.1.3.(a)(4), Defendant's motion to dismiss is permitted twenty (20) pages. Plaintiff consents to Defendant's request for an additional five (5) pages for a total of 25 pages. These five additional pages are warranted to ensure sufficient space for Defendant to provide the Court a detailed response to Plaintiff's 19 additional pages of allegations in the Amended Complaint.

The Parties stipulate, subject to the Court's approval, to set a deadline of January 10, 2025, for Defendant's motion to dismiss and to extend the page limit for Defendant's motion to dismiss by five (5) pages, for a total of 25 pages.

Dated: December 19, 2024

| | |
|---|---|
| **FARNAN LLP** | **DLA PIPER LLP (US)** |
| /s/ *Brian E. Farnan* | /s/ *John L. Reed* |
| Brian E. Farnan (DE Bar No. 4089) | John L. Reed (DE Bar No. 3023) |
| Michael J. Farnan (DE Bar No. 5165) | 1201 N. Market Street, Suite 2100 |
| 919 N. Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel. (302) 468-5700 |
| Tel: (302) 777-0300 | Fax: (302) 394-2341 |
| Fax: (302) 777-0301 | john.reed@us.dlapiper.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | PATRICK F. PHILBIN (*pro hac vice*) |
| | KYLE T. WEST* |
| *Attorneys for Plaintiff James Ray Epps, Sr.* | CHASE HARRINGTON* |
| | Torridon Law PLLC |
| | 801 Seventeenth Street NW |
| | Suite 1100 |
| | Washington, DC 20006 |
| | Tel: (202) 249-6900 |
| | pphilbin@torridonlaw.com |
| | kwest@torridonlaw.com |
| | charrington@torridonlaw.com |
| | |
| | **Motion for admission pro hac vice forthcoming* |
| | |
| | *Attorney for Defendant Fox News Network, LLC* |

IT IS SO ORDERED this ___9th_____ day of January, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge