# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **FOX NEWS NETWORK, LLC**, <br><br> *Defendant*. | C.A. No. 1:23-cv-00761-JLH |

### DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Fox News Network, LLC moves to dismiss Plaintiff James Ray Epps, Sr.'s, Amended Complaint (D.I. 33) with prejudice. The grounds for this motion are set forth in the Defendant's Memorandum in Support, filed herewith. A proposed form of Order is attached.

DATED: January 10, 2025

**OF COUNSEL:**

Patrick F. Philbin (*pro hac vice*)
Kyle T. West (*pro hac vice forthcoming*)
TORRIDON LAW PLLC
801 Seventeenth Street N.W.
Suite 1100
Washington, DC 20006
Tel: (202) 249-6900
pphilbin@torridonlaw.com
kwest@torridonlaw.com

**DLA PIPER LLP (US)**

   /s/ *John L. Reed*
John L. Reed (I.D. No. 3023)
Peter H. Kyle (I.D. No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Tel. (302) 468-5700
Fax: (302) 394-2341
john.reed@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendant
Fox News Network, LLC*