IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

**JAMES RAY EPPS, SR.**,

               *Plaintiff*,

v.                                                                 C.A. No. 1:23-cv-00761-JLH

**FOX NEWS NETWORK, LLC**,

               *Defendant*.

## DECLARATION OF PETER H. KYLE

I, Peter H. Kyle, hereby declare as follows:

1. I am an attorney at DLA Piper LLP (US), counsel for the Defendant, and I have personal knowledge of the facts set forth herein.

2. Attached hereto are true and correct copies of the following:

**Exhibit 1:** Teleconference Hearing Tr., *Epps v. Fox News Network, LLC*, No. 1:23-cv-00761 (Nov. 27, 2024, 10:00 a.m.).

**Exhibit 2:** Excerpts of Interview of Ray Epps, Select Committee to Investigate the January 6th Attack of the U.S. Capitol, U.S. House of Representatives, Washington D.C. (January 21, 2022).

**Exhibit 3:** Information, *United States v. Epps*, No. 23-cr-00321 (D.D.C. Sept. 18, 2023), D.I. 1.

**Exhibit 4:** Signed Statement of Offense, *United States v. Epps*, No. 23-cr-00321 (D.D.C. Sept. 20, 2023), D.I. 5.

**Exhibit 5:**   Plea Hearing, *United States v. Epps*, No. 23-cr-00321 (D.D.C. Sept. 27, 2023), D.I. 7.

| | |
|---|---|
| DATED: January 10, 2025 | **DLA PIPER LLP (US)** |
| **OF COUNSEL:** | /s/ *Peter H. Kyle* <br> John L. Reed (I.D. No. 3023) |
| Patrick F. Philbin (*pro hac vice*) <br> Kyle T. West (*pro hac vice forthcoming*) <br> **TORRIDON LAW PLLC** <br> 801 Seventeenth Street NW <br> Suite 1100 <br> Washington, DC 20006 <br> Tel: (202) 249-6900 <br> pphilbin@torridonlaw.com <br> kwest@torridonlaw.com | Peter H. Kyle (I.D. No. 5918) <br> 1201 N. Market Street, Suite 2100 <br> Wilmington, DE 19801 <br> Tel. (302) 468-5700 <br> Fax: (302) 394-2341 <br> john.reed@us.dlapiper.com <br> peter.kyle@us.dlapiper.com |
| | *Attorneys for Defendant* <br> *Fox News Network, LLC* |