# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, *Plaintiff*, v. **FOX NEWS NETWORK, LLC**, *Defendant*. | C.A. No. 1:23-cv-00761-JLH |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Kyle T. West, Torridon Law PLLC, 801 Seventeenth Street NW, Suite 1100, Washington, DC 20006, to represent defendant Fox News Network, LLC.

DATED: January 14, 2025

**OF COUNSEL:**

Patrick F. Philbin (*pro hac vice*)
**TORRIDON LAW PLLC**
801 Seventeenth Street NW
Suite 1100
Washington, DC 20006
Tel: (202) 249-6900
pphilbin@torridonlaw.com

**DLA PIPER LLP (US)**

  /s/ John L. Reed
John L. Reed (I.D. No. 3023)
1201 N Market Street, Suite 2100
Wilmington, DE 19801
Tel. (302) 468-5700
Fax: (302) 394-2341
john.reed@dlapiper.com

*Attorneys for Defendant
Fox News Network, LLC*

## [PROPOSED] ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* for Kyle T. West is granted.

Dated: January 15, 2025

_____
Honorable Jennifer L. Hall
United States District Judge