# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| Plaintiff, | : |
| v. | : C.A. No. 23-cv-761-JLH |
| **FOX NEWS NETWORK, LLC**, | : |
| Defendant. | : |

## STIPULATION EXTENDING PAGE LIMITS

The parties, subject to the Court's approval and in light of Defendant receiving 5 additional pages for its motion to dismiss opening brief (D.I. 34), agree that Plaintiff shall have an additional five pages for a total of 25 pages for Plaintiff's opposition to Defendant's Motion to Dismiss the Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) for Failure to State a Claim (D.I. 35).

Date: January 17, 2025

FARNAN LLP

 /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5156)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 77-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff James Ray Epps, Sr.*

Respectfully submitted,

DLA PIPER LLP (US)

 /s/ John L. Reed
John L. Reed (Bar No. 3023)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Tel. (302) 468-5700
Fax: (302) 394-2341
john.reed@us.dlapiper.com

*Attorneys for Defendant Fox News Network, LLC*

IT IS SO ORDERED this _____ day of January, 2025.

_____
The Honorable Jennifer L. Hall