IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPS, SR.**, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 23-cv-761-JLH |
| | : |
| **FOX NEWS NETWORK, LLC**, | : |
| | : |
| Defendant. | : |

**STIPULATION EXTENDING PAGE LIMITS**

The parties, subject to the Court's approval and in light of Defendant receiving 5 additional pages for its motion to dismiss opening brief (D.I. 34), agree that Plaintiff shall have an additional five pages for a total of 25 pages for Plaintiff's opposition to Defendant's Motion to Dismiss the Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) for Failure to State a Claim (D.I. 35).

| | |
|---|---|
| Date: January 17, 2025 | Respectfully submitted, |
| FARNAN LLP | DLA PIPER LLP (US) |
| /s/ Brian E. Farnan | /s/ John L. Reed |
| Brian E. Farnan (Bar No. 4089) | John L. Reed (Bar No. 3023) |
| Michael J. Farnan (Bar No. 5156) | 1201 N. Market Street, Suite 2100 |
| 919 N. Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel. (302) 468-5700 |
| Tel: (302) 77-0300 | Fax: (302) 394-2341 |
| Fax: (302) 777-0301 | john.reed@us.dlapiper.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | |
| | *Attorneys for Defendant Fox News Network, LLC* |
| *Attorneys for Plaintiff James Ray Epps, Sr.* | |

IT IS SO ORDERED this __21st__ day of January, 2025.

                                                                     _____
                                                                     The Honorable Jennifer L. Hall
                                                                     United States District Judge