IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES RAY EPPES, SR.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **FOX NEWS NETWORK, LLC**, <br><br> *Defendant.* | Civil Action No.: 1:23-cv-00761-JLH |

**STIPULATION TO EXTEND PAGE LIMIT**

Plaintiff James Ray Epps Sr., and Defendant Fox News Network, LLC (collectively, the "Parties") make this stipulation, subject to the Court's approval, to permit Defendant two (2) additional pages for its Reply in Response to Plaintiff's Opposition to Defendant's Motion to Dismiss.

On January 9, 2025, the Court granted Defendant's Stipulation to extend the page limit for its motion to dismiss by five pages. D.I. 34. On January 21, 2025, the Court similarly granted Plaintiff's Stipulation to extend the page limit for his opposition by an additional five pages. Defendant's reply brief is due on **January 30, 2025**.

The Parties have again conferred concerning a short page extension for Defendant's reply. Under L.R. 7.1.3(a)(4), Defendant's reply in support of its motion to dismiss is permitted ten (10) pages. Plaintiff consents to Defendant's request for an additional two (2) pages for a total of 12 pages, which will make it roughly half the length of the two principal briefs (25 pages each). This modest, two-page extension is warranted to ensure sufficient space for Defendant to provide the Court a detailed response to Plaintiff's 25-page opposition.

The Parties stipulate, subject to the Court's approval, to extend the page limit for Defendant's reply in support of its motion to dismiss by two (2) additional pages, for a total of 12 pages.

Dated: January 28, 2025                                   Respectfully submitted,

/s/ *Brian J. Farnan*                                               /s/ *John L. Reed*
BRIAN E. FARNAN (Bar No. 4089)                JOHN L. REED (Bar No. 3023)
MICHAEL J. FARNAN (Bar No. 5165)           DLA Piper LLP (US)
Farnan LLP                                                        1201 N. Market Street, Suite 2100
919 N. Market Street, 12th Floor                      Wilmington, DE 19801
Wilmington, DE 19801                                     Tel. (302) 468-5700
Tel: (302) 777-0300                                           Fax: (302) 394-2341
Fax: (302) 777-0301                                          john.reed@us.dlapiper.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com                                PATRICK F. PHILBIN (*pro hac vice*)
                                                                          KYLE T. WEST (*pro hac vice*)
*Attorneys for Plaintiff James Ray Epps, Sr.*      Torridon Law PLLC
                                                                          801 Seventeenth Street NW
                                                                          Suite 1100
                                                                          Washington, DC 20006
                                                                          Tel: (202) 249-6900
                                                                          pphilbin@torridonlaw.com
                                                                          kwest@torridonlaw.com
                                                                          charrington@torridonlaw.com

                                                                          *Attorney for Defendant Fox News Network, LLC*

IT IS SO ORDERED this ___29th___ day of January, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge