## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAMES RAY EPPS, SR.,

     Plaintiff,

v.

FOX NEWS NETWORK, LLC,

     Defendant.

C.A. No. 23-cv-761-JLH

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff hereby appeals to the United States Court of Appeals for the Third Circuit from the May 8, 2026 Order (D.I. 52) granting Defendant's motion to dismiss (D.I. 35), the May 8, 2026 Memorandum Opinion (D.I. 51), and all other stipulations, judgments, rulings, opinions, decisions, and orders merged therein, and all other appealable orders, rulings, and findings.

Dated: May 12, 2026

Of Counsel:

Michael J. Teter
TETER LEGAL
PO Box 522365
Salt Lake City, UT 84152
(202) 796-6619
michael@teterlegal.com

Dick J. Baldwin
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
(801) 532-7840
dbaldwin@parrbrown.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiff James Ray Epps, Sr.*